# Exhibit A

1  **KALCHEIM LAW GROUP, P.C.**
Mitch Kalcheim (SBN: 175846)
2  725 S. Figueroa Street, Suite 1750
Los Angeles, California  90017
3  Telephone:   213-955-7142
MHK@LegalGP.Com
4
Attorneys for Plaintiff
5

**FILED**
**Superior Court of California**
**County of Riverside**

**6/8/2020**
**C. Mundo**

**Electronically Filed**

6

7

8  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9  **FOR THE COUNTY OF RIVERSIDE**

10  DANIELLE HUBMER, Individually and on
Behalf of All Others Similarly Situated,

11                      Plaintiff,

12        vs.

13  WALMART, INC.; and Does 1-100,

14                     Defendants.

15

16

17

**Case No.   RIC2001569**

**CLASS ACTION COMPLAINT FOR:**

1.  **VIOLATION OF CIV. CODE §1750,
    ET SEQ.**
2.  **UNFAIR BUSINESS PRACTICES IN
    VIOLATION OF BUS. & PROF.
    CODE § 17200, ET SEQ.**
3.  **UNLAWFUL BUSINESS
    PRACTICES IN VIOLATION OF
    BUS. & PROF. CODE § 17200, ET
    SEQ.**
4.  **BREACH OF CONTRACT**
5.  **VIOLATION OF CIV. CODE §1723**

18

19        Plaintiff Danielle Hubmer ("Plaintiff") brings this action both individually and on behalf of

20  the class of persons defined below against Walmart, Inc. ("Walmart" or the "Defendant") and Does

21  1-100 (collectively "Defendant"), pursuant to his investigation, upon knowledge as to herself and her

22  own acts and otherwise upon information and belief.

**NATURE OF THE CASE**

23        1.       This is a class action seeking injunctive relief and redress for a corporate scheme of

24  deceptive and wrongful practices by Defendant in imposing an unlawful and undisclosed return

25  policy.   Apparently on or about April 20, 2020 Walmart surreptitiously changed its longstanding

26  return policy on the majority of the items it sells to the consuming public.  Plaintiff's claims relate to

27  Defendant's unlawful, inequitable and unfair practice of now arbitrarily denying returns under the

28  guise of a new "Co-Vid 19" return policy.

1    2.    This action is brought by Plaintiff as a class action pursuant to California Civil Code

2    §382 and §1781 on behalf of all California residents who (1) purchased an item from Defendant; and

3    (2) were denied a return despite complying with all the terms in Walmart's longstanding and well

4    disclosed return policy.

5    3.    Plaintiff seeks damages, restitution and injunctive relief for Defendant's deceptive

6    and unlawful conduct.

7                                    **THE PARTIES**

8    4.    Plaintiff is a resident of California.  She purchased clothes and other items from

9    Walmart in Temecula California.  In April 2020 Plaintiff attempted to return numerous items

10   pursuant to Walmart's longstanding return policy.

11   5.    Walmart, Inc. ("Walmart") is the nation's largest brick and mortar retailer. Defendant

12   regularly conducts business in the State of California, including but not limited to extensive

13   advertising, sales and marketing in the State of California.  Additionally, Defendant receives

14   extensive business from residents of California that substantially affects the stream of commerce in

15   the State of California.

16   6.    This Court has jurisdiction over the Defendants named herein because each

17   Defendant is either a corporation or association organized under the State of California, a foreign

18   corporation or association authorized to do business in California and registered with the California

19   Secretary of State, or does sufficient business in California and is registered with the California

20   Secretary of State, or does sufficient business in California, has sufficient minimum contacts with

21   California or otherwise intentionally avails itself of the laws and markets of California, though the

22   promotion, sale, marketing and distribution of its products in California, to render the exercise of

23   jurisdiction by the California courts permissible.

24                              **JURISDICTION AND VENUE**

25   7.    This Court has jurisdiction over all causes of action asserted herein pursuant to the

26   California Constitution, Article VI, §10, and California Civil Code § 3344.

27   8.    This Court has jurisdiction over the claims asserted and each of the Defendants

28   because each are individuals, associations or corporations that are either based in, authorized or

CLASS ACTION COMPLAINT

1   registered to conduct, or in fact do conduct, substantial business in the State of California.  Each of

2   the defendants has sufficient minimum contacts with California, or otherwise intentionally avail

3   themselves of the markets within California, through collecting monies, entering into contracts

4   and/or distributing their products or services in California to render the exercise of jurisdiction by

5   the California courts permissible under traditional notions of fair play and substantial justice. No

6   state or federal regulatory agency has primary, exclusive or any jurisdiction over the claims at issue

7   herein and/or is able to provide the complete relief prayed for in this matter.

8          9.      Venue is proper in this County as the acts upon which this action is based occurred in

9   part in this County. Plaintiffs reside and/or work in this County, and one or more of the Defendants

10  received substantial compensation and profits from entering into agreements and/or the sale of their

11  products or services to persons located in this County, caused misrepresentations to be disseminated,

12  entered into transactions and/or provided services in this County. Defendants' liability arose in part

13  in this County.

14                       **THE FACTS AND CIRCUMSTANCES THAT**

15              **SUPPORT A RECOVERY BY PLAINTIFF AND THE CLASS**

16         10.     On or about April 25, 2020, Plaintiff entered in Defendant's store located in

17  Temecula, California and did not observe any new "Co-vid" return policy displayed conspicuously

18  at the public entrance; Plaintiff did not observe any tags on any of the items she purchased which

19  displayed a new "Co-Vid return policy." And she did not notice a sign indicating a change in return

20  policy or any policy at all for that matter posted at each cash register and especially the cash register

21  which she purchased her items.

22         11.     Plaintiff returned to Walmart on April 27, 2020,  to attempt to return certain of the

23  items that she purchased on April 25, 2020.  Plaintiff's items complied with all elements of

24  Walmart's longstanding return policy.  For example, Plaintiff complied with the time period in

25  which the return must be made; and the items were in the proper condition "tags on" etc.

26         12.     Nevertheless, Defendant failed to accept the return and refused to provide Plaintiff

27  with a cash refund, store credit, or an equal exchange for the full price of the purchase of her goods.

28

---

CLASS ACTION COMPLAINT

1   13.   Instead, Defendant's store manager simply stated they were not accepting returns on

2   merchandise.

3   14.   Indeed, the employees who work at Defendant's store locations typically have zero

4   training regarding Defendant's return policies.  Indeed at this in many instances consumers are being

5   told a wide array of mis-information regarding Defendant's return policies.

6   15.   The lack of proper information or straight out misinformation disseminated by

7   Defendant's employees and given to consumers is widespread and pervasive.  Indeed internet

8   searches regard "Walmart's return policy" will yield thousands of consumers complaints.  Attached

9   hereto and  incorporated by reference is a sample of approximately 100 of such consumer

10   aforementioned consumer complaints.

11   **CLASS ACTION ALLEGATIONS**

12   16.   This case is brought as a class action pursuant to *Code of Civil Procedure* § 382 and

13   *Civil Code* § 1781.

14   17.   Defendant has engaged in a common course of conduct by surreptitiously changing

15   its return policy without proper notice to consumers.

16   18.   Membership in the Class is so numerous that separate joinder of each member is

17   impracticable.  The number of Class Members is unknown but can be readily determined from

18   Defendant's records.  Plaintiff reasonably estimates that there are tens of thousands, if not hundreds

19   of thousands, of persons in the Class.  Although Plaintiff does not presently know the names of all

20   Class Members, the Class is ascertainable, and the identities and addresses can be ascertained from

21   Defendant's records and self-identification.

22   19.   Plaintiff is a member of the Class of victims described herein.  She purchased

23   numerous items from Walmart on April 25, 2020.  Just a two days later she attempted to return some

24   of the items.  The items were in perfect condition and all the requirements of Walmart's

25   longstanding return policy were met by Plaintiff.

26   20.   There are numerous and substantial questions of law and fact common to all Class

27   Members that control this litigation and predominate over any individual issues.  Included within the

28   common questions are:

1     a. Whether Defendant failed to properly disclose its new "Co-Vid 19" return

2 policy to consumers;

3     b. Whether Defendant's acceptance of purchases by consumers, constituted

4 contracts and whether Defendant's log-standing return policy was part of the contract; to provide

5 event tickets for the listed price;

6     c. Whether Defendant breached those contracts by failing to properly disclose

7 the new "Co-Vid 19" return policy;

8     d. Whether Defendant maintained a corporate policy to impose the new "Co-Vid

9 19" return policy without prior disclosure;

10     e. Whether Defendant devised and deployed a scheme or artifice to defraud, or

11 engaged in a common course of conduct which acted to defraud or deceive Plaintiff and members of

12 the Class;

13     f. Whether Defendant deliberately misrepresented or failed to disclose material

14 facts to Plaintiff and Class Members regarding the the new "Co-Vid 19" return policy;

15     g. Whether Defendant's imposition of the new "Co-Vid 19" return policy is

16 without adequate notice unlawful;

17     h. Whether the acts of Defendant violated, inter alia, *Business and Professions*

18 *Code* § 17200 and/or any other applicable state common and statutory law;

19     i. Whether Plaintiff and the members of the Class have been damaged;

20     j. The proper method for calculating the damages suffered by Plaintiff and Class

21 Members; and

22     k. Whether Plaintiff and the members of the Class are entitled to injunctive

23 relief.

24   21.  Plaintiff will fairly and adequately protect the interests of all Class Members.

25 Plaintiff's claims are typical of the claims of the Class, she possesses no interests that are

26 antagonistic to the interests of the other class Members, and he has retained counsel experience and

27 competent in the prosecution of consumer fraud class actions and similar types of complex litigation.

28

CLASS ACTION COMPLAINT

22.     Plaintiff seeks injunctive relief and monetary damages on behalf of the entire Class because Defendant acted or refused to act on grounds generally applicable to the entire Class.

23.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy for at least the following reasons:

a.   Given the size of the claims of individual Class Members, few, if any could afford to seek legal redress individually for the wrongs alleged herein;

b.   Once the liability of Defendant to Plaintiff is established, the Court and a jury can determine the claims of each member of the Class;

c.   This action will permit an orderly and expeditious administration of the claims of Class Members, will foster economies of time, effort and expense and will ensure uniformity of decisions; and

d.   Without a class action, Class Members will continue to suffer damages, Defendant's violations of law will proceed without remedy, and Defendant will continue to reap and retain the substantial proceeds of its wrongful conduct.  Plaintiff and the Class have suffered damages as a result of Defendant's unlawful and unfair conduct.  This action presents no difficulties that will impede its management by the Court as a class action.

**PLAINTIFF  DANIELLE HUBMER'S FACTS**

24.     Plaintiff is a resident of Riverside County, California and is a member of the Class alleged herein.

25.     On April 25, 2020, Plaintiff went to Defendant's store located in Temecula, CA to purchase various items for her personal use and consumption.

26.     Plaintiff purchased an assortment of personal items.  The total purchase was $151.99.

27.     A few days later Plaintiff returned to Defendant's store to return certain items. Defendant refused to accept the return.

28.     At the time Plaintiff made her purchase the dressing rooms were closed and she was unable to try on any of her purchase at the store.

29.     No signage regarding a change in return policy existed within the store.

6

CLASS ACTION COMPLAINT

1       30.    Plaintiff made her purchase in good faith believing that she could return the items if

2  she so desired.

3       31.    On April 27, 2020, Plaintiff attempted to return certain items to the Walmart in

4  Temecula.

5       32.    Defendant's manager denied the return and stated a new "Co-Vid 19" return policy

6  was in place and Plaintiff was denied the return.

7  **<u>FIRST CAUSE OF ACTION</u>**

8  **(For Violation of Civ. Code § 1750, et seq.**

9  **The Consumers Legal Remedies Act)**

10      33.    Plaintiff, on behalf of herself and all others similarly situated, hereby incorporates by

11  reference the allegations contained in each and all of the other paragraphs of this Complaint as if

12  fully set forth herein.

13      34.    This cause of action is brought pursuant to the California Consumer Legal Remedies

14  Act, California Civil Code §§1750, et seq., (the "Act").

15      35.    The policies, acts, and practices heretofore described violated the Act in at least the

16  following respects:

17          a.   In violation of §1770(a)(5) of the Act, Defendant's acts and practices

18  represent that the goods have characteristics and benefits which they do not have;

19          b.   In violation of §1770(a)(9) of the Act, Defendant's acts and practices have the

20  effect of advertising goods with the intent of not selling them as advertised; and

21          c.   In violation of §1770(a)(14) of the Act, Defendant's acts and practices use

22  deceptive representations.

23          d.   In violation of §1770(a)(16) of the Act, Defendant's acts and practices use

24  deceptive representations.

25          e.   In violation of §1770(a)(18) of the Act, Defendant's acts and practice

26  misrepresent the authority of a salesperson, representative, or agent to negotiate the final terms of a

27  transaction with a consumer;

28

CLASS ACTION COMPLAINT

1    f. In violation of §1770(a)(19) of the Act, Defendant's acts and practices insert

2 an unconscionable provision in the contract.

3

4   36. Pursuant to §1780(a)(2) of the Act, Plaintiff seeks an order enjoining the above-

5 described wrongful acts and practices of Defendant, including, but not limited to, an order both

6 enjoining Defendant from continuing to implement the "Co-vid 19" return policy without proper

7 disclosure.

8   37. In compliance with the provisions of California Civil Code §1782, Plaintiff provided

9 written notice on June 8, 2020, notifying Defendant of her intent to file an action for monetary

10 damages under California Civil Code § 1750 et seq. unless Defendant correct, repair, replace, or

11 otherwise rectify the consumer fraud resulting from their conduct.

12   38. Should Defendant fail to respond to Plaintiff's demand within 30 days after receipt of

13 the Civil Code §1782 notice, to adequately respond to Plaintiff's demand to "correct, repair, replace,

14 or otherwise rectify" the misrepresentations described above, Plaintiff will  seek relief in the form of

15 a claim for actual damages, punitive damages as permitted by § 1780(a)(4) of the CLRA, attorneys'

16 fees and costs and/or restitution.

17   39. In addition, Plaintiff seeks, pursuant to California Civil Code §1780(a)(2), an order

18 enjoining the above-described wrongful acts and practices of Defendant, plus costs and attorneys'

19 fees, and any other appropriate relief under Civil Code §1780.

20   40. By reason of the Defendant's unlawful conduct in violation of the Act, Plaintiff and

21 the Class have suffered losses in amounts to be determined at the time of trial.

22        **<u>SECOND CAUSE OF ACTION</u>**

23     **(Fraudulent & Unfair Business Practices in Violation of**

24      **California Business & Professions Code §17200)**

25   36. Plaintiff, on behalf of herself and all others similarly situated, hereby incorporates by

26 reference the allegations contained in each and every paragraph of this Complaint as if fully set forth

27 herein.

28

CLASS ACTION COMPLAINT

1      37.    California Business & Professions Code §17200 prohibits acts of unfair competition,

2  which includes any "unfair or fraudulent business act or practice."

3      38.    As detailed in this Complaint, the misrepresentations and non-disclosure of material

4  facts by Defendant constitutes unfair and fraudulent business acts or practices within the meaning of

5  Business & Professions Code §17200 because, Defendant, *inter alia*:

6         (a) provided consumers with deceptive information concerning their purchases; and

7         (b) engaged in the foregoing acts in order to obtain windfall profits at the expense of

8  Plaintiff and other consumers.

9      39.    The harm to Plaintiff, the Class and the general public arising from Defendant's

10  deceptive and unlawful practices outweigh the utility, if any, of those practices.

11      40.    The conduct described herein is ongoing, continues to this date and constitutes unfair

12  and fraudulent business acts and practices within the meaning of Business & Professions

13  Code §17200.

14                  **THIRD CAUSE OF ACTION**

15               **(Unlawful Business Practices in Violation**

16                **of Bus. & Prof. Code §17200, et seq.)**

17    **(Predicated On California Civil Code §§1572, 1709, 1723 & 1710; Fraud & Deceit)**

18      41.    Plaintiff, on behalf of herself and all others similarly situated, hereby incorporates by

19  reference the allegations contained in each and every paragraph of this Complaint as if fully set forth

20  herein.

21      42.    California Business & Professions Code §17200 provides that unfair competition

22  shall mean and include any "unlawful...business act or practice..."

23      43.    Defendant's misrepresentations made through systematic denial of consumer returns,

24  as alleged above, was misleading and likely to mislead because it failed to disclose that Defendant

25  had no right to refuse returns and/or surreptitiously change its return policy without proper

26  disclosure to California consumers.

27      44.    Defendant's representations and omissions were made with knowledge or reckless

28  disregard of the laws of California prohibiting false and misleading statements and advertising, as

1   well as the reasonable expectations of public consumers.  These representations were made with

2   intent to defraud members of the general public described herein.

3        45.     Members of the general public were unaware of the falsity of Defendant's fraudulent

4   misrepresentation of said material facts, and purchased the products reasonably relying upon the

5   representations of Defendant.

6        46.     Defendant's acts and omissions constitute fraud and deceit in violation of California

7   Civil Code §§1572, 1709, and 1710.  Defendant thereby violated Business & Professions Code

8   §17200, which prohibits unlawful acts and practices.

9        47.     In addition Defendant's acts violate Civil Code §1723

10

11                      **FOURTH CAUSE OF ACTION**

12                         **(Breach of Contract)**

13       48.     Plaintiff, on behalf of herself and all others similarly situated, hereby incorporates by

14   reference the allegations contained in each and every paragraph of this Complaint as if fully set forth

15   herein.

16       49.     Plaintiff and members of the Class entered into contracts with Defendant at the time

17   of sale.  Incorporated in such contract was Defendant's longstanding return policy.

18       50.     Plaintiff and Class Members entered into express and implied in fact contracts with

19   Defendant.

20       51.     Plaintiff and Class Members fully performed their obligations under the contract, by

21   remitting to Defendant the full amount of the purpose price and also complying with any terms

22   regarding the return of the items.

23       52.     The contracting terms were final and conclusive as of the time of sale.

24       53.     Plaintiff and the Class satisfied their obligations under their contracts.

25       54.     However, Defendant failed to perform as required under the contracts and breached

26   those contracts by failing to allow Plaintiff and Class Members to make returns and obtain a refund.

27       55.     As a result of the foregoing, Plaintiff and Class Members are entitled to damages in

28   an amount to be proven at trial.

1

2

3    **FIFTH CAUSE OF ACTION**

4    **(Violation of Civil Code §1723)**

5    36.    Plaintiff, on behalf of herself and all others similarly situated, hereby incorporates by

6    reference the allegations contained in each and every paragraph of this Complaint as if fully set forth

7    herein.

8    37.    California Civil Code § 1723 (a) provides, as follows:

9
     Every retail seller which sells goods to the public in this state that has a policy as to any of
10   those goods of not giving full cash or credit refunds, or of not allowing equal exchanges, or
     any combination thereof, for at least seven days following purchase of the goods if they are
11   returned and proof of their purchase is presented, shall conspicuously display that policy
     either on signs posted at each cash register and sales counter, at each public entrance, on tags
12   attached to each item sold under that policy, or on the retail seller's order forms, if any. This
     display shall state the store's policy, including, but not limited to, whether cash refund, store
13   credit, or exchanges will be given for the full amount of the purchase price; the applicable
     time period; the types of merchandise which are covered by the policy; and any other
14   conditions which govern the refund, credit, or exchange of merchandise.
15

16

17   38.    On or about April 25, 2020, Plaintiff entered in Defendant's store located in

18   Temecula, California and did not observe any return policy at all and especially any new "Co-vid"

19   return policy displayed conspicuously at the public entrance.

20   39.    Likewise, Plaintiff did not observe any tags on any of the items she purchased which

21   displayed a return policy or a new "Co-Vid return policy." And she did not notice a sign indicating a

22   change in return policy or any policy at all for that matter posted at each cash register and especially

23   the cash register which she purchased her items.

24   40.    Plaintiff returned to Walmart on April 27, 2020,  to attempt to return certain of the

25   items that she purchased on April 25, 2020.  Plaintiff's items complied with all elements of

26   Walmart's longstanding return policy.  For example, Plaintiff complied with the time period in

27   which the return must be made; and the items were in the proper condition "tags on" etc.

28

1    41.    Nevertheless, Defendant failed to accept the return and refused to provide Plaintiff

2    with a cash refund, store credit, or an equal exchange for the full price of the purchase of her goods.

3    42.    Instead, Defendant's store manager simply stated they were not accepting returns on

4    merchandise.

5    43.    As a result of Defendant's violation of Civil Code § 1723 (a) Plaintiff and Class

6    members are entitled to damages in the full amount of the purchase prices of the goods that they

7    purchased and attempted to return.

8    44.    Pursuant to Civil Code § 1723 (c)(2) Plaintiff and all Class Members are also entitled

9    to remedies specified in the CLRA.  As such Plaintiff will seek an injunction to asking the Court to

10   enjoin Defendant from continuing to implement its undisclosed "Co-Vid 19" return policy.  Unless

11   Defendant is enjoined from its misconduct, consumers will be irreparably damaged from

12   Defendant's unjustified and illegal denial of returns.

13   45.

14

15                        **PRAYER FOR RELIEF**

16   **WHEREFORE,** Plaintiff requests relief as follows:

17   A.    An order certifying the Class, appointing Plaintiff as a representative of the Class,

18   and appointing LegalGP, Mitch Kalcheim, as counsel for the Class;

19   B.    Compensatory damages sustained by Plaintiff and the Class as a result of Defendant's

20   breach of contract;

21   C.    Compensatory damages and/or restitution of all funds acquired by Defendant from

22   Plaintiff and the Class, as a result of Defendant's unlawful, unfair, fraudulent and deceptive

23   practices;

24   D.    Declaratory, injunctive and/or other equitable relief as may be appropriate to stop

25   Defendant's practices, as described above, which are in violation of certain statutory and common

26   laws in the State of California.

27   E.    For punitive damages according to proof;

28   F.    For payment of costs of suit herein;

1      G.      Prejudgment and post-judgment interest at the prevailing legal rate;

2      H.      Attorneys' fees and costs of this suit; and

3      I.      Such other and further relief as the Court may deem proper.

4                                      **JURY DEMAND**

5      Plaintiff, on behalf of herself and all others similarly situated, hereby demands trial by jury.

6

7      DATED:  June 8, 2020                          LEGAL GP

8

9                                                    _____
                                                     MITCH KALCHEIM
10                                                   Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

1
## **DECLARATION OF DANIELLE HUBMER**

2        I, DANIELLE HUBMER, being duly sworn, hereby state as follows:

3    1.     I am the plaintiff the action entitled *Hubmer v. Walmart, Inc.*.

4    2.     I am a resident of Riverside, California.  During the class period I was subject to the

5 conduct alleged in my complaint regarding Walmart's return policy.

6    3.     I am informed and believe that Defendant in this action conducts substantial business

7 activity in Riverside County, including the conduct that is detailed in my complaint.

8    I declare the foregoing to be true and correct to the best of my knowledge, under the penalty of

9 perjury under the laws of the State of California that the foregoing is true and correct.

10

11 Dated: _____                    _____

12                                                Danielle Hubmer

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

See what others are saying about Walmart returns, refunds and exchanges



Company Search

**Add your feedback about Walmart -->**

---

**06** Jun

**Posted by Mike** 🚩
*on 6/6/20 at 3:44PM*

I purchased a battery charger that worked one time. The buttons don't do anything. I was just wanting to exchange it for another one but was told I couldn't without a receipt. I don't know where it is but as I said I used it once time. I don't understand why can't it be exchanged for the same item that might work. I'm suppose to lose my money on a product that comes from your store. It's not an item you can get without assistance or walk out with in the automotive section. Very disappoint in the stores policy.

---

**06** Jun

**Posted by Anonymous** 🚩
*on 6/6/20 at 9:04AM*

I have been shopping Target and love it! No frustration or headaches at Target. Groceries, clothing and essentials. If something don't work out you can actually take it back not like Walmart!!!!

---

**06** Jun

**Posted by Anonymous** 🚩
*on 6/6/20 at 8:56AM*

Walmart you are on my last nerve with your return policy! Corporate how much more longer are you going to hold the public hostage with your return policy? It is called greed and lack of empathy!! ?

---

**06** Jun

**Posted by just me** 🚩
*on 6/6/20 at 5:29AM*

walmart sucks. I have been trying to exchange something for almost 2 months. they will not till this is over they say. DUH. this is not going to be over for a year or 2. come on walmart. you make billions off poor people every day. we have nothing. you are more worried about making a dollar than helping people out. & we bought the stuff from you. at least quit holding our money. havnt you made enough off us & our country ? you have sold so much dsince the virus stuff that you have no big tv's on the shelf & always out of everything i need. your sales are double this year. COME ON !!!! LET ME HAVE MY FEW DOLLARS BACK !!!!

---

**06** Jun

**Posted by Chrissy** 🚩
*on 6/6/20 at 4:20AM*

Can you please tell me when the government of Canada said you can't return an item without a receipt due to the virus? The policy say's they will give a gift card!How dare you blame that on the government! Grrrrr Walmart That's not right!

---

**05** Jun

**Posted by Broke Wal-Mart customer** 🚩
*on 6/5/20 at 6:20PM*

Yes! I agree, come on Walmart, I have atleast 100$ worth of shorts and swimwear, & shoes I can't return because of your outdated return restrictions, All you have to do is quarantine the stuff for 72hrs b4 putting it back on the shelf. You probably keep stuff off the shelves for 2days already.

---

**05** Jun

**Posted by Anonymous** 🚩
*on 6/5/20 at 5:55PM*

---

**Scoreboard Ratings**

See detailed Walmart customer service rankings, employee comments and much more from our sister site.

Ok walmart, get on with it, other stores that are open are accepting returns on clothing all
People would like their money back, or return for what will fit them. You should know better



Company Search

---

**Posted by Anonymous** 🏴

**05**
**Jun**

*on 6/5/20 at 10:52AM*

I purchased a small tv online on April 17. I tried to return it today ( the first day our county went green because of vivid and could not get my refund. The box was never opened. I know what the policy is but didn't feel safe going out until now.

---

**Posted by Debb** 🏴

**05**
**Jun**

*on 6/5/20 at 10:18AM*

Utterly ridiculous that Walmart has a no return policy for apparel returns. I had my receipt 1 week after purchasing tee shirts for my husband. They tried to tell me it was a federal criteria! BS! All other stores Are accepting apparel returns. I'll be avoiding Walmart from now on.

---

**Posted by Anonymous** 🏴

**05**
**Jun**

*on 6/5/20 at 6:03AM*

I bought teeth whitening pens for 48.00 and was not gone from store for more than 1/2 hour when I noted the box was opened and half of the pens were missing. I returned to store and they refused to refund or exchange stating it was due to Covid 19. I argued that it would be restocked, even talked to manager, but was refused. The item was either previously restocked after returned or someone stole off shelf. I guess I'm the one paying for it... instead of a multimillion dollar corporation that can't assure quality.

---

**Posted by Jamie** 🏴

**04**
**Jun**

*on 6/4/20 at 4:16PM*

Highway 290 West Austin Texas Walmart ... husband's birthday is 9th so I went to Walmart and bought him shorts and shirt two of each. He is a type 1 diabetic he has squamous cell carcinoma on his face that had been removed he's got 150 stitches and has a hole in his foot from diabetes 56 years old ..during this pandemic he cannot go out of the house because his immune system is too weak the clothes I bought him are too big due to the fact he has lost a lot of weight... he had shity birthday and is naked...37y married he was our sole provider...so no $ to buy more

---

**Posted by Hello....** 🏴

**04**
**Jun**

*on 6/4/20 at 1:51PM*

Reading all the comments mine is going to sound redundant,so fed up with this no return policy on apparel I have over $100.00 in merchandise, I too believe that Target will be my go to store, it' Closer to my House and alot Cleaner, Staff seems more competent then at Walmart. I've been getting my prescriptions at Walmart over 20 years, so now I will just pick them up walk out, and not shop there!

---

**Posted by Anonymous** 🏴

**04**
**Jun**

*on 6/4/20 at 3:07AM*

Visiting my sister in West Valley Utah.
Went to Walmart on 9 east and 4700 south, SLC Utah.
Bought bullet blender for about $50.00.
The blender won't work at all plug ins.
The blender had a hit and miss when starting up.
The rubber seal keep malfunctioning leading to leakage to inside blender.
Took back to Walmart the next day and ask to exchange blender.
Customer service said there policy's for returns without a receipt and paid for in cash was not something they would honor.

---

I told the clerk that I wasn't going to go broke over a 50 dollar idem and she could keep their broken b
She told me I couldn't leave the blender there and that was also store policy. I walked out very unhap
All I wanted was a blender that worked.

 Company Search

**Posted by no name** 🚩
*on 6/3/20 at 7:47PM*

03
Jun

Bought clothing to take home to see what fits yesterday since you can no longer try on things in the store. Went back today to return what I did not want and was told I could not return any clothing. There were no signs!!! Then told to go online to start my return whatever that means, so I went online and everything was for online purchases only. i called to talk to a person and they sent me to another number which after holding for a long time was either hung up on or disconnected before any answered. I went back to the store they said there would be a six week on all returns and that if I have my receipt that I could return the clothes when the Corona virus is gone. Who knows when that will be. Target is much better they are allowing returns on everything including clothing. I hate Walmart any way this just makes it easier to never shop there again.

**Posted by Les** 🚩
*on 6/3/20 at 2:35PM*

03
Jun

I agree with Jim. I too bought clothing at Walmart only to find that the items were too big and I wanted to get a smaller size. Went back to the store only to be told that closing could not be returned! What? I return the bathing suit to Lands' End. A friend just returned her clothing items to TJ Maxx. So I guess I just spent money on clothing I will never be able to wear. What a waste of money.

**Posted by Anonymous** 🚩
*on 6/3/20 at 1:27PM*

03
Jun

Walmart needs to make it very clear AT THE CASH REGISTER when purchasing clothes or LARGE PRINT at the front entrance of the store that we CANNOT RETURN OR EXCHANGE them! Not just on the small stand written in microscopic print with at least 20 other detailed precautions and rules that honestly look like just basic safety precautions they are notifying us that Walmart is taking to keep us safe while we shop! There's pictures of masks and it looks like their cleaning and sanitary policy! Definitely not their return policy! Besides that, ALL OTHER RETAILERS are allowing returns and exchanges on clothing! Hold it in a warehouse if you must for the necessary time to rid it of any possible Corona virus germs they might have! I even tried going on their website to return it! Couldn't find "the form" I was suppose to fill out for a refund! My fault though for buying clothes there! Should I REALLY be surprised??? It's WALMART we're talking about!

**Posted by Mcdizzle** 🚩
*on 6/2/20 at 6:45PM*

02
Jun

I have absolutely had it with all months redundant return policy at this time. There is no difference between returning a toy, food or clothing! All of the stores are accepting all returns at this time during this epidemic except for Walmart. Walmart is only selectively taking things pack like one thing is going to have covid-19 and one is not! What a joke!

**Posted by Tgoodman** 🚩
*on 6/2/20 at 9:41AM*

02
Jun

The local Walmart in Sanford Florida has a manager that has no brains. I purchased a bag of coffee, got home and when I unpacked it, found the front of package was slit - from a stockers razor knife. Not taking any chances with an open food package I went back to the store WITH package and receipt, and was rudely told I could NOT return a package once I left the store. So I asked Kenny the manager if everyone was supposed to closely inspect each and every package before leaving store - - "Sorry cant return it, even though it was NOT my fault!!!!

So I asked how do I take care of this? Told me to go the Walmart site and I will find a form to get a return by mail.

Guess what NO FORM!!!! only links to other walmart crap.

So here I am with a 7 dollar package of coffee that I can not use nor return.

NO MORE WAL MART!!!!!



Company Search

Posted by R LUNGER ⚑

on 6/1/20 at 3:22PM

Absolutely dreadful experience just now at Walmart. Tried to return summer work shorts for my husband and was denied. We had our orginal receipt and all the tags were on them. He never even tried them on as we kept one of the pairs so he knew how they fit. We are out almost $70 for 3 pairs of Dickie work shorts. Also, I was informed my the not so friendly front end manager that apparel has been removed from their computers so a refund wasn't even possible and may not be even after things resume back to normal after the covid crisis. This is ridiculous to me as we were never informed that it was an all sales final when purchasing them. If we'd had know we smartly would have purchased 1 pair to see how the laundered and fit. During times when many are "penny pinching" and struggling to stay afloat I find this deeply upsetting. Truthfully my intention was to use a portion of the return to fuel our vehicle so that my husband may continue to work and provide for our family. As upset as I was I even mentioned this to the shift manager and she was completely unmoved and unsympathetic. So Walmart will disinfect the store at night for my safety, as a suck person may not be able to spend their money but refuses to clearly make new return policies available and accommodate a once very loyal shopper. To put it in perspective my husband's family's land borders the new Walmart plaza in our area so we have shopped there alot although we will no longer do so.

Posted by Anonymous ⚑

on 6/1/20 at 12:59PM

Wal-Mart still won't return my 65$in clothing told by higher up that as soon as it's safe for staff that may never be everywhere else is returning I think Wal-Mart will never accept returns again nothing was posted when I bought these 2 months ago you couldn't try them on I'm pissed

Posted by Never agian will be defrauded by ⚑

on 5/31/20 at 4:06PM

Ok guys the policy here is a total lie. NEVER go back to walmart. Hope covid takes out this evil money hungry monster corrupt corporation.

Posted by Shannon ⚑

on 5/31/20 at 1:16PM

Bought a laptop online. Started the return online and returned it to the Auburndale FL walmart the day after it was delivered because it was of poor quality. A month later and still no refund. Keep getting runaround then told the customer service cashier probably stole it because that happens. Smh. I don't kbow what the shady hell walmart doing but i do know they gonna refund me $180 one way or another. She probably stole it wth... But if so ni proof so they wont do anything. Guve me my money back or give me another laptop so i can sell it.

Posted by Anonymous ⚑

on 5/31/20 at 5:21AM

Had a few item's of clothes to return I was told they wasn't taking clothing back at this time I ask why I wasn't told that when I bought them an why wasn't it on my receipt now I am out 60 dollars and can't go buy a different size because I wasn't able to try nothing on my last time shopping at Wal-Mart and the sales clerk was really rude

Posted by Anonymous ⚑

on 5/30/20 at 4:46PM

The store manager Torrey store number 06958 Was of little help when I was returning my lawn mowe
wild goose chase to find a mower for my exchange. When I got back then told me I had to get rid of th
and when I returned, I found out they wouldn't exchange nor return my product and yes I had and hav



Company Search

everyone is in a Frinzzy during this pandemic, but all I wanted to do is exchange my mower, it may not mean much to walmart but
instead of exchange I will get my money back and shop elsewhere. I will somehow get this in social media the way that they
handled my situation as a customer. Ooh I also asked to see the return policy for my exchange and conveniently the site was
done. I can tell you why the site was down was because the hogwash Torrey told was just that hogwash. So now I have to make
two more trips to exchange my product as much as I shop at walmart this is unexceptionable.

**30**
**May**

Posted by Goodbye Wally World... 🚩

on 5/30/20 at 10:21AM

I bought shorts at Walmart, couldn't try them on, I asked at the dressing room. Was NOT told I couldn't return them
by the dressing room police or by the cashier.

I will now go 20 minutes out of my way to never shop at Walmart again, for anything. I don't want to put another dime in their
pocket.

**30**
**May**

Posted by Malon 🚩

on 5/30/20 at 8:36AM

I see people trying on clothes in the store and no one stopping them....I think this no return policy is B%##S%^&...I
have been shopping at Belks and they let you return with the original tags still on the item...

**30**
**May**

Posted by Anonymous 🚩

on 5/30/20 at 6:19AM

I bough wireless headphones. I really liked them so i threw the receipt away. They were $94.56. Theres something i
really dont like about them and i tried returning them. The man said i had 15 days and yesterday was rhe 16th day and i couldnt
return them no more. ?. Wtf is this. I had the card i payed with and stuff. I dont understand. I read the policy and it says i have 90
days except some electronics.

**30**
**May**

Posted by impayled 🚩

on 5/30/20 at 1:35AM

Walmart rocky hill CT say their new policy is not to take anything back without receipts even if not on the restricted
list. Thanks for helping out a former homeless person trying to exchange a rew new sealed Walmart brand items.

**28**
**May**

Posted by Need a covid return solution 🚩

on 5/28/20 at 7:57PM

I have several items to return that I bought at a store. How long will it be. I mean I've been holding them now for
almost 3 months. My 90 days is gonna run out .then what

**28**
**May**

Posted by Anonymous 🚩

on 5/28/20 at 7:44PM

I was basically escorted out of Walmart! They called ap yo come handle me because I wouldn't leave the store
because CORPORATE told me I could return the 13 pairs of capris I bought and turns out she was wrong!! I told the manager I
wasn't leaving until I spoke with corporate I was on hold for 30 mins the store was closing at 8:30 it was 8 when I got there so
they were giving me dirty looks the whole time trying to get me to leave!! Corporate did nothing !! I told them they needed to do
something because their employee told me I could return my items with my receipt which I had!! I only tried on one pair! All had
tags and my receipt of purchase and they wouldn't even open the bag. So now I'm out $115 for capris until I can return them

which it'll prob be winter by then !! I basically have the choice to wait it out like I've been doing or pay so I can wear them to work & then return the others. Shame on you Walmart no signs posted either a on! This is bad business and bad customer service



Company Search

---

**Posted by Anonymous** 🚩

*on 5/28/20 at 7:32PM*

I am EXTREMELY upset, dissatisfied, and disappointed with Walmart's changes due to Covid19. Lots of us are out of work, and really NEED every penny stretched as far as possible. There are NO signs posted in clothing, or at registers about returning clothing items, well, lack thereof. After waiting in line at the service desk, for 45 min, I'm at the counter, have my receipts, tags and unused clothing to return. only to be informed otherwise. I just had surgery, so I'm looking at certain types of clothes. The fitting room is closed, so I buy it, try it on, and now, I'm out $80. I ask to speak to a manager, several times, up the ladder, and the store manager was COMPLETELY disrespectful, and very un professional. He has a rude manner, pointing to the index sized sign in customer service, and tells me "sorry, call the 800 number ". I did, then while waiting on a person on the 800 number, the store manager asks me to leave. I told him "not until I'm done speaking to someone, on the 800 number ". He THEN tells me that since I REFUSE to leave the store, he can have me escorted off the property. The clothing, $80 worth, has to be "claimed out", due to the type of clothing. I'm following ALL the rules. When Walmart DOES decide to take items back, it's the same clothes, from the same house, returned to the same store.

---

**28 May**

**Posted by Anonymous** 🚩

*on 5/28/20 at 2:43PM*

Like everyone has said, "Walmart is no0t accepting clothing for returns. However, did anyone see a sign posted in the clothing areas making us aware of this? I DIDN'T !!!! I am totally pissed about this. Guess it's time to shop at Target!. Good bye Walmart!!!!

---

**28 May**

**Posted by bad walmart** 🚩

*on 5/28/20 at 1:15PM*

walmart has now stolen $30 from me. i haven't gotten any unemployment although i have applied for it. i haven't been working. i went to walmart at 7 am to buy scrubs for a job i'm very excited about. couldn't try them on. went home found out they were to big went to work in no scrubs.. came back to return them and was told no?? i was told "there are signs everywhere" (about the no returns.) NO MAAM. no signs. i wasn't told at the register that i couldn't return the item. if i would have been told that I WOULD HAVE WALKED OUT WITH NO SCRUBS. i would've politely given her the scrubs and said never mind then!!!!!!!!! I WAS ROBBED.

---

**27 May**

**Posted by T.** 🚩

*on 5/27/20 at 8:56PM*

I live in Chicago and this week we finally get some warm weather. I went to Walmart (Touhy Ave) to get some sandals for my toddler. The rack at this Walmart was empty. I decided to check out another Walmart. But in case I didn't find anything, I took the only 1 white pair of sandals I found. The other Walmart(Niles Ave)was a 10 minutes drive. Of course, there was a line. I purchased 3 pairs of sandals, and tried to return the white pairs from Walmart (Touhy). The cashier said I couldn't return the item. I had my receipt, which clearly showed it hadn't been 1 hour since I purchased them. I didn't even go home for my toddler to try them home; plus, I saw other people trying these shoes on their kids in the aisles. I was so pissed! Walmart needs to STOP! We're living in challenging times where we are all on a tight budget, with such uncertain future while we have children who are gaining weight and growing in this quarantine. This is ridiculous! Frankly, I'd rather shop at Target and Amazon after today's experience!!!

---

**27 May**

**Posted by Anonymous** 🚩

*on 5/27/20 at 6:43PM*

Have been waiting for 2 months now to return some dresses, and other apparel, this is ridiculous.

---

**RETURNS** *and* **REFUNDS**

Company Search

**Posted by Deb** ⚑

*on 5/27/20 at 10:49AM*

When will we be able to make returns??
Plus a broken hair dryer that hasn't worked since I bought it.
What kind of customer service is this. I will double think before I buy st Walmart again.

**27 May**

**Posted by wally** ⚑

*on 5/27/20 at 9:45AM*

Girl kept me waiting for half hour to tell me i may not return my open box back to the store until further notice , This is why i mostly shop at Amazon , Thank you Mr.Jeff Bezos for thinking about your clients , walmart just thinks about $$$$$$

**27 May**

**Posted by Angeleyes** ⚑

*on 5/27/20 at 9:42AM*

Tried returning shorts that I bought online. I was told from Walmart.com to return to store or exchange for what size needed. I was told no that they aren't accepting returns or exchanges when it comes to clothes. Ton of workers outside and the one lady said to just go to customer service but never said no refunds of any kind.

**27 May**

**Posted by Moe** ⚑

*on 5/26/20 at 11:57PM*

I had lemons that rotted 4 or 5 days after I bought them. I brought them back. The manager said fine get a bag bring them up to customer service. I brought the rotted lemons with me. When I came back to customer service, it was someone else. She told me no food was to be returned. I said it was an exchange. She argued with me and said the way we have to ring it up it's rung up as a return. i said I don't care. The sign said refund. She finally did it. So if anything else spoils I will keep it out of the refrigerator and bring it in when the policy is lifted. Hope some hamburger meat spoils between today and whenever. The return policy for clothes is ridiculous. If you have the tags still on it and receipt. They should take it back. I have a lot of items I have purchased in the past 2 months
I am considering returning most of it. I haven't used it yet. Poor customer relations.

**26 May**

**Posted by Your momma** ⚑

*on 5/26/20 at 4:59PM*

Walmart sucks ass, there was 10 Walmart associates outside and none of them could tell me don't waste my time not allowed to return stuff all the sudden. They let my dumb ass walk in for the customer service person to tell me.

**26 May**

**Posted by Anonymous** ⚑

*on 5/26/20 at 3:51PM*

If you order through the walmart website. you can process a return through the website and they have to accept at the store

**26 May**

**Posted by BRIDGET** ⚑

*on 5/25/20 at 10:28AM*

I bought120 worth of clothes,,I'm on disability,,and wallmart wouldent let me return the items of clothing,,so I had to go to another store Burks,,where that do accept your clothes, if you need to bring them back....I had to buy form another store, which cut in to my budget,,I get 1 check a month...so I could really use that refund ...

**25 May**

**Posted by Pook** ⚑

*on 5/25/20 at 6:40AM*

**25 May**

Not only are they not taking returns, the staff is very rude and not very knowledgeable about the policy. I was told there was a sign on the dressing room. What i bought was a gift (which doesn't fit, therefore no need to go the the dressing room. They have junk posted everywhere, but the only place you can find the return policy is at the customer service counter on a paper the is as big as this emai

**Posted by Dee** ⚑

*on 5/24/20 at 11:19PM*

**24 May**

No where in the baby section did it say that I can't return an item. Children grow fast. Walmart kept saying "we posted it outside". Where? Next to your other 20 signs? It does not make sense. I hate this policy and will not shop there. Going to Target.

**Posted by Sandi** ⚑

*on 5/24/20 at 4:30PM*

**24 May**

Disappointed no sign posted about refund policy change on returning clothes for a refund. It's been 25 days now, how much longer do I have to wait?

**Posted by Anonymous** ⚑

*on 5/24/20 at 1:27PM*

**24 May**

Walmart has made money off many Americans during covid-19 and everyone else is taking returns except them and all the other stores was closed they clearly had an advantage now refuse to take returns on clothes this so you will forget about the returns and they won't have to return your money sounds like a scam may be they should be reported to the government

**Posted by Smiley** ⚑

*on 5/24/20 at 12:19PM*

**24 May**

When I bought shirts for my grandson's birthday they DID NOT tell me I could not return them if they didn't fit. There were NO signs anywhere stating this either. There should have been signs trhat stated "Due to the Covd-19 you cannot get refunds or exchanges on the following items" I AM VERY UPSET!!!! (Do not send an email reply as my email is down)

**Posted by Frustrated** ⚑

*on 5/24/20 at 8:02AM*

**24 May**

I don't understand why I can't return clothing to Wal-Mart. They let everyone touch everything in the store. More likely to get Covid 19 there than from someone's home. Would never have purchased if I had known I couldn't return it.

**Posted by Lady pirate** ⚑

*on 5/23/20 at 7:46PM*

**23 May**

I Find Very It Annoying That I Have To Wait To Return Clothing All The Other Clothing Stores Have I Couldn't Try Them On. There Is No Proof Of This Let Them Sit For 2 Days And Call It Good. The Hospital I Work For Thats All They Do After Washing Please People Need Their Money And I Wasn't Told When I Bought Them

**Posted by Kyle 603** ⚑

**23 May**

on 5/23/20 at 4:03PM



Company Search

I bought a gold necklace for my mother that was advertised as solid gold not gold plated I mother couple hours later I got a phone call from my father saying that the chain wasn't real gold so I took it back to return it come to find out they're not taking returns on that now so you can take my money but you can't give it back for false advertising this isn't right I'm not going to let Walmart get away with this

---

Posted by Promethius 🚩

**23 May**

on 5/23/20 at 1:59PM

They sure can take our money, but right when we need it most because a lot of us are out of work, they stop taking it back. I remember when walmart sold only made in USA. by Americans for Americans. I guess along with no longer selling made in USA items, they stopped carrying about Americans, and that at a time when they are making money hand over fist during this virus, and raising prices like crazy. Mr President you said we should turn in price gaugers? Please check out walmart. Supply and demand, doesnt mean just because you put out 2 pieces of meat, you can charge double what you did when you provided a whole cooler of meat. Maybe meat is a bad example, but it's across walmart product you cannot return. screw walmart. I hope other americans are as pissed, and when this is all over go out of their way to drive further tha 15 minutes and buy everything they need elsewhere.

---

Posted by Anonymous 🚩

**23 May**

on 5/23/20 at 11:43AM

My name is David Hill and i viewed a outdoor lawn thatcher for $139+ and I decided to purchase it online, it came after over five days
and even after I had sent an email to Costway which was your distributor. The next day after assembling it I made 10 passes in my yard and the unit stopped operating. I did all the checks from power outlet, cord connections to checking under the bottom for jams
and could not find anything outside the unit that would cause it to stop, so I decided to return the thatcher to your store and requested a return label and as of this date May 23 I have not received the return label.

---

Posted by StayCalmStormWillPass 🚩

**23 May**

on 5/23/20 at 10:47AM

We're used to what we're used to and this change is quite inconveniencing, but Walmart will take back the items. Let's try to be patient and hold on to those receipts. It would be nice if they printed this new returns policy on the back of their receipts or bags or at check out so that customers are aware before making an unnecessary trip to the returns desk.

---

Posted by Anonymous 🚩

**23 May**

on 5/23/20 at 9:09AM

Really ? I have my receipt but you won't take my items back because of virus LAME

---

**Posted by D-gusted 🚩**

on 5/22/20 at 2:05PM

**22 May**

I purchased some tank tops at Walmart took them home to try on since Walmart closed dressing rooms through covid-19, too large need to return
I'm told not at this time. So why aren't there any signs stating this temporary policy? Why have all the other chains such as Target, Ross, Ulta, already accepting clothing returns? Walmart whats your explanation to your customers who actually made you the big hoss that you are today? Be careful how you treat your breadwinner. Too big to fail? Saw that movie! Treat the consumer with more respect!! We can always strike Walmart and then see how big of a bully you can be
Get your act together because karma comes to us all.

---



Company Search

**Posted by Anonymous** 🏳

*on 5/22/20 at 11:45AM*

**22 May**

I live in Columbus Georgia and bought a pair of TENNIS SHOES, when I tried them on they felt ok, but when I got home and walked around with then on the were ACTUALLY too small. I took them back and I was told that they COULDN'T do anything for me! A pair of TENNIS SHOES, REALLY? Since when did FEET give the Corona Virus? I HOPE they take a BIG HIT for what they are putting their customer's through. It's NOT right...

**Posted by Beth** 🏳

*on 5/22/20 at 10:36AM*

**22 May**

Clothes are an essential need in my mind. You can not try them on in the store either so when they don't fit you can't return them. I'm Very annoyed. No signs at all posted about returns. They take some things back and not others after you wait in line for 20 minutes. Ridiculous. Just another reason not to shop at Walmart. And then no idea when they will change their policy. What are you supposed to do call them every day? Ridiculous.

**Posted by b kruckenberg** 🏳

*on 5/22/20 at 10:21AM*

**22 May**

My son was in the hospital in January, prior to the announcement of Covid in MS. He lost 40 pounds due to a digestive health issue. I purchased some new shorts for him as clothing is an essential item under this circumstance. The shorts we're too large and I needed to return them for a smaller size. I found out I could not do this. I cannot take him in the store to try the shorts on because he is disabled. Due to his recent lengthy illness the Covid 19 is sure to kill him. Now we are out $40.00 and still without clothes that will fit him.

**Posted by upset** 🏳

*on 5/22/20 at 7:57AM*

**22 May**

When will this no return policy for appeal be lifted? CDC now says virus does not stay on surfaces as first thought. This is BS Walmart. People are upset and waiting for customer satisfaction again. This policy will bite you in the end people do have other choices and will boycott your foreign made items. Wait and see its coming.C

**Posted by obanik** 🏳

*on 5/22/20 at 7:26AM*

**22 May**

I am absolutely FURIOUS at their policy- I understand it is to keep everyone safe but HELLO???? Why isn't the return/exchange policy printed on the receipt?? I tried returning a clearance item- to which they said they do not take back clearance items. I had just opened the box and looked into it, didnt even take the cabinet pieces out! And proceeded with some CRAP that we can return it within 5 days. I mentioned to the manager that it was not mentioned ANYWHERE, not even when the item rang up that it was FINAL SALE. I called customer support and the rep kept me on line for like 10 mins and said yes this is a policy... REALLY YOU KEPT ME ON LINE FOR THAT LONG TO FIND THE POLICY??? I am super furious about this and the only bs they gave me was that they would "cascade" this issue to their corporate... to which we all know, they DAMN WONT. Walmart, get your game straight.

**Posted by Anonymous** 🏳

*on 5/22/20 at 3:30AM*

**22 May**

Walmart sucks. I cant return clothes that dont fit that i bought at walmart. Walmart sucks.

**Posted by Djberg** 🏳

*on 5/21/20 at 2:03PM*

**21 May**

I thought they were extending the returns because of covid 19? But I just went in there and they woul
give me a gift card because it was a little over 90 days.but I also had my receipt,which still dont make
me a gift card and not my cash u would think they wouldn't do either.but my opinion. Either way it's B!
very very wrong and after reading your of these comments I believe they could be sued like not posting that you can't return
certain things during the pandemic. All the business America gives them and they can't yet is right mabe we should start
boycotting. I also had a friend that had something happen to where he realized they had a camera in the bathroom and this was
at the Kalispell store it was a couple years back he was gonna die them but thought he had somewhere that they could do that
until I showed him he realized he read it wrong online.



Company Search

**Posted by Blue eyes** 🏳
*on 5/20/20 at 7:54PM*

Iim not happy their not takeing underwear back never been open I have my resent s and they wont take them their
open if they are afried of this viers they could get it from workers or pepole this is so wrong Im very upset over this

**Posted by Not Happy Customer** 🏳
*on 5/20/20 at 1:19PM*

I agree, it is crazy not to take returns at Walmart. They are the only place doing this. As someone mentioned in an
earlier comment Sam's is accepting returns and they are the same company. If you can't try items on because they have the
changing rooms closed off, Walmart needs to accept returns....

**Posted by Anonymous** 🏳
*on 5/20/20 at 9:02AM*

I have the receipt on a pair of sleep pants. The Walmart in Springfield MO on Kearney where I purchased it said no to
a return. That they are not returning apparrel at this time. What am i supposed to to do. If this keeps up I'm buying clothes
somewhere else from now on.

**Posted by Madmomof4** 🏳
*on 5/19/20 at 5:17PM*

So I have been out of work for weeks now and I just tried to return two items at Walmart with my receipt and they
said NO! What do people do with the unusable items they buy? The undershirts I bought are coming apart after one wash so I
want to return the unopened package. There was an older lady at register beside of me returning a baking dish but I can't return
unopened package of worthless shirts. Yes covid is a problem and they will let you buy anything you want at Walmart And spend
the little amount of money you have while being out of work but don't dare try to take anything back!

**Posted by Tony** 🏳
*on 5/19/20 at 4:23PM*

Dont buy cloths at walmart no dressing room to try on items if they dont fit there yours wont take them back! No signs
were posted about this new policy!

**Posted by Samantha** 🏳
*on 5/19/20 at 3:43PM*

This is a waste of space an things that you need to take back you cant. Wow. What happen to customers are always
RIGHT!!. Wal-Mart you fail in helping your consumers and the ppl of America whom shop at your store. I cant believe you are
acting like close can be harmful.

**Posted by Shirlstorm** 🏴

*on 5/19/20 at 8:11AM*



Company Search

You can't try on or return clothes? I also saw no sign stating this. I have an idea...Refund our money and YOU hold our "coronavirus" clothes instead of using our money to invest!!

**Posted by LaceshiA** 🏴

*on 5/19/20 at 6:06AM*

I bought 3 pair of walmart overall n they to big so Walmart want take them back for a refund i brought thm homes n try thm on toto big i cant get no refund this is a messy not sale clothes rite nw if we cant get no refund

**Posted by Upset mother** 🏴

*on 5/19/20 at 5:47AM*

I purchased 2 pairs of jeans for my son and there wasn't any signs saying that they wasn't taking them back so I took them home and he tried them on and they was too tight , so then I tried to take them back I just got them that day and they said no have to wait til they start accepting the clothes again , well when people buy clothes some don't have any more money to buy more clothes because they sit bought them and usually get a refund and use that money to buy a pair so they can have them , well that day I was going to take them back I went back with my son and he was going to try on the jeans so we would at least know what size he would wear and they said no trying on clothes , and I said are you kidding me how am I suppose to try these on him to see if they fit , I'd have to buy them and take them home then be stuck with another pair of jeans , right now I have 3 pairs he can't wear because they wouldn't let someone try on clothes , this is not fair , they should have up signs before you buy them everywhere about the clothes but they don't , I'm very upset my son needed a pair of pants really bad and I can't get him a pair because of that policy right now . And I'm stuck with 3 pairs of pants that is over 40 dollars , that money could of went on him another pair of pants , and no money .

**Posted by my money** 🏴

*on 5/18/20 at 8:37PM*

I am dissatisfied and discussed about the return policy that Walmart has implemented. We need to stop shopping at these stores since they don't care about us.

**Posted by Anonymous** 🏴

*on 5/18/20 at 8:36AM*

I have multiple bags of clothing that due to pre pandemic n pandemic have fallen out of return window. All items have tags on with prices I paid. Sale items indicated on tags, n full prices on tags which I paid. Please is it possible to receive a letter or email I can bring to Walmart customer service directly to refund me on these items the prices I paid? I'm desperate for the $! I'm 66 and was ill this winter. Please help I shop Walmart all the time. I've sent this to you hoping in this exceptional time of pandemic you can make an exception for me. I'd be happy to receive a debit card to use at Walmart to show you I will continue to buy!! Thank you

**Posted by Anonymous** 🏴

*on 5/18/20 at 8:12AM*

I purchased the wrong medication (Prevacid) for my brother which was $23.00, when I got home found out he needed Pepcid which was only $7.00. When I went to Walmart for an exchange with receipt , box not open was told cannot accept returns until pandemic over, she said there are signs in the store, didn't see any. I just let my brother pay me the $7.00 as he is on Disability. I understand the policy, however, the sign about return policy should be at every register so everyone is aware of it and think twice about purchasing items they are not sure of. Walmart, people are hurting and money is tight, make your policy more aware to your customers.

**Posted by jskubik** 🚩

on 5/18/20 at 7:59AM



Company Search

**18 May**

I bought 4 shirts at Walmart on 5/16/2020. I asked the clerk if I could try them on and she said no. Never mentioned I could not return them. None of the shirts fit, tried to return on 5/17/2020 only to be told to look at the 5 x 7 sign on a pole by the returns. This is not acceptable. You were able to be open thru the whole Covid 19 shut down. Sam's takes clothing back, are you not the same company?

**Posted by JayCee** 🚩

on 5/17/20 at 9:37AM

**17 May**

Walmart claims they cannot take back certain items. What is the difference if I return ink, which can be returned, but not any clothes. If I have the virus regardless of the item I touch may be infected. It also may be on items in the store that have been picked up and put back. The virus doesn't have boundaries to the type of item it will attach to. I agree this is a scam to get money from customers, but Walmart will be in for a rude awakening when they open the returns and are flooded. Walmart has no problem taking your cash, which very well may be infected and they are handling that back to customers, but they can't take a brand new item back. Other retailers are accepting returns and holding them for the recommended amount of time before being placed back in the floor. Walmart you are losing a lot of customers. This is bad business!

**Posted by abf** 🚩

on 5/16/20 at 5:43PM

**16 May**

Went to return clothing that did not fit. Could not try them on at the store. The attendant told me that it was closed but did not bother telling me that there was a no return policy in place. Customer service tells me that they would not take clothes back and that there were signs everywhere. I went back to look for these signs. The sign is about a 4x6, fine print sign that hardly anyone will notice. Also, I suppose it okay to walk away from your customer at the register and make them wait while they arrange stock on the shelves, answer the phone, or randomly turn to another customer and start helping them before while your transaction waits. Customer service is not why most of us shop Walmart but this is a new level of horrible service.

**Posted by Patiently Waiting** 🚩

on 5/16/20 at 2:47PM

**16 May**

Actually they are going to take the returns just not right now. Just keep your receipt and you will eventually be allowed to return items when this is over. It's really not that hard people

**Posted by Alohagirl** 🚩

on 5/16/20 at 7:41AM

**16 May**

Your return policy must be visible before a customer purchases the item. This is very frustrating when you cannot return or exchange an item that is defective. I purchased an ink cartridge and it was defective. I am not able to exchange or return the item. I was told to repurchase the item if I so needed it. Why can't you just exchange? Why must I have to be out the money twice for something that is not my fault but yours? This is insane. Makes no sense.

**Posted by Ndeboard863** 🚩

on 5/16/20 at 5:57AM

**16 May**

Walmart is scamming people during the pandemic. U purchase clothes but can't return with receipt or tags still connected it's bullcrap. Now I got $50 worth of clothes can't fit into

**Posted by Felm22@centurylink.net** 🚩

on 5/15/20 at 11:41AM

**15 May**

Walmart needs to be upfront and let customers know you will not be taking returns until the COVID 19 reimburse people for the interest they have to pay on their credit card since they cannot use the orde file a dispute with their credit card company and go to the better business bureau. You are using your free. You should pay the customer interest for using their money since you will not refund the money.


RETURNS and REFUNDS     Company Search

---

**15 May**

Posted by Mag Vall 🏴

*on 5/15/20 at 11:02AM*

Walmart PLEASE put LARGE no RETURNS possible during this time of Coronavirus. At each cashier station. To inform your clients of this NEW no returns during the CV. I purchase a wheelchair and it was too big and heavy, need to return it and get the correct, one. The box was NOT open only after I got home and read the labels of the wheelchair. It has been more than 3 weeks and still not able to return it. And not able to purchase another one the lighter one until the $$ is refunded back. WRONG WRONG - I know the employees are dealing with NEW rule by the government. But this is an important one that should be in BIG BOLD LETTERS no returns possible during the CV should be posted at each cashier post. To keep your customers HAPPY and not upset! all will be returning back items that we actually want to keep, just to get back at you for not taking care of your customers!

---

**15 May**

Posted by Weezer 🏴

*on 5/15/20 at 5:33AM*

Why is it okay for Walmart customers to shop, breathe on, sneeze on, cough on and touch everything in the store but Walmart customers are not allowed to return anything whatsoever? Is Walmart going to honor returns that are past their policy timeline when they finally deem it is safe for them to once again accept returns?

---

**15 May**

Posted by Beana 🏴

*on 5/15/20 at 4:06AM*

I think its crazy. I have a hundred dollars invested with merchandise at walmart. Shirt shoes bracelet an necklace. I never knew we couldn't return anything that has touched our body. This is a total betrayal of their customers. If they think about it every single item in their store touches our body. We PICK IT UP WITH OUR HANDS AN ALSO PUT IT ON THE CASHIER BELT OR SELF CHECKOUT SCANNER. IM SO UPSET BC I NEED MY MONEY. SAM WOULD BE PROUD. HUH

---

**14 May**

Posted by Pi nkley 🏴

*on 5/14/20 at 7:36PM*

Ok Walmart, exactly when will returns be allowed? I agree there should be signs letting people know that you can not return products at this time.

---

**14 May**

Posted by Gmsaint25 🏴

*on 5/14/20 at 7:33AM*

Extremely unhappy with Wal-Mart. They remained open as an essential business and allow you to shop the whole store. I shopped for jeans (having recently lost weight), picked up a pair and thought I could try on. The CSR at the changing room was nice enough to explain to me I could not try them on but NEGLECTED to tell me that I would not be able to return them!! Money is tight now, and now Wal-Mart is holding our money hostage. I, for one, will no longer shop at Walmart!

---

**14 May**

Posted by me 🏴

*on 5/14/20 at 7:03AM*

Walmart has changed their return policies, to make sure that you get stuck with the WRONG item if you accidentally bought the wrong thing. This amounts to profiteering on vulnerable people during a national crisis. This Big China corporation should be fined to the fullest extent of the law for taking advantage of elderly and disabled in the returns process.

---


RETURNS
and
REFUNDS

Company Search

**Posted by Summer** 🚩
on 5/13/20 at 3:02PM

Can't return clothes at the Walmart in Saratoga Springs, New York. No signs were up stating that you can't return clothes and try on rooms were closed. Walmart is using my money..... unacceptable! Do not buy any clothes from Walmart!

**13 May**

**Posted by Rhoan** 🚩
on 5/13/20 at 2:39PM

We bought RCa 65" Tv tv and the following day m, we are trying to returned it because its defective, as well know they dont test the unit at the store, then they told us that we cant return or exchange it for now if its an open item not until the pandemic is over. They did not even tell us that we cant return and exchange it before paying for it while this covid thing is over, it is not fair on our part, we paid CAS800.00 and we cant enjoy the product, we know that there is only 2 week policy to return. In Canadian tire they entertain returns even during this pandemic, why cant you?!

**13 May**

**Posted by Brooke** 🚩
on 5/13/20 at 1:21PM

When will Walmart accept returns I have bought clothing for me and my son that we could not try on any fitting room, no one ever mentioned that you could not return any items if they did I would have not have purchased these I have a growing boy and there is no telling without a fitting room what he can can't fit into.

**13 May**

**Posted by Roy** 🚩
on 5/13/20 at 12:14PM

When will walmart allow returns. I purchased shoes for my elderly mother-in-law (she is staying safe at home and her dog ate her shoes). She needed a half size larger in the two shoes i got but walmart in duncan ok would not accept the return. Wasn't told they wouldn't allow returns when purchased. I have had then for a few weeks and want to make sure i will still be abke to return them.

**13 May**

**Posted by Barb** 🚩
on 5/13/20 at 7:34AM

I've been waiting to return 2bras and a pair of shorts. I was told to keep my receipt when I tried to return them.

**13 May**

**Posted by Erik** 🚩
on 5/13/20 at 12:17AM

Walmart has a 30 day (not 15 day) return policy on most electronics (laptops, video game hardware, etc). The corporate policy link provided here now says it's 30 days. Just an FYI

**13 May**

**Posted by P.O.** 🚩
on 5/12/20 at 6:28PM

Congrats Walmart, that's a really good gig. You allow customers to purchase clothing, not allow them to try clothing on and fail to tell customers by the way you can't return clothing! You have signs for everything but clothing.

**12 May**

**Posted by Tatiana** 🚩
on 5/12/20 at 6:28PM

**12**



Company Search

May   BUYER BEWARE!! DO NOT BUY ANY CLOTHES AT WALMART, unless you are 100% being allowed to try them on. They are not accepting returns or exchanges until Covid 19 restrictions when that will be. They continue to sell their clothing, but you won't see a single sign that warns you o found out the HARD way.

**12**
**May**

Posted by sagrlkb1 🏴

on 5/12/20 at 6:21PM

I wasn't told anything about clothing not being able to be returned to walmart till after the purchase. that's only because I asked how much time I had to return or exchange items that didn't fit. I asked because I couldn't try them on because of the dressing room being closed. I bought hundreds of dollars worth of stuff and wasn't told now if they don't fit your stuck. it wasn't posted that you couldn't return or anything. I was told once this is over you have 60 days to return items.

**12**
**May**

Posted by Tsukasa 🏴

on 5/12/20 at 12:22PM

I purchased a DVD that, upon opening it, the hinge holding the discs snapped loose. That should have been a red flag right there. Upon playing the first episode, there were already frame skips and hiccups. The second episode wouldn't even play, kept getting a disc read error. I should also mention the first copy of this DVD I grabbed, the bottom of the disc case was broken, despite it still being in shrink wrap. These are clearly used/defective products being resold as new. I obviously went to return/exchange it, but no luck because of "California copy law". Look, it was only $13 so I'm not that mad, but this just means I could've paid $60 for a faulty DVD and basically been told "oh well, too bad lol" which makes me just not want to risk buying electronics from Walmart ever again. Why risk it when I can buy online where I've never had an issue?

**12**
**May**

Posted by Saving receipts 🏴

on 5/12/20 at 5:42AM

When we bought clothing, we should have been informed that we would not be able to return if needed. Cash is low, and we don't have a lot of options. At least you could post signs...or quarantine the clothing returns for a few days like Target does. :(

**12**
**May**

Posted by Pat 🏴

on 5/12/20 at 4:50AM

If you order on-line from certain companies, you must supply the return shipping box. You are not told this on the site where you order. Of course, I had already recycled the plain cardboard shipping box the item arrived in.

So after standing in a long line at Walmart to return the item, I find this out. Driving to UPS store through heavy traffic to purchase a shipping box was out of the question. Needless to say, I won't be purchasing anything else from Walmart.

Did anyone know that if you order a product on-line from certain suppliers, to return you must have the cardboard box it was shipped in? I I bought a plastic planter for $35. When I took it for return, they told me about the container requirement.

**11**
**May**

Posted by CHELLE 🏴

on 5/11/20 at 11:55PM

I can't even begin to express how mad I am right now over Walmart failing to inform their customers that clothes purchased aren't allowed a refund!!!!!! Nowhere in that store were there any signs letting customers know that clothing couldn't be returned OTHERWISE WE WOULD NOT HAVE PURCHASED THEM!!!! I needed to buy my daughter new summer clothes bc she has outgrown what she already has and spent close to $270. Unfortunately the fitting rooms were closed leaving me with only 1 other option to go ahead and buy the clothes, keep the receipt and from there return/exchange whatever didnt fit which ended up being close to half the clothes I bought her! It wasnt until I went back the day after to customer service that I found out about apparel no longer being accepted for exchanges/refunds at this time! NOW I'm out all of that money, my daughter still doesn't have any clothes and CANNOT afford to buy more!!!! Certainly your well aware of the unemployment rate this country is currently facing, leaving some pinching pennies so you springing this policy change so sudden and without notice is WRONG on

so many levels!!!! YOU SHOULD BE ASHAMED!!! You owe your customers a reversal on this policy, see and then go from there bc you know damn well that your customers were totally unaware of the p posted in store nor did employees bother warning ppl about the policy change PRIOR to buying the c



Company Search

pinchers' had the option of purchasing elsewhere so that our money wasnt tied up and could be spent properly on the things we NEED since we cant afford to buy X2!! I know if this situation isnt resolved in a timely manner mu family will never step into walmart again! And encourage others to follow suit!! YOU NEED TO DO THE RIGHT THING WALMART!!!!!

**11**
**May**

Posted by Al 📰

on 5/11/20 at 3:07PM

I returned two spoiled watermelons to Walmart a day after the purchase but they said to to covid 19 no food returns. What do I do with spoiled watermelon? The policy does not make sense. They should've given me a refund and they could throw out the watermelon. The customer service rep said stick it in the refrigerator and I said that could be for two or three months that you know that doesn't make sense.

**11**
**May**

Posted by Anonymous 📰

on 5/11/20 at 1:49PM

So sorry to hear everyones expierence . I bought perfume about a month ago an still being told i can not return it it is not opened i just bought the wronf line and it's in plastic packaging . I could def use the extra 60 bucks

**11**
**May**

Posted by Quigzirish 📰

on 5/11/20 at 6:57AM

This policy list needs to be updated, because if you go to Walmart's Refund Policy page it states differently on electronics such as computers and tablets. The website says you have up to 30 days to return electronics with receipt and original packaging such as computers, camcorders, tablets, etc. I dont know when it changed from 15 to 30 days but if you go to the "Return Exceptions by Department" link, it physically states 30 days. Here is the link for that:
https://help.walmart.com/article/return-exceptions-by-department/a599887ef90c49848b36d9a649af95fc

Hope this helps for some. Also if you lose your receipt, but have the original packaging you can actually go onto Walmart's website and reprint the receipt as long as you have the following information:

Date of Purchase, Type of card used, last four of card, and EXACT purchase amount.

I paid half card, half cash, but a trick to getting around this is find items that are the exact cost of what you purchased, add them to your shopping cart online, and then look at the total with tax. You would then enter that amount into the 4 required information slots on Walmart's receipt finder page. I did this because even though you pay half cash, half card, it wants the full amount of the purchase (cash plus card). I was able to print my receipt. If you are using bank cards from Simple, Chime, Venmo, Cash App, select debit, not Visa. Here is the link to reprint your receipt which looks identical to the one they print out in the store:

https://www.walmart.com/receipt-lookup

Hope this helps some of you. I did this all because I purchased an Apple Ipad with smart keyboard, lost my receipt and had to figure out how to print a new one so i could return items within the 30 day window.

**11**
**May**

Posted by kenny 📰

on 5/11/20 at 6:04AM

Hi. I am an old employee of this store. Customer service is everything, but that is a lie from hell. Walmart does stuff for Walmart and when you have evil people working for a company they will not accommodate you and say its policy. Now, I bought something under 26.00 paid on my debit card and was told after I spent it this way the only way to get cash back was with cash. But earlier as long as you buy with your pin you can get cash back. Make up your mind or target will gladly recieve more income



Company Search

**09**
May

### Posted by Anonymous ⚑

*on 5/9/20 at 7:05PM*

I was at Walmart today. Bought approximately $100.00 in clothes. Couldn't try them on the store so brought them home. Tried them on a took them back two hours later to return/exchange for different size. Customer service told me I could not bring them back. Showed me a small sign at customer service. I asked for the manager. Explained there were no signs at the front, could not try on and there were no signs posted there about no return and none at cash register and no one told me I couldn't return. The manager said was coming from corporate and she couldn't help me but agreed there should be signs.

**09**
May

### Posted by Aggrivated ⚑

*on 5/9/20 at 2:37PM*

Seems as tho not everyone is on same page at walmart regarding sum new changes updates and whatever. I cudnt try on clothes bc closed, I cant return clothes bc not allowing it.. BUT WHY IS THERE NOBODY THAT SAYS ANYTHING ABOUT IT.. WHY IS THERE NO SIGNAGE THRU OUT.DEPT?? THEY APOLOGIZE FOR INCONVENIENCE TELL US WHEN MINOR Cant accept alcohol, notes explaining shortage and # limits per customer.. notes for where line starts but nothing about returns. I'm a single mom 2 kids struggling. I kept my receipts returned following day... I cant afford to wait.

**09**
May

### Posted by Anon ⚑

*on 5/9/20 at 10:52AM*

Same problems here. The creamer I purchased was 4-5 days expired at time of purchase; when I tried to either get a refund or exchange, they told me there are no exceptions and won't do any returns/exchanges because of Covid. My product is expired; it should be discarded, so why are we worried about spread of Covid with the creamer? I'll probably avoid Walmart at all costs now since you can't even return expired/defective products.

**08**
May

### Posted by DEBBIELOPEZ ⚑

*on 5/8/20 at 7:03PM*

I tried to try on the clothes I bought here at Walmart in McAllen Texas. The worker told me tgat the dressing rooms were closed. I asked her if they didnt fit could I bring them back the next day. She said yes. I went back to walmart the next day cause the clothes did not fit. I was then told they were not giving any refunds on apparel at this time. I am here on vacation visiting my daughter. I just hope that I will be able to return all the clothes when I get back to Calif.

**08**
May

### Posted by Anonymous ⚑

*on 5/8/20 at 5:36PM*

I bought half a gallon of Walmart milk and a 5 pound bag Ore Ida fries. I got home and discovered the milk was leaking and the bag of fries had a hole. Two days later I tried to exchange them. The manager was rude and would not offer an exchange or refund for damaged products. I don't have money just to throw away for damaged food. Walmart needs to change their store policy and train the managers not to be rude with customers.

**08**
May

### Posted by Graphicwiz ⚑

*on 5/8/20 at 12:25PM*

I'm really pissed off that I cannot return two pajama sets that have not been worn that I just bought a few days ago!

A lot of cannot afford to wait for Walmart to refund our money! These pajamas have never been worn and have original tags and I have the receipt. The sign says to do returns online or in the app!

That is a crock of bullpppp! I waited 2 hours for a rep to tell me that since it was an online order there was nothing she could do!

I have a good mind to start shopping elsewhere!



**07 May**

Posted by Kehealani 🏴

*on 5/7/20 at 1:16PM*

Walmart PLEASE FOR THE LOVE OF BABY HEYSUS post NO RETURNS AT THIS MOMENT ON THIS ITEM above it before the customer buys it. How hard is it. You got crazy enter here exit here 6ft apart here signs everywhere. Just add another one. Reading all these comments about seeing a small sign at the service center is WRONG.

**06 May**

Posted by Unhappy Customer 🏴

*on 5/6/20 at 8:03PM*

I, too, tried to return two pairs of pants and CS said cannot do a refund until the pandemic is over. This could be a year or so. How do I know when Walmart decides when the COVID19 is over. Walmart should clearly post the NO REFUND POLICY in ALL the AFFECTED DEPARTMENTS!

**06 May**

Posted by katie 🏴

*on 5/6/20 at 6:36PM*

They will sell it but not take it back until things return to normal. When the heck will that be. I bought two shirts, they don't fit so I'm stuck with them. I don't know how many people touched them while they hung there, but I bought them. I'm elderly so I need my money back.

**06 May**

Posted by Marfione 🏴

*on 5/6/20 at 12:25AM*

Long one ahead...So last year in October I bought a tv online at Walmart.com. Sold and shipped by Walmart. Two day delivery. Store to my house. (I just didnt have a truck available) the delivery company calls the following day to set up delivery time for the next day. Good deal. Time comes and goes. I call and check tracking online which has now been changed to 3 weeks away! I called Walmart support probably 30 times before I finally got someone. Was told there was nothing they could do, since it had already been shipped to me. No refund. Stewed and raged and went to the store and bought the same tv. Got it home, screen was messed up. Took it back immediately, but was given a refund after I said I'm going back to get the same tv. Got another tv...broken. 3 times this happened. They thought i was doing it on purpose. They gave me a refund and I just waited for the original one to be delivered. They deliver it, set it up and fire it up for me...drumroll? Yes, it had a damaged screen. The delivery driver calls, I call and it's a cuss fest. He takes the tv, I'm told to go to Walmart with a code they gave me and it's 50% off the tv I bought. So, I must be one of the rare ones that got helped and refunded multiple times. So many comments here where shoppers are denied refunds are disheartening considering their return policy says return anything for a refund.

**05 May**

Posted by thisdesertlife 🏴

*on 5/5/20 at 11:00PM*

I recently bought clothing at Walmart but did not get to try them on due to not being able to get into a fitting room (no attendant to be found). When I tried them at home, all but 1 were the wrong size. I took the items (with my receipt) to the service counter two days later to exchange them for different sizes. The cashier behind the service desk was VERY rude in informing me that my items could not be exchanged (or returned) due to Walmart changing it's policy that very day for Covid 19. I told her that I bought my items prior to this, that it was their fault I wasn't able to try them on in the first place, and that I felt I should get my money returned to me. She smirked and said, "Nothing I can do, Hon", then asked for the next in line. Next in line was a woman who was returning couch pillows!! Even better, she was given a full refund on these pillows! Someone please correct me if I am wrong but can't you get germs off a pillow that someone has slept on, breathed on, farted on, etc.? I am now out over $200 for clothes that can be neither worn or returned. This policy is absolutely freaking rediculous; I feel like Walmart has robbed me and pissed off doesn't even cover how upset this whole stupid ordeal has made me!!

**05 May**

Posted by Nunya 🏴

*on 5/5/20 at 4:18PM*

Walmarts return policy is ridiculous! You cant return anything. I had three items. All packaged and sea
liners. Refused because they're considered pharmacy items? Pharmacy items to me are prescriptions
paying employees to sit at customer service to not doing anything since nothing can be returned?! It's



Company Search

### Posted by Another surprise at Walmart

**05 May**

on 5/5/20 at 3:38PM

Walmart has a new policy on returns. They will not except any. I bought four 2 liter sodas out of the rack only to get home and discover two were diet. I return to exchange the diet drinks for regular and nope. They can't exchange or refund on returns. On top of that they get loud and rude about it. I didn't stock the rack. They mix diet and regular drinks in the rack and it's the customer who caused the problem. Go figure. BEWARE if you shop at Walmart.

### Posted by Anonymous

**05 May**

on 5/5/20 at 2:50PM

Misplace receipt for a tire purchase 4-30-2020. tire blew out 5-4-2020. Customer service could not return money or replace tire without receipt.Tech was at the store and inform me to speak to customer service. I know for sure my tire or refund should be given after 4 days.

### Posted by Annoyedcustomer

**05 May**

on 5/5/20 at 9:54AM

I bought a romper from the Walmart online store and went to do a return and the cashier refused my return saying they dont take clothes i had it all taped and packaged and ready to go out seriously was mad still am i love Walmart but honestly you need to fix your return policy and re educate your employees

### Posted by Anonymous

**04 May**

on 5/4/20 at 5:04PM

I had packaged items that it accepted online to return them but then when I got to the store they said they could not accept any of my returns and told me that I was beat on getting my money back which I feel like they should have to post their policy somewhere so you don't buy things thinking you can return them later That's ridiculous and the lady (Anita at store 00242) was super super ruda. I feel like giving the fact that your store website still says your return policy as it was before the covid 19 outbreak I'm not sure how you don't have to honor that and refund customers their money. very very pissed

### Posted by Fedupwithcorporateamericatheives

**04 May**

on 5/4/20 at 6:29AM

"We The People" need an Attorney that will challenge this ridiculous return policy!

### Posted by Disappointed

**03 May**

on 5/3/20 at 7:25PM

I wanted to try 2 blouses size large (my size) at the store and they told me they are not letting people try cloths anymore due to covid-19. I thought okey, I'll get them, the blouses look big enough. Went home tried them and they were too tight on the arms. I immediately went back to the store and after 20 minutes waiting in line the Walmart employee told me they are not taking clothes back or exchanging it. I told her the store didn't let me try it. She said read the sign, new store policy, they have a tiny sign only at the return counter. I felt stupid and offended by the way she talked to me. She said I could returned the items when covid-19 would be over. Will they take summer clothes back with an old receipt in the winter, assuming the covid-19 is over with by then? I'm making sure from now on to buy only food and only food I'm familiar with and at no circumstances I will buy meat. As far as clothes, shoes or anything I'm not allowed to try on, exchange or returned, I'm not buying. Personally, I think Walmart is taking advantage of the situation to profit more than what they already do. I don't think they give a rats a** about their customers,or our health.

**RETURNS**
*and*
**REFUNDS**

Company Search

**Posted by Peachy13** 📑

*on 5/3/20 at 7:08PM*

03
May

I was completely in shock after trying to return a quilt that I bought the day before. The slightly rude lady told me Walmart was not accepting any bedspreads or comforters due to Covid 19. I looked at her like she had 3 horns growing out her forehead. What the What! Absolutely no mention of this new policy anywhere in the store, my receipt, their website, or social media. They want you to shop until you drop but no returns allowed. Foul.

**Posted by Jen72** 📑

*on 5/3/20 at 9:21AM*

03
May

If you won't allow returns or exchanges on certain items such as clothing because of COVID 19 then stop selling those items in your store! Customers touch those items over and over again throughout the day.

**Posted by kelseyb1989** 📑

*on 5/2/20 at 4:47PM*

02
May

I understand what people are saying that clothes shouldn't be returned but the majority of the things I tried to returned were NOT clothes they were PACKAGED beauty products and PACKAGED cleaning products. Come on now there's no reason not to accept something back that's packaged. That's wal mart taking advantage of the pandemic to not let people make returns so they can hold on to revenue.

**Posted by ButterCookie** 📑

*on 5/2/20 at 10:12AM*

02
May

Same thing happened to me. I bought a large bag of socks, took one out and tried it on (after my shower I might add), way too tight so I tried to return the bag. I was told to come back maybe June 1st and they might could refund it. Nowhere is it posted that "certain" items can't be returned during this time. Sure, they want to sell it and then conveniently say we can't return it. If the employees are wearing gloves and masks, why can't they take an item back. And then if they are worried it's contaminated, leave it in a cart in the back room until the time is up for a possible virus to still be living on the item. And then suddenly on June 1st, it's OK to take back an item that might have virus living on it? DOES NOT MAKE SENSE!

**Posted by Praying Daily** 📑

*on 5/1/20 at 4:09PM*

01
May

Wow! Reading all complaints gave me a headache. People we are in unknown territory with this virus! Give people a break. Walmart employees work for a living. Cashiers do what they are told management gets word from District Manager District Manager from Regional. Regional from Corporate. Chain of Command. I've never worked Walmart But I have worked in Retail. I've done it all. From cleaning the store, cashiering, management, Loss Prevention. Sometimes things don't get implemented the way they should. As for the person talking about Walmart's refund policy being online. It still isn't. That's up to whoever handles that department it's not any of those listed above. Another department does that. And yes management will get new orders from District Manager at closing time. Emails are sent all day long. They can't sit and check it 24/7 so maybe it came 2 hours before closing but management didn't see it until hour before. Give them a break. Coronavirus is real. I have a friend fighting it now. She's a nurse and that's how she got it exposed to someone who had it. She is 55 years old with Lupus! These employees you are complaining about are exposing theirselves to everything every day. And taking that home to their families. So calm down and think! God bless us All

**Posted by Anonymous** 📑

*on 4/30/20 at 1:32PM*

30
Apr

Time to boycott Walmart.

**29 Apr**

Posted by Donna 🏴

on 4/29/20 at 1:03PM

People need to understand the policy changed because of the pandemic and the fact that the virus lives on clothing and other things that people touch. That advice about doing a charge back is not fair. Because why should you get your money back if you still have the product??? Would you want to buy something that somebody who might have the virus has touched ? Think about it

**28 Apr**

Posted by TJ 🏴

on 4/28/20 at 3:45PM

I am not at all happy with Walmart, but I'm sure that makes no difference to them. After waiting in line at customer service for 25 minutes with only 3 people in front of me, I tried to return an UNOPENED package of men's underwear WITH the receipt. This was an item which I purchased just two days ago. When I finally got to the register, I was told that they could not accept my return. Yet, for whatever reason they allowed the customer in front of me to return an opened 50" Samsung television. I was told that YESTERDAY, Walmart began only accepting returns of electronics and housewares. I do not know the reasoning behind this new and, supposedly, temporary policy, but the whole experience was enough to leave me Walmart feeling angry and frustrated with the corporation as a whole, but I'm sure Walmart doesn't care about that.

**28 Apr**

Posted by KrisKraft 🏴

on 4/28/20 at 12:57PM

My advice? Use your credit card to make purchases. If you make a large purchase and something is wrong with it and they refuse to honor it? Two words: CHARGE. BACK. Very simple.

**28 Apr**

Posted by Anonymous 🏴

on 4/28/20 at 12:50PM

Purchased a TV mount. Never even removed from box. Have my valid receipt. Tried to return and they have completely stopped taking returns. This is such a garbage way of doing things. Way to go Walmart. Corporate should really look at these comments from so many people. You guys in charge of this policy are awful, especially amid this pandemic.

**28 Apr**

Posted by jcrewell 🏴

on 4/28/20 at 12:15PM

Just bought two cosmetic items, both were completely dried up. Took them back the same day, was told no returns. I had sales receipt and original packaging. Will be the last time I buy anything at Walmart! This was not posted in the check out line, the only way I knew was when I tried to return. Terrible customer service too!!

**27 Apr**

Posted by Anonymous 🏴

on 4/27/20 at 5:47PM

I just bought some clothes and shoes that dont fit two days ago and they arent letting me return them because of the covid 19 mess. What makes it any different that you can return electronics or something like that but cant return clothes or shoes? Hands or "skin contact" by what i was told. You can touch electronics too by "skin contact" but its okay to return that. That makes no sense! I want my money back!

**27 Apr**

Posted by Anonymous 🏴

on 4/27/20 at 3:45PM

Wal-Marts no return policy on Food. I go to non-costumer service and the person at the counter can't think for herself, and tells me that there is a no food return policy, there for the stinking/spoiled pork I bought and brought it the store to prove I did buy it there and that it was spoiled. I purchased a 5 lb. Smithfield Pork Should dated 30 April. I unwrap the package and right



away I could smell that it was spoiled. Took it back to my local Wal-Mart today, 28 April, and all they c
get online and contact Wal-Mart. Wal-Mart has a new policy and no food can be returned for a refund
told me it was contaminated with COVID 19 and that is the reason that Wal-Mart has the policy. I tried

some people are infected with stupidity. So I am online trying to figure out how to get to a Wal-Mart site that I can try and get a
refund. Wasting my time, but at least I found this site and can get some frustration out.

Wal-Marts policy is not helping me at the time. Going to shop some where the employees may have a little more common sense.
I bought it at Wal-Mart and it was spoiled, not contaminated with a virus, so I should be able to return it for a refund and then the
returns person could possibly explain it to the Meat Dept. Manager, they could investigate and see if any others where Spoiled.
Nope, no telling how may spoiled Pork Shoulders people have bought.

Rick Handlin 910-568-7342

**27**
Apr

Posted by DDM ▶

on 4/27/20 at 8:40AM

Yep, this sucks. Wally-worlds website has no updated info on returns, and the signs at the customer service
department are not dated. I took a photo of that undated sign.

I was able to return items as recently as April 10, and today, tried to return same items, different size which I purchased on April
10.

This is foolish, and definitely hurting their business as there are SO MANY now dissatisfied consumers who count on Walmart

**26**
Apr

Posted by Anonymous ▶

on 4/26/20 at 3:11PM

Walmart isnt accepting returns but i am willing to bet they have shelves full of tyson meat ????

**26**
Apr

Posted by na ▶

on 4/26/20 at 1:43PM

i bought a pair of pants and a belt and they both have the tags on them. i took them back the store to return them and
they said they have a no returns right now. i think that is crazy, if they let people in to buy things then they shoud allow people to
return items. its same as letting people in to buy there stuff. this crazy and it doesnt say that people cant return item in the store
online. people can buy purchase items in the store then they can return them too. this is crazy....

**26**
Apr

Posted by DB ▶

on 4/26/20 at 10:26AM

I needed to return $65 worth of ill-fitting clothes to Walmart two days after I bought them and they said they could not
accept them at this time. I really would need the money back so I can go buy some more work clothes and what do I do?

**26**
Apr

Posted by Anonymous ▶

on 4/26/20 at 6:13AM

What I dom't understand is this "virus" is transmitted person to person so tnat is wny we are to practice social
distancing but now people are not able to return everyday purchases and I fail to see how this is at all helpful since people are to
limit their time in stores and can't try things om so there is going to be purchases made that will end up being returned as it
happens daily regardless of a "virus" again the virus is transmitted person to person so social distant yes but everything else is
speculation and not proven to be facts #science

**25**

Posted by Ashwood85 ▶

on 4/25/20 at 12:26PM

Apr   I went Walmart to buy groceries and some body wash yesterday he body wash was the v
to return customer service told me they can't take it back. Really it was not used and I had a receipt.



RETURNS
and
REFUNDS

Company Search

---

**23**
Apr

### Posted by ThisDesertlife
*on 4/23/20 at 10:48AM*

Last week I purchased several hundred dollars worth of clothing & accessories from your Owensboro, KY store. Between waiting in line outside & the new hours, I unfortunately didnt have time to try them on. Upon doing so at home, I discovered that many of the items did not fit correctly. I gathered the items, along with my receipt, and went back to the store to exchange for different sizes. I was told by customer service that I could not exchange nor could I have a refund due to Covid19. When I asked when I could expect to be able to do this, I was told that "those sales are final now" & "probably never". I understand this policy; however, there was no such policy in effect when I bought these items else I never would have done so without first trying them on. I am now stuck with $346 worth of merchandise that I can't use and I am very angry. I became even angrier when the lady behind me in line was allowed a refund on a large mirror and a bottle of shampoo. Could the Coronavirus not live on those items as well? I feel that this was badly handled on the part of the corporate office, who should have had a contingency in place for those customers who purchased items prior to the latest Covid Edict (i.e. mail-in return/exchange or have returned items placed in a sealed bag for a 5 day quarantine). I get that Walmart feels that reselling these items wouldn't be right in the present climate and that's all well and good. What I don't get is why a multibillion dollar a year corporation feels that it is ok for me, an individual who makes $15,000 a year, to have to eat $350 of worthless merchandise, rather than they accepting it as a customer appreciation-type loss and returning me my money. This is especially true when you factor in the "true" cost of these items to Walmart. Shame on you greedy corporations...as I see it, it is just another form of price gouging!

---

**23**
Apr

### Posted by Russellwrangler
*on 4/23/20 at 6:09AM*

Bought a hair frosting kit, actually two, then changed my mind within 7 days, took them to return am told they are non-returnable items because of the pandemic. What? Somehow a sealed box of coloring is going to give you covid-19? So, does this mean any sealed box is not returnable -- time to shop elsewhere, the pennies you save, if any, just aren't worth the aggravation. This rule, I was told applies to health, beauty, cosmetic, toiletries, etc. What about cereal and other boxed food?

---

**21**
Apr

### Posted by Lori
*on 4/21/20 at 8:21PM*

I tried returning three items unopened with a receipt I purchased 3 days ago, and was told any item related to health could not be returned UNTIL SOMEDAY WHEN THE VIRUS EPIDEMIC IS OVER THEN THEY COULD BE RETURNED!!! What? You cant be serious. The stores are still open,people come and go like always,products are flying off the shelves, employees aren't even required to wear a mask!!! So why no returns? I was not told this when I purchased the items, my receipt states returns accepted so how legally and morally could WALMART IN FERNLEY NEVADA NOT ACCEPT RETURNS!!! especially, now when during such a crisis! It sickens me to think big money again cares nothing for the people. Sure hope these people rethink what they are doing.

---

**21**
Apr

### Posted by Shelby
*on 4/21/20 at 6:30PM*

I bought a 170$ crossbow from Walmart never put it together never used it and had the receipt I tried to bring it back The next day and they said they didn't do returns on weapons like guns you have to have a ID to buy guns they didn't have to see any ID when I purchased the crossbow I have a state ID I want to know why they wouldn't return the unused crossbow

---

### Posted by Sheri

*on 4/21/20 at 8:23AM*

**21**
Apr

Purchased two pairs of sneakers, went to return at the same store I just purchased from and told they were not taking back clothing or shoes. Why sell them then!!!! Not surprised with this Walmart in Jacksonville, Texas. That is why under normal circumstances I never shop here. New stuck with Two pairs of sneakers.

---