1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEGALGP**
Mitch Kalcheim (SBN: 175846)
MHK@LegalGP.Com
725 S. Figueroa Street, Suite 1750
Los Angeles, California 90017
Tel: (213) 955-7142
Cell (310) 980-7749
Fax: (310) 461-1201

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DISTRICT

DANIELLE HUBMER, Individually and
on Behalf of All Others Similarly
Situated,

        Plaintiff,

  vs.

WALMART, INC.;

       Defendants.

Case No. 5:20-CV-01369

**SECOND AMENDED CLASS ACTION COMPLAINT FOR:**

1. **VIOLATION OF CIV. CODE §1750, ET SEQ.**
2. **UNFAIR BUSINESS PRACTICES IN VIOLATION OF BUS. & PROF. CODE § 17200, ET SEQ.**
3. **UNLAWFUL BUSINESS PRACTICES IN VIOLATION OF BUS. & PROF. CODE § 17200, ET SEQ.**
4. **BREACH OF CONTRACT**
5. **VIOLATION OF CIV. CODE §1723**

1

Plaintiff Danielle Hubmer ("Plaintiff Hubmer" or "Ms. Hubmer"), Plaintiff Kelly Schwalbach ("Plaintiff Schwalbach" or "Ms. Schwalbach") and Plaintiff Angela O'Brien (Plaintiff O'Brien" or Ms. O'Brien and together with Plaintiff Hubmer and Plaintiff Schwalbach "Plaintiffs") each bring this action individually and to represent a class of persons defined below against Walmart, Inc. ("Walmart" or the "Defendant") and Does 1-100 (collectively "Defendant"), according to their investigation, upon knowledge as to themselves and their acts and otherwise upon information and belief.

## **FACTUAL BACKGROUND**

1.     COVID-19 is a global pandemic that needs no introduction. The virus spreads like wildfire with complete indifference to the damage it causes.  To date, over one million Californians have been infected; nearly twenty thousand have lost their lives.

2.     To slow the virus' spread and protect the capacity of local health systems, beginning in or about March 2020, California state and local governments began issuing "stay-at-home" orders that confine residents to their homes, allowing them to leave only for necessities such as food, clothing and other essential items.

3.     As a result, the California economy is in tatters. The unemployment rate is presently at or about 15%.  Millions of Californians find themselves jobless and wonder how they will pay for food and other bare essentials for themselves and their families.

4.     About 1/3 of California's total workforce, or more than 6 million unique people, have applied for unemployment benefits since mid-March. [1]

5.     Indeed, a large percentage of California residents (such as Plaintiff Schwalbach) have already had to resort to paying for necessities on credit cards,

---

[1] According to the "California Policy Lab" an institution which pairs trusted experts from the University of California with policymakers to solve our most urgent social problems, including homelessness, poverty, crime, and education inequality.

SECOND AMENDED CLASS ACTION COMPLAINT

which they cannot afford to pay off each month and thus are required to pay substantial interest on debt balances.

6.      Against this backdrop, Walmart, the nation's largest brick and mortar retailer, with revenue of over $300 billion in 2020 alone, has chosen to repeatedly and surreptitiously amend its return policy for nearly all of the items it sells. Specifically, Walmart has secretly implemented a COVID-19 temporary return policy, which deprives California consumers of the ability to return unwanted or unneeded items that they purchased in Walmart stores during the pandemic.

7.      All the while, however, Walmart store personnel are actively encouraging shoppers to buy multiple items and "return what they don't want or need." For example, because Walmart has opted not to open the fitting rooms in its stores, Walmart personnel encourage shoppers to purchase the same clothing item in multiple sizes and "return the items that don't fit."

8.      Walmart has also embarked on a media and marketing bonanza touting its efforts to assist those in need and claiming that it "is doing everything [it] can to help strengthen our community of families, friends, and associates." *See Walmart webpage at www.corporate.walmart.com.*

9.      Likewise, Walmart CEO Doug McMillion has stated on television that a priority at Walmart during this pandemic is to "serve customers" and "help people*." CNBC interview in May 2020.*

10.     So not surprisingly, for Walmart, the business has never been better. Indeed, Walmart's second-quarter 2020 results beat many analysts' estimates by 20% or more. Indeed, according to a CNBC report dated August 20, 2020, Walmart's 2020 numbers were its biggest positive earnings surprise in 31 years. Same-store sales climbed 9.3%, and recently Walmart shares reached an all-time high of $151.33. Business is booming at Walmart and in all Walmart stores in California.

SECOND AMENDED CLASS ACTION COMPLAINT

11.   Despite this incredible success, Walmart refuses to recognize the impact COVID-19 has had on the vast majority of its California customers, which are all far more vulnerable in the current social and economic climate.

12.   Unfortunately, for Plaintiffs and the Class members, Walmart, to further increase its profits, has sought to shift as much of the burden of this extraordinary crisis onto its customers for as long as possible.

13.   Specifically, Walmart has ignored its contractual obligations and California Law and refused to refund Plaintiffs and similarly situated California consumers who made in-store purchases and sought to return in-store purchases.

14.   Walmart instead has resorted to **purportedly** offering returns on certain products at some future unknown date (and even that policy is unclear).  And for other products, no return policy exists.  Unfortunately, for many Class members having hundreds or even tens of dollars "tied- up" in Walmart inventory that they do not want or need is not financially tolerable. Plaintiffs and California consumers need money now.

15.   Plaintiffs, therefore, bring this class action to obtain corrective disclosures, so they may continue to shop at Walmart with confidence and trust in its advertisements, restitution and other equitable relief and statutory and compensatory damages against Defendant Walmart who has unilaterally and without adequate disclosure imposed an unfair and unlawful return policy upon California consumers.

## SUMMARY OF PLAINTIFFS' CLAIMS

16.   California law requires that any retailers who have a policy of not providing a cash refund, credit, or exchange when an item is returned with proof of purchase within 7 days of purchase must inform consumers about their refund policies by conspicuously placing a written notice about their policies, in language that consumers can understand, so that it can be easily seen and read. Some retailers may limit exchanges or returns for credit or refunds on all or some products. Some

4

may not allow exchanges or returns for credit or refunds at all. But whatever the limitation, it must be conspicuously disclosed. This conspicuous disclosure requirement is codified in **Civ. Code § 1723**, which states the following:

> "(a)Every retail seller who sells goods to the public in this state that has a policy as to any of those goods of not giving full cash or credit refunds, or of not allowing equal exchanges, or any combination thereof, for at least seven days following purchase of the goods if they are returned and proof of their purchase is presented, shall conspicuously display that policy either on signs posted at each cash register and sales counter, at each public entrance, on tags attached to each item sold under that policy, or on the retail seller's order forms, if any. This display shall state the store's policy, including, but not limited to, whether cash refund, store credit, or exchanges will be given for the full amount of the purchase price; the applicable time period; the types of merchandise which are covered by the policy; and any other conditions which govern the refund, credit, or exchange of merchandise."

17.    A review of the legislative history confirms the legislative intent behind Civil Code §1723 was to halt the actual conduct Plaintiffs allege herein.  The legislative history states in pertinent part: (a) Consumers have the right to know before purchase whether and under what circumstances merchandise may be returned…(e) Consumers and retailers with reasonable refund policies deserve protection of a requirement that those retailers who do not permit refunds…within a **specified** time shall inform consumers of their return policies before goods are purchased.

18.    However, during the alleged Class period, Walmart had no signs or displays regarding its temporary COVID-19 return policy, nor were any of the named Plaintiffs ever told about a temporary COVID-19 return policy before making their purchases.

5

19.   During the summer and fall of 2020, civil volunteer inspectors went to numerous Walmart locations within California to examine Walmart stores and inspect the merchandise within the stores, looking for any disclosures relating to Walmart's purported temporary COVID-19 return policy per the conspicuous disclosure requirements of **Civ. Code § 1723**.

20.   Just like the Plaintiffs, the volunteers found no such signage -- because no such signage existed.

21.   Since Walmart did not provide conspicuous disclosure of its temporary COVID-19 refund/return policy,  the policy violates the requirements of **Civ. Code § 1723**.  Consequently, Walmart's purported temporary COVID-19 policy is void and cannot be enforced against the Plaintiffs and Class members.

22.   Had Walmart complied with the requirements of **Civ**. **Code** § **1723** and properly notified Plaintiffs, before the purchase transaction, about the limitations of the store's temporary COVID -19 no return/no refund policy and disclosed that the merchandise could not be returned or refunded, Plaintiffs would not have purchased the Merchandise.  Indeed, Plaintiffs would likely have bought the same or substantively identical items at one of Walmart's competitors such as Target Corporation or Kohl's Corporation, all of whom are posting their respective policies, presently accepting returns lawfully serving their customers' needs during this pandemic.  *See Internet Complaints attached hereto and incorporated by reference.*

23.   Plaintiffs assert claims for (a) violation of the California Consumers Legal Remedies Act (the "CLRA," Cal. Civ. Code §1750 *et seq.*; (b) violation of California's unfair competition law, Cal. Bus. & Prof. Code §17200 *et seq.*; (c) violation of Cal. Civ. Code §1723*;* and (d) Breach of Contract.

24.   Plaintiffs seek to represent a class (the "Class") consisting of all California residents who (1) purchased an item from Defendant during the period from February 1, 2020, through the date a class is certified in this action (the "Class

6

Period"); and (2) were denied a return pursuant to Walmart's temporary COVID 19 return policy. Walmart, its corporate parents, subsidiaries, officers, and directors are excluded from the Class.

## JURISDICTION AND VENUE

25.   Plaintiffs bring this action as a class action pursuant to Fed. R. Civ. P. 23 and California Civil Code §1781.

26.   This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332(d)(2), the Class Action Fairness Act of 2005, because: (i) there are 100 or more Class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because at least one plaintiff and one defendant are citizens of different States. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

27.   Venue is proper in this District as the acts upon which this action is based occurred in large part in this District.  Plaintiffs reside and/or work in this District, and Defendant received substantial compensation and profits from entering into agreements and/or the sale of its products or services to persons located in this District, caused misrepresentations to be disseminated, entered into transactions and/or provided services in this District. Defendant's liability arose in part in this District.

## PARTIES

28.   Plaintiff Hubmer is a resident of California.  On or about April 25, 2020, Ms. Hubmer purchased clothes, exercise equipment, and personal electric items from Walmart in Temecula, California.  On or about April 27, 2020, Plaintiff Hubmer attempted to return numerous articles, including but not limited to specific items of clothing, certain exercise equipment, and certain personal electronics items pursuant to Walmart's longstanding return policy.  At the store in Temecula, Walmart managers refused to accept any of Ms. Hubmer's items for in-store return.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

They explicitly stated to Ms. Hubmer Walmart was not accepting returns due to COVID-19.

29.    Plaintiff Schwalbach is a resident of California.  In June 2020, Ms. Schwalbach purchased clothes from Walmart in Upland, California.  Ms. Schwalbach purchased these items using Sam's Club credit card.  In June 2020, Plaintiff Schwalbach attempted to return numerous clothing items pursuant to Walmart's longstanding return policy.  Walmart managers at the store in Upland refused to accept any of Ms. Schwalbach's items for in-store return.  A Walmart manager explicitly stated to Ms. Schwalbach Walmart was not accepting returns due to COVID-19.  Ms. Schwalbach has been unable to pay off the balance on the credit card and is now forced to pay interest on the items she sought to return.

30.    Plaintiff O'Brien is a resident of California.  In at least April and May 2020, Ms. O'Brien purchased clothes and other items from Walmart locations in San Jacinto and Murrieta, California.  In May 2020, Plaintiff O'Brien attempted to return numerous items pursuant to Walmart's longstanding 90-day return policy.  At the store in both locations, Walmart managers refused to accept any of Ms. O'Brien's things for in-store return. Walmart managers explicitly stated to Ms. O'Brien Walmart was not accepting returns due to the COVID-19 virus.

31.    Walmart is the nation's largest brick and mortar retailer.  Defendant regularly conducts business in the State of California, including, but not limited to extensive advertising, sales, and marketing in the State of California.  Additionally, Defendant receives extensive business from California residents that substantially affect the stream of commerce in the State of California.  This year (2020), Walmart has amassed nearly $300 billion in revenue.

8

## **PLAINTIFF DANIELLE HUBMER'S FACTS**

32.   Plaintiff Hubmer is a resident of Riverside County, California, and is a member of the Class alleged herein.

33.   On April 25, 2020, Plaintiff Hubmer went to Defendant's store in Temecula, CA, to purchase various items for her personal use and consumption.

34.   Plaintiff Hubmer purchased an assortment of personal items, including but not limited to clothing, a personal fan, and a yoga ball.  The total purchase was $151.99.  Attached hereto to the Declaration of Danielle Hubmer and incorporated by reference is a true and correct copy of Plaintiff Hubmer's cash register receipt.

35.   Two days later, Plaintiff Hubmer returned to Defendant's store to return certain clothing items, one personal fan, and the yoga ball.  Defendant refused to accept any items for return. Defendant's manager at the Temecula store denied the return claiming a new COVID-19 return policy was in effect.  This was the first time Ms. Hubmer became aware of any purported temporary return policy.  Further, the manager stated that the items would never be able to be returned.

36.   At the time Plaintiff made her purchase, the fitting rooms were closed, and she was unable to try on any of her purchases at the store.

37.   Plaintiff was well aware of Walmart's longstanding return policy, allowing returns within 90 days of purchase. Plaintiff was completely unaware of any temporary return policy.

38.   No signage regarding a change in return policy existed at the store entrance or the within the store.

39.   None of the items which Plaintiff Hubmer purchased revealed any notice of a temporary return policy.

40.   Plaintiff Hubmer made her purchase in good faith, believing that she could return any or all of the items if she desired within 90 days from the date of purchase.

9

## PLAINTIFF KELLY SCHWALBACH'S FACTS

41.   For the past few years, Plaintiff Schwalbach has been a regular shopper at Walmart.  Ms. Schwalbach regularly utilizes a Sam's Club credit card to make her Walmart purchases.

42.   On or about June 24, 2020, Plaintiff went to Defendant's store in Upland, CA, to purchase various items for her personal use and consumption. *Attached hereto to the Declaration of Kelly Schwalbach and incorporated by reference is a true and correct copy of Plaintiff Schwalbach's cash register receipt.*

43.   Plaintiff purchased an assortment of personal items.  Plaintiff purchased the items using her Sam's Club Credit card.

44.   A few days later, Plaintiff returned to Defendant's store to return certain clothing items.  Defendant refused to accept any of the items for return.

45.   Plaintiff Schwalbach informed store personnel that if she were not allowed to return the items, she would be forced to pay interest from the credit card charges as she could not afford to pay the entire balance.

46.   At the time Plaintiff made her purchase, the fitting rooms were closed, and she was unable to try on any of her purchases at the store.  Further, Plaintiff was informed by store personnel that any items she purchased were available for return.

47.   Plaintiff was well aware of Walmart's longstanding return policy, allowing returns within 90 days of purchase.

48.   No signage regarding a change in return policy existed at the store entrance or within the store.

49.   Plaintiff made her purchase in good faith, believing that she could return the items if she so desired.

50.   Defendant's store associate denied the return but would not provide a specific reason other than it was now the "policy."

SECOND AMENDED CLASS ACTION COMPLAINT

**PLAINTIFF ANGELA O'BRIEN**

51.    For the past few years, Plaintiff O'Brien has been a regular shopper at Walmart.

52.    During April and May 2020, Plaintiff went on numerous occasions to Defendant's stores located in Murrieta and San Jacinto, CA, to purchase various items for her personal use and consumption. *Attached hereto to the Declaration of Angela O'Brien and incorporated by reference are true and correct copies of some of Plaintiff O'Brien's cash register receipts.* **However, Plaintiff O'Brien discarded others because she was told that the items were NOT returnable.**

53.    In April and May 2020, Plaintiff returned to Defendant's stores to return certain items.  Defendant refused to accept the returns.

54.    At the time Plaintiff made her purchase, the fitting rooms were closed, and she was unable to try on any of her purchases at the store.  Further, Plaintiff was informed by store personnel that any items she purchased were available for return.

55.    Plaintiff was well aware of Walmart's longstanding return policy, which allowed returns within 90 days of the date of purchase.

56.    No signage regarding a change in return policy existed at the store entrance or within the store.

57.    Plaintiff made her purchase in good faith, believing that she could return the items if she so desired.

58.    Defendant's store personnel denied the return and stated it was "new policy."

**THE COMMON FACTS AND CIRCUMSTANCES THAT ESTABLISH THE CLAIMS OF PLAINTIFFS AND ALL CLASS MEMBERS**

**A. Plaintiffs' Purchases**

59.    Plaintiffs Hubmer, Schwalbach, and O'Brien, like many California consumers, purchased items at Walmart because each believed that the items offered

11

good value for the money, and if needed, Walmart would accept the items for return pursuant to its longstanding return policy -- *90 days from the date of purchase.*

60.     As is true of most Class members, Plaintiffs based their purchase decisions primarily upon the price and Walmart's well-advertised liberal return policy.

61.     However, at some point during the COVID-19 pandemic, Walmart surreptitiously changed its longstanding liberal return policy on at least the majority, if not all, of the items it sells to the California consuming public. Walmart did not post adequate signage in its stores, disclosing a change in the return policy. Furthermore, Walmart personnel did not apply the purported temporary policy correctly and instead has denied returns on nearly all items.

62.     During the Class period, Walmart provided absolutely no training to its employees regarding a temporary return policy.  Walmart corporate officers never issued an appropriate directive to California stores that it must comply with Cal. Civil Code § 1723.

63.     Walmart corporate officers failed to inspect and or monitor stores in California to ensure adequate signage to inform California consumers of the temporary COVID-19 return policy.

64.     Instead, store personnel continued to represent to consumers that Walmart will fully refund all purchases during the entire Class period.

65.     Specifically, instead of allowing in-store returns of products with 90 days of the date of purchase, as it has done for years, Walmart, without proper disclosure, halted the in-store returns of most, if not all, of the items it sells to California consumers.[2]

---

[2]  Walmart admits having stopped processing returns of: food, paper goods, home cleaning supplies, laundry soap, pharmacy, health& beauty and apparel.  However as demonstrated throughout this Complaint Walmart personnel are refusing to accept returns on other items as well.  For example, Plaintiff Hubmer sought to return personal electronics and exercise equipment and was denied the ability to return these items.

SECOND AMENDED CLASS ACTION COMPLAINT

66.    Indeed, the employees who work at Defendant's store locations typically have zero training regarding Defendant's temporary return policy.  Thus, California consumers are being told a wide array of misinformation regarding Defendant's temporary return policies.

67.    Hundreds if not thousands of internet complaints exist detailing the fact that no signs are posted within the stores or at the Cash registers and recount the stories that Walmart store personnel tell consumers to justify the denial of returns. **For example, one consumer writes, "They tried to tell me it was Federal Criteria, BS."**  *See attached Internet Complaints, which are incorporated by reference.*

68.    The lack of proper information or straight out misinformation disseminated by Defendant's employees and given to consumers is widespread and pervasive.  *See attached Internet Complaints, which are incorporated by reference.*

69.    The misinformation has eroded the Plaintiffs' confidence in Walmart. Specifically, it has forced Plaintiffs to question whether Walmart will accept returns in the future and whether Walmart will comply with California consumer protection statutes.

70.    While Plaintiffs wish to shop and make purchases at Walmart in the future, each feels that without proper injunctive relief, they cannot because they cannot rely on Walmart to advertise its policies truthfully.

71.    Indeed, since March 2020, Walmart has implemented at least four return policies in California.  The most recent being purportedly implemented on November 9, 2020 (three days after this Court's ruling on Plaintiffs First Amended Complaint).

72.    Defendant's unlawful, inequitable and unfair practice of arbitrarily denying in-store returns on many, if not all of the items it sells continues to this day.

13

73.     These abuses constitute precisely the type of inequitable misconduct that the CLRA and the UCL are designed to prevent and punish.  Accordingly, Plaintiffs and the members of the Class are entitled to equitable and legal relief designed:

a)      to prevent Defendant from misleading consumers and profiting from the unlawful conduct that Plaintiffs allege;

b)      to require Defendant to disgorge the excess revenue that is obtained from Class members through its misconduct; and

c)      to compensate Plaintiffs and the Class members for the injuries they have suffered as a result of Walmart's unlawful conduct.

74.     Class Members purchased necessary essential items including, clothing and other personal items, at Walmart during the Class period.  The exact items are, for the most part, immaterial to the issues presented by this litigation.

75.     California Consumers, like Plaintiffs, during the COVID-19 pandemic flocked to Walmart because of its low prices and liberal return policy.  Indeed, as described above, business has never been better at Walmart.

76.     However, Walmart surreptitiously changed its longstanding liberal return policy on at least the majority, if not all, of the items it sells to the California consuming public without providing proper notice pursuant to Cal. Civ. Code § 1723. Specifically, Walmart did not post adequate signage in its stores disclosing a change in return policy, nor did Walmart label the products or make any other efforts to notify California consumers of a policy change.

77.     By failing to properly notify California consumers of a change in its return policy, Walmart has misled consumers regarding the terms of sale and the contractual obligations associated with each product's sales.  In particular, Walmart repeatedly assured California consumers that they would be able to return items at a time and place when, in fact, consumers could not.

78.     Also, Walmart has unjustly enriched itself at the expense of Class members utilizing their unlawful conduct.  Walmart has generated sales that never

14

would have occurred at the prices that prevailed during the Class Period, if at all, had Walmart informed consumers of a change in the return policy.

79.    For example, all three named Plaintiffs purchased redundant items at the behest of store personnel based on the fact that returns would be accepted.

80.    Specifically, Plaintiff, Hubmer bought the same items in multiple sizes because the fitting rooms were not open.  Likewise, Plaintiffs Schwalbach and O'Brien purchased numerous items believing that they could return the items that did not fit or look right.

81.    Walmart's misleading conduct also caused Class members to discard receipts and other proof of purchase documentation because Walmart store personnel informs consumers that the items will NEVER be eligible for return.

**B. Walmart's Misleading Representations and Failure to Adequately Disclose Its Return Policy**

82.    Walmart is the largest brick and mortar retailer in the United States.

83.    Walmart endeavors to enhance its sales through a wide variety of advertising that they place within their stores, various media, including television, radio, magazines, newspapers, their websites, and other websites.

84.    In those advertisements, Walmart has continually made positive representations regarding the low prices and high service.  For example, in a recent television commercial, Walmart claims that while a lot of things have changed, one thing hasn't its **dedication** to you and its communities."  Another commercial touts that we at Walmart "have your back." Another reiterates Walmart's slogan, "Save Money, Live Better." And another promotes Walmart's free two-day delivery. However, not one advertisement discloses or mentions Walmart's new temporary COVID return policy.

85.    Indeed, not one television advertisement, media advertisement, or print advertisement warns consumers of the new return policy.  Likewise, no signage

exists within the stores. And no disclosures are on any sales tags, at cash registers, or on the printed receipts.

86.   Walmart's failure to disclose in any meaningful way one of the critical terms of its contract with consumers is unfair, unconscionable, and unlawful.

87.   In light of the quality and quantity of Walmart's representations regarding the terms of sale, Walmart was obligated to disclose the new return policy to consumers.  However, at no time during the Class Period did Walmart fulfill its responsibility to reveal those facts, which were highly material to consumers' decisions to purchase at Walmart.

88.   Defendant's false and misleading representations regarding the return policy were also undeniably material to Class Members' decisions to purchase at Walmart in the first place.  Had Walmart disclosed, as the new return policy, Plaintiffs and other Class Members would not have bought items from Walmart at the prices that prevailed during the Class Period, if at all.

89.   Defendant also affirmatively concealed its misleading, unlawful, and fraudulent conduct through the representations that it caused their customer service representatives to make to consumers.  Specifically, when consumers questioned why Walmart would not accept returns, a wide assortment of justifications are given.  For example, "Federal law" is used as one justification, and to "slow the spread" is used on other occasions. Finally, a "staffing issue" is another frequent excuse.  But in all cases, these answers are only provided when consumers are attempting a return, and no information regarding the temporary return policy is given at the time of sale.

90.   In light of Defendant's business strategy of selling merchandise to consumers at "low-low prices" while profiting greatly through the fact that it will not allow returns, the entire business model utilized by Walmart during the COVID 19 pandemic is a fraud.

SECOND AMENDED CLASS ACTION COMPLAINT

91.   Throughout the Class Period, Walmart has consistently lined their pockets with consumers' money, urging them to buy multiple items and bring back what they don't need while concealing from the same consumers that Walmart is refusing to accept returns.  And while Plaintiffs and Class members would like to continue to shop at Walmart, given the low pricing, Walmart's failure to correctly display and implement its return policies has dramatically impacted its credibility, and Plaintiffs can no longer rely on Walmart's advertising when making purchases.

### C. Walmart's Successful Efforts To Unjustly Enrich Itself By Misleading Plaintiffs

92.   Defendant has victimized Plaintiffs and unjustly enriched itself by engaging in the same misleading, unfair, deceptive, and fraudulent conduct that Walmart has directed at the other members of the Class.

93.   Plaintiff Hubmer purchased multiple items, many of which were identical in different sizes or more than ultimately needed.  Ms. Hubmer would not have bought many of the items had it not been for the encouragement of Walmart personnel who advised that any items that were not ultimately needed were returnable.

94.   Since the time, Hubmer purchased her articles; she has tried to return the following items:  clothing, a USB fan, and a yoga ball.  All of these items were rejected for return.

95.   Plaintiff Schwalbach purchased multiple items, many of which were redundant or more than ultimately needed.  Ms. Schwalbach, a disabled woman on a fixed income, would not have bought many of the items had it not been for the encouragement of Walmart personnel who advised that the items that were not ultimately needed were returnable.

96.   Since the time Ms. Schwalbach purchased her articles, she has tried to return the clothing, and the items were rejected for return.

SECOND AMENDED CLASS ACTION COMPLAINT

97.   Plaintiff O'Brien purchased multiple items of clothing, many of which were redundant or more than ultimately needed.  Ms. O'Brien would not have purchased many of the items had it not been for the encouragement of Walmart personnel who advised that the items that were not ultimately needed were returnable.

98.   Since the time Ms. O'Brien purchased her articles, she has tried to return the clothing, and the items were rejected for return.

## CLASS ACTION ALLEGATIONS

99.   Plaintiffs bring this action as a class action pursuant to Fed. R. Civ. P. 23(b)(2) and 23(b)(3) and Cal. Civ. Code ' 1781 on behalf of the Class, as defined in paragraph 2.

100.  The Class satisfies all of the requirements for class certification pursuant to Fed. R. Civ. P. 23(a), 23(b)(2), 23(b)(3), and Cal. Civ. Code ' 1781.

101.  **Numerosity:** The Class is so numerous that the joinder of all Class members is impracticable.  While Plaintiffs do not currently know the exact number of Class members, Plaintiffs can identify Class members through Defendants' records.  Based upon Walmart's earnings and the hundreds of internet complaints, which are substantially similar to Plaintiffs' claim, Plaintiffs believe that there are thousands, if not tens of thousands, of Class members.

102.  **Commonality and Predominance:** Numerous questions of law and fact common to the claims possessed by the members of the Class predominate over any individual questions presented by their claims.  By proving their claims, Plaintiffs will prove virtually all of the elements of the claims that they are pursuing on behalf of the other members of the Class.  The Court can adjudicate any individual issues presented by the claims Class members possess by utilizing case management techniques commonly employed in consumer class actions. The questions of law and fact common to all Class members claims that predominate over any individual issues those claims present include:

a. Whether Defendant failed to adequately disclose its new "COVID 19" return policy to consumers;

b. Whether Defendant's acceptance of purchases by consumers constituted contracts and whether Defendant's longstanding return policy was part of the contract;

c. Whether Defendant breached those contracts by failing to adequately disclose the new "COVID 19" return policy;

d. Whether Defendant maintained a corporate policy to impose the new "COVID 19" return policy without prior disclosure;

e. Whether Defendant devised and deployed a scheme or artifice to defraud, or engaged in a common course of conduct which acted to defraud or deceive Plaintiffs and members of the Class;

f. Whether Defendant deliberately misrepresented or failed to disclose material facts to Plaintiffs and Class Members regarding the new "COVID 19" return policy;

g. Whether Defendant's imposition of the new "COVID 19" return policy without adequate notice is unlawful;

h. Whether the acts of Defendant violated, *inter alia*, Business and Professions Code § 17200 and/or any other applicable state common and statutory law;

i. Whether Plaintiffs and the members of the Class have been damaged;

j. The proper method for calculating the damages suffered by Plaintiff and Class Members; and

k. Whether Plaintiffs and the members of the Class are entitled to injunctive relief.

103.  Plaintiffs will fairly and adequately protect the interests of all Class Members.  Plaintiffs' claims are typical of the claims of the Class, they possess no

interests that are antagonistic to the interests of the other Class Members, and they have retained counsel experienced and competent in the prosecution of consumer fraud class actions and similar types of complex litigation.

104.  Plaintiffs seek injunctive relief and monetary damages on behalf of the entire Class because Defendant acted or refused to act on grounds generally applicable to the whole Class.

105.  A class action is superior to other available methods for the fair and efficient adjudication of this controversy for at least the following reasons:

a. Given the size of the claims of individual Class Members, few, if any, could afford to seek legal redress individually for the wrongs alleged herein;

b. Once the liability of Defendant to Plaintiffs is established, the Court and a jury can determine the claims of each member of the Class;

c. This action will permit an orderly and expeditious administration of the claims of Class Members, will foster economies of time, effort and expense and will ensure uniformity of decisions; and

d. Without a class action, Class Members will continue to suffer damages. Defendant's violations of law will proceed without remedy, and Defendant will continue to reap and retain the substantial proceeds of its wrongful conduct.  Plaintiffs and the Class have suffered damages as a result of Defendant's unlawful and unfair conduct.  This action presents no difficulties that will impede its management by the Court as a class action.

106. **Typicality:**  Plaintiffs' claims are typical of the claims that other Class members possess because all Class members purchased merchandise during the Class Period and suffered injuries resulting from Defendant's unlawful conduct.  In particular, Defendant failed to adequately disclose a temporary return policy. Defendant has given no indication that it intends to alter or correct those misleading disclosures in any manner.  Also, Walmart was unjustly enriched at the direct expense of Class members when Walmart requires California consumers to keep

items they do not want or need.  At best, Class members are financing Walmart's multi-billion operation and providing *de facto* interest-free loans to Walmart. Plaintiffs' claims are also typical of those of the other members of the Class because all Class members' claims are based upon the same legal theories and require the same factual proof as the claims Plaintiffs assert on their behalf.

107.  **Adequacy:**  Plaintiffs will fairly and adequately protect the interests of the members of the Class.  Plaintiffs have retained counsel competent and experienced in class action and consumer litigation. Plaintiffs possess no interests antagonistic to or in conflict with those of the other members of the Class.  Plaintiffs will diligently prosecute this action because they have suffered the same losses that other Class members have sustained.

108.  **Superiority:**  A class action is superior to other available methods for the fair and efficient adjudication of this controversy.  Because there are thousands of Class members and those persons are geographically dispersed, joinder of all Class members is impracticable.  Moreover, individual Class members are foreclosed from prosecuting separate claims because the costs of pursuing this litigation on an individual basis exceed the benefits that any Class member could expect to obtain by means of the equitable or legal relief that Plaintiff s seek.  Thus, all parties share a common interest in litigating all Class members' claims in a single forum.  The parties will not encounter any unusual difficulties in the management of this action on a class-wide basis.

109.  This case also satisfies all of the criteria for class certification pursuant to Fed. R. Civ. P. 23(b)(2).

110.  In particular, Walmart has acted and refrained from acting in a manner that generally applies to the Class.  Walmart has failed to train store personnel adequately. It has made misleading statements specified herein to all Class members and has refrained from adequately disclosing to all Class members that Walmart has changed its return policy.  In addition, Walmart has been unjustly enriched at the

21

direct expense of the members of the Class as a result of the unlawful, unfair, and fraudulent conduct that Plaintiff alleges.  As a result, final injunctive relief or corresponding declaratory relief is appropriate concerning the Class as a whole.

### FIRST CAUSE OF ACTION

**(For Violation of Civ. Code § 1750, et seq.**

**The Consumers Legal Remedies Act)**

111.  Plaintiffs hereby incorporate by reference the allegations contained in each and all of the other paragraphs of this Complaint as if fully set forth herein.

112.  This cause of action is brought pursuant to the California Consumer Legal Remedies Act, California Civil Code §§1750, et seq., (the "Act").

113.  The policies, acts, and practices heretofore described violated the Act in at least the following respects:

a. In violation of §1770(a)(5) of the Act, Defendant's acts and practices represent that the goods have characteristics and benefits which they do not have;

b. In violation of §1770(a)(9) of the Act, Defendant's acts and practices have the effect of advertising goods with the intent of not selling them as advertised; and

c. In violation of §1770(a)(14) of the Act, Defendant's acts and practices use deceptive representations.

d. In violation of §1770(a)(16) of the Act, Defendant's acts and practices use deceptive representations.

e. In violation of §1770(a)(18) of the Act, Defendant's acts and practice misrepresent the authority of a salesperson, representative, or agent to negotiate the final terms of a transaction with a consumer;

f. In violation of §1770(a)(19) of the Act, Defendant's acts and practices insert an unconscionable provision in the contract.

114.  Pursuant to §1780(a)(2) of the Act, Plaintiffs seek an order enjoining the above-described wrongful acts and practices of Defendant, including, but not limited to, an order both enjoining Defendant from continuing to implement the "COVID 19" return policy without proper disclosure and/or from changing its return policy without providing adequate notice to consumers.

115.  In compliance with the provisions of California Civil Code §1782, Plaintiff Hubmer provided written notice on June 8, 2020; all three named Plaintiffs provided a second notice on September 4, 2020; and all three Plaintiffs provided a third notice on or about October 20, 2020, notifying Defendant of their intent to file an action for monetary damages under California Civil Code § 1750 et seq. unless Defendant correct, repair, replace, or otherwise rectify the consumer fraud resulting from their conduct.

116.  Defendant has failed to respond to Plaintiffs' second and third demands within 30 days after receipt of the Civil Code §1782 notice.

117.  Specifically, Defendant has failed to adequately respond to Plaintiffs' demand to "correct, repair, replace, or otherwise rectify" the misrepresentations described above.

118.  Thus, Plaintiffs hereby seek relief in the form of a claim for actual damages, punitive damages as permitted by § 1780(a)(4) of the CLRA, attorneys' fees, and costs, and/or restitution.

119.  In addition, Plaintiffs seek, pursuant to California Civil Code §1780(a)(2), an order enjoining the above-described wrongful acts and practices of Defendant, plus costs and attorneys' fees, and any other appropriate relief under Civil Code §1780.

120.  Because of the Defendant's unlawful conduct in violation of the Act, Plaintiff, and the Class have suffered losses in amounts to be determined at the time of trial.

## SECOND CAUSE OF ACTION

**(Fraudulent & Unfair Business Practices in Violation of**

**California Business & Professions Code §17200)**

121.  Plaintiffs, on behalf of themselves and all others similarly situated, hereby incorporate by reference the allegations contained in each and every paragraph of this Complaint as if fully set forth herein.

122.  California Business & Professions Code §17200 prohibits acts of unfair competition, including any "unfair or fraudulent business act or practice."

123.  As detailed in this Complaint, the misrepresentations and non-disclosure of material facts by Defendant constitutes unfair and fraudulent business acts or practices within the meaning of Business & Professions Code §17200 because, Defendant, *inter alia*:

      a. provided consumers with deceptive information concerning their purchases; and

      b. engaged in the foregoing acts to obtain windfall profits at the expense of Plaintiffs and other consumers.

124.  The harm to Plaintiffs, the Class, and the general public arising from Defendant's deceptive and unlawful practices outweigh the utility, if any, of those practices.

125.  The conduct described herein is ongoing, continues to this date, and constitutes unfair and fraudulent business acts and practices within the meaning of Business & Professions Code §17200.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **THIRD CAUSE OF ACTION**

**(Unlawful Business Practices in Violation**

**of Bus. & Prof. Code §17200, et seq.)**

**(Predicated On Civil Code §1572, §1709, §1723, §1710; And Fraud & Deceit)**

126.  Plaintiffs, on behalf of themselves and all others similarly situated, hereby incorporate by reference the allegations contained in each and every paragraph of this Complaint as if fully set forth herein.

127.  California Business & Professions Code §17200 provides that unfair competition shall mean and include any "unlawful...business act or practice..."

128.  Defendant's misrepresentations made through systematic denial of consumer returns, as alleged above, was misleading and likely to mislead because it failed to disclose that Defendant had no right to refuse returns and/or surreptitiously change its return policy without proper disclosure to California consumers.

129.  Defendant's representations and omissions were made with knowledge or reckless disregard of California's laws prohibiting false and misleading statements and advertising, as well as the reasonable expectations of public consumers.  These representations were made with the intent to defraud members of the general public described herein.

130.  Members of the general public were unaware of the falsity of Defendant's fraudulent misrepresentation of said material facts and purchased the products reasonably relying upon Defendant's representations.

131.  Defendant's acts and omissions constitute fraud and deceit in violation of California Civil Code §§1572, 1709, and 1710.  Defendant thereby violated Business & Professions Code §17200, which prohibits unlawful acts and practices.

132.  Also, the Defendant's acts violate Civil Code §1723.

SECOND AMENDED CLASS ACTION COMPLAINT

## **FOURTH CAUSE OF ACTION**

### **(Breach of Contract)**

133.  Plaintiffs, on behalf of themselves and all others similarly situated, hereby incorporates by reference the allegations contained in each and every paragraph of this Complaint as if fully set forth herein.

134.  Plaintiffs and members of the Class entered into contracts with Defendant at the time of sale.  Incorporated in such a contract was Defendant's longstanding return policy.

135.  Plaintiffs and Class Members entered into express and implied in fact contracts with Defendant.

136.  Plaintiff and Class Members fully performed their obligations under the contract by remitting to Defendant the full amount of the purpose price and complying with any terms regarding the items' return.

137.  The contracting terms were final and conclusive as of the time of sale.

138.  Plaintiffs and the Class satisfied their obligations under their contracts.

139.  However, Defendant failed to perform as required under the contracts and breached those contracts by failing to allow Plaintiffs and Class Members to make returns and obtain a refund.

140.  As a result of the foregoing, Plaintiffs and Class Members are entitled to damages in an amount to be proven at trial.

## **FIFTH CAUSE OF ACTION**

### **(Violation of Civil Code §1723)**

141.  Plaintiffs, on behalf of themselves and all others similarly situated, hereby incorporate by reference the allegations contained in each and every paragraph of this Complaint as if fully set forth herein.

142.  California Civil Code § 1723 (a) provides, as follows:

SECOND AMENDED CLASS ACTION COMPLAINT

Every retail seller which sells goods to the public in this state that has a policy as to any of those goods of not giving full cash or credit refunds, or of not allowing equal exchanges, or any combination thereof, for at least seven days following purchase of the goods if they are returned and proof of their purchase is presented, shall conspicuously display that policy either on signs posted at each cash register and sales counter, at each public entrance, on tags attached to each item sold under that policy, or on the retail seller's order forms, if any. This display shall state the store's policy, including, but not limited to, whether cash refund, store credit, or exchanges will be given for the full amount of the purchase price; the applicable time period; the types of merchandise which are covered by the policy; and any other conditions which govern the refund, credit, or exchange of merchandise.

143. All three Plaintiffs entered one of Defendant's stores located in California and did not observe any return policy at all and especially any new "COVID" return policy displayed conspicuously at the public entrance.

144. Likewise, not one Plaintiff observed any tags on any of the items she purchased, which displayed a return policy or a new "COVID return policy."

145. Further, not one Plaintiff noticed a sign indicating a change in return policy or any policy for that matter posted at each cash register, especially the cash register she purchased her items.  That is because no signage existed at the stores.

146. Nevertheless, Defendant failed to accept the return and refused to provide Plaintiffs with a cash refund, store credit, or an equal exchange for the full price of the purchase of her goods.

147. Instead, Defendant's store personnel stated they were not accepting returns on merchandise.

148. As a result of the Defendant's violation of Civil Code § 1723 (a), Plaintiffs and Class members are entitled to damages in the full amount of the purchase prices of the goods they purchased and attempted to return.

149. Pursuant to Civil Code § 1723 (c)(2), Plaintiffs and all Class Members are also entitled to remedies specified in the CLRA.  As such, Plaintiffs will seek an

27

injunction to asking the Court to enjoin Defendant from continuing to implement its undisclosed "COVID 19" return policy.  Unless Defendant is enjoined from its misconduct, consumers will be irreparably damaged from Defendant's unjustified and illegal denial of returns.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs request relief as follows:

A.    An order certifying the Class, appointing Plaintiffs as representatives of the Class, and appointing LegalGP, Mitch Kalcheim, as counsel for the Class;

B.    Compensatory damages sustained by Plaintiffs and the Class as a result of Defendant's breach of contract;

C.    Compensatory damages and/or restitution of all funds acquired by Defendant from Plaintiff and the Class, as a result of Defendant's unlawful, unfair, fraudulent, and deceptive practices;

D.    Declaratory, injunctive, and/or other equitable relief as may be appropriate to stop Defendant's practices, as described above, which are in violation of certain statutory and common laws in the State of California.

E.    For punitive damages according to proof;

F.    For payment of costs of suit herein;

G.    Prejudgment and post-judgment interest at the prevailing legal rate;

H.    Attorneys' fees and costs of this suit; and

I.    Such other and further relief as the Court may deem proper.

## **JURY DEMAND**

Plaintiff, on behalf of herself and all others similarly situated, hereby demands trial by jury.

DATED:  November 25, 2020                                LEGAL GP

_____

MITCH KALCHEIM
Attorneys for Plaintiff

## DECLARATION OF DANIELLE HUBMER

I, DANIELLE HUBMER, being duly sworn, hereby state as follows:

1.  I am the plaintiff the action entitled *Hubmer v. Walmart, Inc.*.

2.  I am a resident of California. During the class period I was subject to the conduct alleged in my complaint regarding Walmart's failure to properly disclose its return policy and resulting failure to accept returns.

3.  I am informed and believe that Defendant in this action conducts substantial business activity in Riverside County, including the conduct that is detailed in my complaint.

I declare the foregoing to be true and correct to the best of my knowledge, under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DANIELLE HUBMER



# DECLARATION OF KELLY SCHWALBACH

I, KELLY SCHWALBACH, being duly sworn, hereby state as follows:

1.    I am a named plaintiff the action entitled *Hubmer v. Walmart, Inc.*.

2.    I am a resident of California.  During the class period I was subject to the conduct alleged in the complaint regarding Walmart's failure to properly disclose its return policy and resulting failure to accept returns.

3.    I am informed and believe that Defendant in this action conducts substantial business activity in Riverside County, including the conduct that is detailed in my complaint.

I declare the foregoing to be true and correct to the best of my knowledge, under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.



KELLY SCHWALBACH

DECLARATION

See back of receipt for your chance
to win $1000 ID #:7P8W5PPKT8H

# Walmart ✳

909-920-4021 Mgr:SYNETRIA
1540 W FOOTHILL BLVD
UPLAND CA 91786
ST# 01992 OP# 009049 TE# 49 TR# 04676

| MENS WEAR | 088496817849 | 9.96 X |
| MENS DENIM | 088944048404 | 13.50 X |
| GE CARGO SHO | 082179631146 | 11.50 X |
| FACE MASK | 076125323494 | 3.97 X |
| CARGO SHORT | 084220517067 | 11.50 X |
| MUSCLE | 088530664291 | 4.42 X |
| TANK TOP | 088530664252 | 4.42 X |
| TANK TOP | 088530664260 | 4.42 X |
| FOL SHORT | 088530687083 | 5.96 X |
| DUFFEL | 084156411450 | 7.82 X |
| CREW NK | 880960988605 | 3.88 X |
| CREW NK | 880960988598 | 3.88 X |
| MENS WEAR | 088496817924 | 3.88 X |

```
                    SUBTOTAL      89.11
       TAX 1   7.750 %            6.91
                    TOTAL         96.02
               SAMS P CREDIT      96.02
SAMS CLUB CREDIT ** **** **** 0366 I 3
APPROVAL # 000308
REF # 017600642379
AID A0000000049999D84002
AAC 2F4F5DB7F004FD68
TERMINAL # SC010644
        06/24/20    10:16:49
          CHANGE DUE        0.00
          # ITEMS SOLD 13
   TC# 0058 8110 7448 9859 5705
```



Low Prices You Can Trust. Every Day.
06/24/20    10:16:49
***CUSTOMER COPY***

### DECLARATION OF ANGELA O'BRIEN

I, ANGELA O'BRIEN, being duly sworn, hereby state as follows:

1.    I am a named plaintiff in the action entitled *Hubmer v. Walmart, Inc.*.

2.    I am a resident of California.  During the class period I was subject to the conduct alleged in my complaint regarding Walmart's failure to properly disclose its return policy and resulting failure to accept returns.

3.    I am informed and believe that Defendant in this action conducts substantial business activity in Riverside County, including the conduct that is detailed in my complaint.

I declare the foregoing to be true and correct to the best of my knowledge, under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

ANGELA O'BRIEN

DECLARATION



See back of receipt for your chance
to win $1000 ID #:7P86NK10Z40N

Walmart

951-487-1092 Mgr :SANJAY
1861 S SAN JACINTO AVE
SAN JACINTO CA 92583
ST# 05425 OP# 009050 TE# 50 TR# 02760
NB SWIM BTM    019060880732    10.50 X
NB SWIM BTM    019060880316    10.50 X
NB SWIM BTM    019060880727    10.50 X
NB SWIM BTM    019060880826     9.96 X
MEN II ZBRA    067522008180     9.96 X
NB SWIM TOP    019060880534    61.38
                    SUBTOTAL    61.38
          TAX 1  7.750 %         4.76
                    TOTAL       66.14
                CASH TEND       80.00
               CHANGE DUE       13.86
        # ITEMS SOLD 6
TC# 9492 5720 5543 0245 93
Low Prices You Can Trust. Every Day.
05/29/20        13:48:24

See back of receipt for your chance
to win $1000 ID #:7P86NK10Z40N

Walmart

951-696-7135 Mgr:RICARDO
41200 MURRIETA HOT SPRINGS RD
MURRIETA CA 92562
ST# 02952 OP# 009046 TE# 04 TR# 06069
T RIB PANS       006965393534     3.50
T RIB TANK       806900268805     2.88
T RIB CAMI       806967095540     2.88
NB RIB CAMI      806963780060     2.88
NB RIB CAMI      806947095179     1.96
SHORT            079545099890     5.96
ATL SWIM 1 PC    080094459708    14.98
V.SWIM           0076 022142 F    13.68
OMEGA-3          001910002050     3.94
WG 3.5 LB        007079917241     5.47
LVS TBC PWR      004741829094     0.98
GLAS CLEAN       004741829094     0.98
GONDISER SCT     007078917565     0.98
SF/SP HND LO     004741829094     7.05
SF/SP HND LO     004741829094     7.05
SF/SP HND LO     004741829094     0.00
                    SUBTOTAL      94.56
          TAX 1  8.750 %           0.00
                    TOTAL         94.56
                DEBIT TEND        94.56
               CHANGE DUE          0.00
      PAY FROM PRIMARY
EFT DEBIT    94.56  TOTAL PURCHASE
US DEBIT     **** **** **** 8882 I 0
REF # 01800751973
NETWORK ID. 0056 APPR CODE 654774
US DEBIT
TC 0120A32260FHEO
*PIN Verified
TERMINAL # SC010676
04/27/20       14:26:49
        # ITEMS SOLD 18
TC# 1016 9450 5439 3466 8981
Low Prices You Can Trust. Every Day.
04/27/20        14:26:55

See back of receipt for your chance
to win $1000 ID #:7P86NK10Z79X

Walmart

951-696-7135 Mgr:RICARDO
41200 MURRIETA HOT SPRINGS RD
MURRIETA CA 92562
ST# 02952 OP# 009046 TE# 04 TR# 09915
MENS BXR BRF     019416227912    14.97
GV LED 75W       007044300136     4.97
S1 OAT SH 32     060538848197     0.98
WOMENS BEACH     004650073333     0.93
AEROSOL          019366506357    14.97
M SANDALS        019366506357     9.98
M BEACH          088948174845     4.82
                    SUBTOTAL      55.08
          TAX 1  8.750 %           4.82
                    TOTAL         59.90
                DEBIT TEND        59.90
               CHANGE DUE          0.00
      PAY FROM PRIMARY
EFT DEBIT    59.90  TOTAL PURCHASE
US DEBIT     **** **** **** 8882 I 0
REF # 01440051052
AID A0000000980840
US EA6225495291096
US DEBIT
*Pin Verified
TERMINAL # SC010378
05/23/20       14:47:38
        # ITEMS SOLD 7
TC# 8785 5570 3035 1180 6500
Low Prices You Can Trust. Every Day.
05/23/20        14:47:46

See what others are saying about Walmart returns, refunds and exchanges



**RETURNS** and **REFUNDS**

Company Search

**Add your feedback about Walmart -->**

**06** Jun

Posted by Mike 🏳

on 6/6/20 at 3:44PM

I purchased a battery charger that worked one time. The buttons don't do anything. I was just wanting to exchange it for another one but was told I couldn't without a receipt. I don't know where it is but as I said I used it once time. I don't understand why can't it be exchanged for the same item that might work. I'm suppose to lose my money on a product that comes from your store. It's not an item you can get without assistance or walk out with in the automotive section. Very disappoint in the stores policy.

**06** Jun

Posted by Anonymous 🏳

on 6/6/20 at 9:04AM

I have been shopping Target and love it! No frustration or headaches at Target. Groceries, clothing and essentials. If something don't work out you can actually take it back not like Walmart!!!!

**06** Jun

Posted by Anonymous 🏳

on 6/6/20 at 8:56AM

Walmart you are on my last nerve with your return policy! Corporate how much more longer are you going to hold the public hostage with your return policy? It is called greed and lack of empathy!! ?

**06** Jun

Posted by just me 🏳

on 6/6/20 at 5:29AM

walmart sucks. I have been trying to exchange something for almost 2 months. they will not till this is over they say. DUH. this is not going to be over for a year or 2. come on walmart. you make billions off poor people every day. we have nothing. you are more worried about making a dollar than helping people out. & we bought the stuff from you. at least quit holding our money. havnt you made enough off us & our country ? you have sold so much dsince the virus stuff that you have no big tv's on the shelf & always out of everything i need. your sales are double this year. COME ON !!!! LET ME HAVE MY FEW DOLLARS BACK !!!!

**06** Jun

Posted by Chrissy 🏳

on 6/6/20 at 4:20AM

Can you please tell me when the government of Canada said you can't return an item without a receipt due to the virus? The policy say's they will give a gift card!How dare you blame that on the government! Grrrrr Walmart That's not right!

**05** Jun

Posted by Broke Wal-Mart customer 🏳

on 6/5/20 at 6:20PM

Yes! I agree, come on Walmart, I have atleast 100$ worth of shorts and swimwear, & shoes I can't return because of your outdated return restrictions, All you have to do is quarantine the stuff for 72hrs b4 putting it back on the shelf. You probably keep stuff off the shelves for 2days already.

**05** Jun

Posted by Anonymous 🏳

on 6/5/20 at 5:55PM

---

Scoreboard Ratings

See detailed Walmart customer service rankings, employee comments and much more from our sister site.

Jun   Ok walmart, get on with it, other stores that are open are accepting returns on clothing al...
People would like their money back, or return for what will fit them. You should know better


Company Search

**05**
Jun

Posted by Anonymous 🚩

*on 6/5/20 at 10:52AM*

I purchased a small tv online on April 17. I tried to return it today ( the first day our county went green because of vivid and could not get my refund. The box was never opened. I know what the policy is but didn't feel safe going out until now.

**05**
Jun

Posted by Debb 🚩

*on 6/5/20 at 10:18AM*

Utterly ridiculous that Walmart has a no return policy for apparel returns. I had my receipt 1 week after purchasing tee shirts for my husband. They tried to tell me it was a federal criteria! BS! All other stores Are accepting apparel returns. I'll be avoiding Walmart from now on.

**05**
Jun

Posted by Anonymous 🚩

*on 6/5/20 at 6:03AM*

I bought teeth whitening pens for 48.00 and was not gone from store for more than 1/2 hour when I noted the box was opened and half of the pens were missing. I returned to store and they refused to refund or exchange stating it was due to Covid 19. I argued that it would be restocked, even talked to manager, but was refused. The item was either previously restocked after returned or someone stole off shelf. I guess I'm the one paying for it... instead of a multimillion dollar corporation that can't assure quality.

**04**
Jun

Posted by Jamie 🚩

*on 6/4/20 at 4:16PM*

Highway 290 West Austin Texas Walmart ... husband's birthday is 9th so I went to Walmart and bought him shorts and shirt two of each. He is a type 1 diabetic he has squamous cell carcinoma on his face that had been removed he's got 150 stitches and has a hole in his foot from diabetes 56 years old ..during this pandemic he cannot go out of the house because his immune system is too weak the clothes I bought him are too big due to the fact he has lost a lot of weight... he had shity birthday and is naked...37y married he was our sole provider...so no $ to buy more

**04**
Jun

Posted by Hello.... 🚩

*on 6/4/20 at 1:51PM*

Reading all the comments mine is going to sound redundant,so fed up with this no return policy on apparel I have over $100.00 in merchandise, I too believe that Target will be my go to store, it' Closer to my House and alot Cleaner, Staff seems more competent then at Walmart. I've been getting my prescriptions at Walmart over 20 years, so now I will just pick them up walk out, and not shop there!

**04**
Jun

Posted by Anonymous 🚩

*on 6/4/20 at 3:07AM*

Visiting my sister in West Valley Utah.
Went to Walmart on 9 east and 4700 south, SLC Utah.
Bought bullet blender for about $50.00.
The blender won't work at all plug ins.
The blender had a hit and miss when starting up.
The rubber seal keep malfunctioning leading to leakage to inside blender.
Took back to Walmart the next day and ask to exchange blender.
Customer service said there policy's for returns without a receipt and paid for in cash was not something they would honor.



Company Search

I told the clerk that I wasn't going to go broke over a 50 dollar idem and she could keep their broken b
She told me I couldn't leave the blender there and that was also store policy. I walked out very unhap
All I wanted was a blender that worked.

**03**
Jun
**Posted by no name** 🚩
on 6/3/20 at 7:47PM

Bought clothing to take home to see what fits yesterday since you can no longer try on things in the store. Went back today to return what I did not want and was told I could not return any clothing. There were no signs!!! Then told to go online to start my return whatever that means, so I went online and everything was for online purchases only. i called to talk to a person and they sent me to another number which after holding for a long time was either hung up on or disconnected before any answered. I went back to the store they said there would be a six week on all returns and that if I have my receipt that I could return the clothes when the Corona virus is gone. Who knows when that will be. Target is much better they are allowing returns on everything including clothing. I hate Walmart any way this just makes it easier to never shop there again.

**03**
Jun
**Posted by Les** 🚩
on 6/3/20 at 2:35PM

I agree with Jim. I too bought clothing at Walmart only to find that the items were too big and I wanted to get a smaller size. Went back to the store only to be told that closing could not be returned! What? I return the bathing suit to Lands' End. A friend just returned her clothing items to TJ Maxx. So I guess I just spent money on clothing I will never be able to wear. What a waste of money.

**03**
Jun
**Posted by Anonymous** 🚩
on 6/3/20 at 1:27PM

Walmart needs to make it very clear AT THE CASH REGISTER when purchasing clothes or LARGE PRINT at the front entrance of the store that we CANNOT RETURN OR EXCHANGE them! Not just on the small stand written in microscopic print with at least 20 other detailed precautions and rules that honestly look like just basic safety precautions they are notifying us that Walmart is taking to keep us safe while we shop! There's pictures of masks and it looks like their cleaning and sanitary policy! Definitely not their return policy! Besides that, ALL OTHER RETAILERS are allowing returns and exchanges on clothing! Hold it in a warehouse if you must for the necessary time to rid it of any possible Corona virus germs they might have! I even tried going on their website to return it! Couldn't find "the form" I was suppose to fill out for a refund! My fault though for buying clothes there! Should I REALLY be surprised??? It's WALMART we're talking about!

**02**
Jun
**Posted by Mcdizzle** 🚩
on 6/2/20 at 6:45PM

I have absolutely had it with all months redundant return policy at this time. There is no difference between returning a toy, food or clothing! All of the stores are accepting all returns at this time during this epidemic except for Walmart. Walmart is only selectively taking things pack like one thing is going to have covid-19 and one is not! What a joke!

**02**
Jun
**Posted by Tgoodman** 🚩
on 6/2/20 at 9:41AM

The local Walmart in Sanford Florida has a manager that has no brains. I purchased a bag of coffee, got home and when I unpacked it, found the front of package was slit - from a stockers razor knife. Not taking any chances with an open food package I went back to the store WITH package and receipt, and was rudely told I could NOT return a package once I left the store. So I asked Kenny the manager if everyone was supposed to closely inspect each and every package before leaving store - - "Sorry cant return it, even though it was NOT my fault!!!!

So I asked how do I take care of this? Told me to go the Walmart site and I will find a form to get a return by mail.

Guess what NO FORM!!!! only links to other walmart crap.

So here I am with a 7 dollar package of coffee that I can not use nor return.

NO MORE WAL MART!!!!!



Company Search

**Posted by R LUNGER** 🚩

*on 6/1/20 at 3:22PM*

Absolutely dreadful experience just now at Walmart. Tried to return summer work shorts for my husband and was denied. We had our orginal receipt and all the tags were on them. He never even tried them on as we kept one of the pairs so he knew how they fit. We are out almost $70 for 3 pairs of Dickie work shorts. Also, I was informed my the not so friendly front end manager that apparel has been removed from their computers so a refund wasn't even possible and may not be even after things resume back to normal after the covid crisis. This is ridiculous to me as we were never informed that it was an all sales final when purchasing them. If we'd had know we smartly would have purchased 1 pair to see how the laundered and fit. During times when many are "penny pinching" and struggling to stay afloat I find this deeply upsetting. Truthfully my intention was to use a portion of the return to fuel our vehicle so that my husband may continue to work and provide for our family. As upset as I was I even mentioned this to the shift manager and she was completely unmoved and unsympathetic. So Walmart will disinfect the store at night for my safety, as a suck person may not be able to spend their money but refuses to clearly make new return policies available and accommodate a once very loyal shopper. To put it in perspective my husband's family's land borders the new Walmart plaza in our area so we have shopped there alot although we will no longer do so.

**Posted by Anonymous** 🚩

*on 6/1/20 at 12:59PM*

Wal-Mart still won't return my 65$in clothing told by higher up that as soon as it's safe for staff that may never be everywhere else is returning I think Wal-Mart will never accept returns again nothing was posted when I bought these 2 months ago you couldn't try them on I'm pissed

**Posted by Never agian will be defrauded by** 🚩

*on 5/31/20 at 4:06PM*

Ok guys the policy here is a total lie. NEVER go back to walmart. Hope covid takes out this evil money hungry monster corrupt corporation.

**Posted by Shannon** 🚩

*on 5/31/20 at 1:16PM*

Bought a laptop online. Started the return online and returned it to the Auburndale FL walmart the day after it was delivered because it was of poor quality. A month later and still no refund. Keep getting runaround then told the customer service cashier probably stole it because that happens. Smh. I don't kbow what the shady hell walmart doing but i do know they gonna refund me $180 one way or another. She probably stole it wth... But if so ni proof so they wont do anything. Guve me my money back or give me another laptop so i can sell it.

**Posted by Anonymous** 🚩

*on 5/31/20 at 5:21AM*

Had a few item's of clothes to return I was told they wasn't taking clothing back at this time I ask why I wasn't told that when I bought them an why wasn't it on my receipt now I am out 60 dollars and can't go buy a different size because I wasn't able to try nothing on my last time shopping at Wal-Mart and the sales clerk was really rude

**Posted by Anonymous** 🚩

*on 5/30/20 at 4:46PM*



Company Search

The store manager Torrey store number 06958 Was of little help when I was returning my lawn mowe wild goose chase to find a mower for my exchange. When I got back then told me I had to get rid of th and when I returned, I found out they wouldn't exchange nor return my product and yes I had and ha everyone is in a Frinzzy during this pandemic, but all I wanted to do is exchange my mower, it may not mean much to walmart but instead of exchange I will get my money back and shop elsewhere. I will somehow get this in social media the way that they handled my situation as a customer. Ooh I also asked to see the return policy for my exchange and conveniently the site was done. I can tell you why the site was down was because the hogwash Torrey told was just that hogwash. So now I have to make two more trips to exchange my product as much as I shop at walmart this is unexceptionable.

---

### 30
### May

**Posted by Goodbye Wally World...** 🚩

*on 5/30/20 at 10:21AM*

I bought shorts at Walmart, couldn't try them on, I asked at the dressing room. Was NOT told I couldn't return them by the dressing room police or by the cashier.

I will now go 20 minutes out of my way to never shop at Walmart again, for anything. I don't want to put another dime in their pocket.

---

### 30
### May

**Posted by Malon** 🚩

*on 5/30/20 at 8:36AM*

I see people trying on clothes in the store and no one stopping them....I think this no return policy is B%##S%^&...I have been shopping at Belks and they let you return with the original tags still on the item...

---

### 30
### May

**Posted by Anonymous** 🚩

*on 5/30/20 at 6:19AM*

I bough wireless headphones. I really liked them so i threw the receipt away. They were $94.56. Theres something i really dont like about them and i tried returning them. The man said i had 15 days and yesterday was rhe 16th day and i couldnt return them no more. ?. Wtf is this. I had the card i payed with and stuff. I dont understand. I read the policy and it says i have 90 days except some electronics.

---

### 30
### May

**Posted by impayled** 🚩

*on 5/30/20 at 1:35AM*

Walmart rocky hill CT says their new policy is not to take anything back without receipts even if not on the restricted list. Thanks for helping out a former homeless person trying to exchange a rew new sealed Walmart brand items.

---

### 28
### May

**Posted by Need a covid return solution** 🚩

*on 5/28/20 at 7:57PM*

I have several items to return that I bought at a store. How long will it be. I mean I've been holding them now for almost 3 months. My 90 days is gonna run out .then what

---

### 28
### May

**Posted by Anonymous** 🚩

*on 5/28/20 at 7:44PM*

I was basically escorted out of Walmart! They called ap yo come handle me because I wouldn't leave the store because CORPORATE told me I could return the 13 pairs of capris I bought and turns out she was wrong!! I told the manager I wasn't leaving until I spoke with corporate I was on hold for 30 mins the store was closing at 8:30 it was 8 when I got there so they were giving me dirty looks the whole time trying to get me to leave!! Corporate did nothing !! I told them they needed to do something because their employee told me I could return my items with my receipt which I had!! I only tried on one pair! All had tags and my receipt of purchase and they wouldn't even open the bag. So now I'm out $115 for capris until I can return them

which it'll prob be winter by then !! I basically have the choice to wait it out like I've been doing or pay so I can wear them to work & then return the others. Shame on you Walmart no signs posted either a on! This is bad business and bad customer service



Company Search

---

**28 May**

Posted by Anonymous 🚩

on 5/28/20 at 7:32PM

I am EXTREMELY upset, dissatisfied, and disappointed with Walmart's changes due to Covid19. Lots of us are out of work, and really NEED every penny stretched as far as possible. There are NO signs posted in clothing, or at registers about returning clothing items, well, lack thereof. After waiting in line at the service desk, for 45 min, I'm at the counter, have my receipts, tags and unused clothing to return. only to be informed otherwise. I just had surgery, so I'm looking at certain types of clothes. The fitting room is closed, so I buy it, try it on, and now, I'm out $80. I ask to speak to a manager, several times, up the ladder, and the store manager was COMPLETELY disrespectful, and very un professional. He has a rude manner, pointing to the index sized sign in customer service, and tells me "sorry, call the 800 number ". I did, then while waiting on a person on the 800 number, the store manager asks me to leave. I told him "not until I'm done speaking to someone, on the 800 number ". He THEN tells me that since I REFUSE to leave the store, he can have me escorted off the property.

The clothing, $80 worth, has to be "claimed out", due to the type of clothing. I'm following ALL the rules. When Walmart DOES decide to take items back, it's the same clothes, from the same house, returned to the same store.

---

**28 May**

Posted by Anonymous 🚩

on 5/28/20 at 2:43PM

Like everyone has said, "Walmart is no0t accepting clothing for returns. However, did anyone see a sign posted in the clothing areas making us aware of this? I DIDN'T !!!! I am totally pissed about this. Guess it's time to shop at Target!. Good bye Walmart!!!!

---

**28 May**

Posted by bad walmart 🚩

on 5/28/20 at 1:15PM

walmart has now stolen $30 from me. i haven't gotten any unemployment although i have applied for it. i haven't been working. i went to walmart at 7 am to buy scrubs for a job i'm very excited about. couldn't try them on. went home found out they were to big went in no scrubs.. came back to return them and was told no?? i was told "there are signs everywhere" (about the no returns.) NO MAAM. no signs. i wasn't told at the register that i couldn't return the item. if i would have been told that I WOULD HAVE WALKED OUT WITH NO SCRUBS. i would've politely given her the scrubs and said never mind then!!!!!!!! I WAS ROBBED.

---

**27 May**

Posted by T. 🚩

on 5/27/20 at 8:56PM

I live in Chicago and this week we finally get some warm weather. I went to Walmart (Touhy Ave) to get some sandals for my toddler. The rack at this Walmart was empty, I decided to check out another Walmart. But in case I didn't find anything, I took the only 1 white pair of sandals I found.

The other Walmart(Niles Ave)was a 10 minutes drive. Of course, there was a line. I purchased 3 pairs of sandals, and tried to return the white pairs from Walmart (Touhy). The cashier said I couldn't return the item. I had my receipt, which clearly showed it hadn't been 1 hour since I purchased them. I didn't even go home for my toddler to try them home; plus, I saw other people trying these shoes on their kids in the aisles. I was so pissed! Walmart needs to STOP!

We're living in challenging times where we are all on a tight budget, with such uncertain future while we have children who are gaining weight and growing in this quarantine. This is ridiculous!

Frankly, I'd rather shop at Target and Amazon after today's experience!!!

---

**27 May**

Posted by Anonymous 🚩

on 5/27/20 at 6:43PM

Have been waiting for 2 months now to return some dresses, and other apparel, this is ridiculous.

**RETURNS** and **REFUNDS**          Company Search

**27 May**

Posted by Deb 🚩
*on 5/27/20 at 10:49AM*

When will we be able to make returns??
Plus a broken hair dryer that hasn't worked since I bought it.
What kind of customer service is this. I will double think before I buy st Walmart again.

**27 May**

Posted by wally 🚩
*on 5/27/20 at 9:45AM*

Girl kept me waiting for half hour to tell me i may not return my open box back to the store until further notice , This is why i mostly shop at Amazon , Thank you Mr.Jeff Bezos for thinking about your clients , walmart just thinks about $$$$$$

**27 May**

Posted by Angeleyes 🚩
*on 5/27/20 at 9:42AM*

Tried returning shorts that I bought online. I was told from Walmart.com to return to store or exchange for what size needed. I was told no that they aren't accepting returns or exchanges when it comes to clothes. Ton of workers outside and the one lady said to just go to customer service but never said no refunds of any kind.

**26 May**

Posted by Moe 🚩
*on 5/26/20 at 11:57PM*

I had lemons that rotted 4 or 5 days after I bought them. I brought them back. The manager said fine get a bag bring them up to customer service. I brought the rotted lemons with me. When I came back to customer service, it was someone else. She told me no food was to be returned. I said it was an exchange. She argued with me and said the way we have to ring it up it's rung up as a return. i said I don't care. The sign said refund. She finally did it. So if anything else spoils I will keep it out of the refrigerator and bring it in when the policy is lifted. Hope some hamburger meat spoils between today and whenever. The return policy for clothes is ridiculous. If you have the tags still on it and receipt. They should take it back. I have a lot of items I have purchased in the past 2 months
I am considering returning most of it. I haven't used it yet. Poor customer relations.

**26 May**

Posted by Your momma 🚩
*on 5/26/20 at 4:59PM*

Walmart sucks ass, there was 10 Walmart associates outside and none of them could tell me don't waste my time not allowed to return stuff all the sudden. They let my dumb ass walk in for the customer service person to tell me.

**26 May**

Posted by Anonymous 🚩
*on 5/26/20 at 3:51PM*

If you order through the walmart website. you can process a return through the website and they have to accept at the store

**25 May**

Posted by BRIDGET 🚩
*on 5/25/20 at 10:28AM*

I bought120 worth of clothes,,I'm on disability,,and wallmart wouldent let me return the items of clothing,,so I had to go to another store Burks,,where that do accept your clothes, if you need to bring them back....I had to buy form another store, which cut in to my budget,,I get 1 check a month...so I could really use that refund ...

**RETURNS and REFUNDS**

Company Search

**25 May**

Posted by Pook 🚩

*on 5/25/20 at 6:40AM*

Not only are they not taking returns, the staff is very rude and not very knowledgeable about the policy. I was told there was a sign on the dressing room. What i bought was a gift (which doesn't fit, therefore no need to go the the dressing room. They have junk posted everywhere, but the only place you can find the return policy is at the customer service counter on a paper the is as big as this email

**24 May**

Posted by Dee 🚩

*on 5/24/20 at 11:19PM*

No where in the baby section did it say that I can't return an item. Children grow fast. Walmart kept saying "we posted it outside". Where? Next to your other 20 signs? It does not make sense. I hate this policy and will not shop there. Going to Target.

**24 May**

Posted by Sandi 🚩

*on 5/24/20 at 4:30PM*

Disappointed no sign posted about refund policy change on returning clothes for a refund. It's been 25 days now, how much longer do I have to wait?

**24 May**

Posted by Anonymous 🚩

*on 5/24/20 at 1:27PM*

Walmart has made money off many Americans during covid-19 and everyone else is taking returns except them and all the other stores was closed they clearly had an advantage now refuse to take returns on clothes this so you will forget about the returns and they won't have to return your money sounds like a scam may be they should be reported to the government

**24 May**

Posted by Smiley 🚩

*on 5/24/20 at 12:19PM*

When I bought shirts for my grandson's birthday they DID NOT tell me I could not return them if they didn't fit. There were NO signs anywhere stating this either. There should have been signs trhat stated "Due to the Covd-19 you cannot get refunds or exchanges on the following items" I AM VERY UPSET!!!! (Do not send an email reply as my email is down)

**24 May**

Posted by Frustrated 🚩

*on 5/24/20 at 8:02AM*

I don't understand why I can't return clothing to Wal-Mart. They let everyone touch everything in the store. More likely to get Covid 19 there than from someone's home. Would never have purchased if I had known I couldn't return it.

**23 May**

Posted by Lady pirate 🚩

*on 5/23/20 at 7:46PM*

I Find Very It Annoying That I Have To Wait To Return Clothing All The Other Clothing Stores Have I Couldn't Try Them On. There Is No Proof Of This Let Them Sit For 2 Days And Call It Good. The Hospital I Work For Thats All They Do After Washing Please People Need Their Money And I Wasn't Told When I Bought Them

Posted by Kyle 603 🚩



Company Search

**23 May**   on 5/23/20 at 4:03PM

I bought a gold necklace for my mother that was advertised as solid gold no gold plated I
mother couple hours later I got a phone call from my father saying that the chain wasn't real gold so I took it back to
return it come to find out they're not taking returns on that now so you can take my money but you can't give it back for false
advertising this isn't right I'm not going to let Walmart get away with this

---

**23 May**

### Posted by Promethius 🏴

on 5/23/20 at 1:59PM

They sure can take our money, but right when we need it most because a lot of us are out of work, they stop taking it
back. I remember when walmart sold only made in USA. by Americans for Americans. I guess along with no longer selling made
in USA items, they stopped carrying about Americans, and that at a time when they are making money hand over fist during this
virus, and raising prices like crazy. Mr President you said we should turn in price gaugers? Please check out walmart. Supply and
demand, doesnt mean just because you put out 2 pieces of meat, you can charge double what you did when you provided a
whole cooler of meat. Maybe meat is a bad example, but it's across walmart product you cannot return. screw walmart. I hope
other americans are as pissed, and when this is all over go out of their way to drive further tha 15 minutes and buy everything
they need elsewhere.

---

**23 May**

### Posted by Anonymous 🏴

on 5/23/20 at 11:43AM

My name is David Hill and i viewed a outdoor lawn thatcher for $139+ and I decided to purchase it online, it came
after over five days
and even after I had sent an email to Costway which was your distributor. The next day after assembling it I made 10 passes in
my yard and the unit stopped operating. I did all the checks from power outlet, cord connections to checking under the bottom for
jams
and could not find anything outside the unit that would cause it to stop, so I decided to return the thatcher to your store and
requested a return label and as of this date May 23 I have not received the return label.

---

**23 May**

### Posted by StayCalmStormWillPass 🏴

on 5/23/20 at 10:47AM

We're used to what we're used to and this change is quite inconveniencing, but Walmart will take back the items.
Let's try to be patient and hold on to those receipts. It would be nice if they printed this new returns policy on the back of their
receipts or bags or at check out so that customers are aware before making an unnecessary trip to the returns desk.

---

**23 May**

### Posted by Anonymous 🏴

on 5/23/20 at 9:09AM

Really ? I have my receipt but you won't take my items back because of virus LAME

---

### Posted by D-gusted 🏴

**22 May**

on 5/22/20 at 2:05PM

I purchased some tank tops at Walmart took them home to try on since Walmart closed dressing rooms through
covid-19, too large need to return
I'm told not at this time. So why aren't there any signs stating this temporary policy? Why have all the other chains
such as Target, Ross, Ulta, already accepting clothing returns? Walmart whats your explanation to your customers who actually
made you the big boss that you are today? Be careful how you treat your breadwinner. Too big to fail? Saw that movie! Treat the
consumer with more respect!! We can always strike Walmart and then see how big of a bully you can be
Get your act together because karma comes to us all.

---



Company Search

**Posted by Anonymous** 🚩
*on 5/22/20 at 11:45AM*

22 May

I live in Columbus Georgia and bought a pair of TENNIS SHOES, when I tried them on they felt ok, but when I got home and walked around with then on the were ACTUALLY too small. I took them back and I was told that they COULDN'T do anything for me! A pair of TENNIS SHOES, REALLY? Since when did FEET give the Corona Virus? I HOPE they take a BIG HIT for what they are putting their customer's through. It's NOT right...

**Posted by Beth** 🚩
*on 5/22/20 at 10:36AM*

22 May

Clothes are an essential need in my mind. You can not try them on in the store either so when they don't fit you can't return them. I'm Very annoyed. No signs at all posted about returns. They take some things back and not others after you wait in line for 20 minutes. Ridiculous. Just another reason not to shop at Walmart. And then no idea when they will change their policy. What are you supposed to do call them every day? Ridiculous.

**Posted by b kruckenberg** 🚩
*on 5/22/20 at 10:21AM*

22 May

My son was in the hospital in January, prior to the announcement of Covid in MS. He lost 40 pounds due to a digestive health issue.I purchased some new shorts for him as clothing is an essential item under this circumstance. The shorts we're too large and i needed to return them for a smaller size. I found out I could not do this. I cannot take him in the store to try the shorts on because he is disabled. Due to his recent lengthy illness the Covid 19 is sure to kill him. Now we are out $40.00 and still without clothes that will fit him.

**Posted by upset** 🚩
*on 5/22/20 at 7:57AM*

22 May

When will this no return policy for appeal be lifted? CDC now says virus does not stay on surfaces as first thought. This is BS Walmart. People are upset and waiting for customer satisfaction again. This policy will bite you in the end people do have other choices and will boycott your foreign made items. Wait and see its coming.C

**Posted by obanik** 🚩
*on 5/22/20 at 7:26AM*

22 May

I am absolutely FURIOUS at their policy- I understand it is to keep everyone safe but HELLO???? Why isn't the return/exchange policy printed on the receipt?? I tried returning a clearance item- to which they said they do not take back clearance items. I had just opened the box and looked into it, didnt even take the cabinet pieces out! And proceeded with some CRAP that we can return it within 5 days. I mentioned to the manager that it was not mentioned ANYWHERE, not even when the item rang up that it was FINAL SALE. I called customer support and the rep kept me on line for like 10 mins and said yes this is a policy... REALLY YOU KEPT ME ON LINE FOR THAT LONG TO FIND THE POLICY??? I am super furious about this and the only bs they gave me was that they would "cascade" this issue to their corporate... to which we all know, they DAMN WONT. Walmart, get your game straight.

**Posted by Anonymous** 🚩
*on 5/22/20 at 3:30AM*

22 May

Walmart sucks. I cant return clothes that dont fit that i bought at walmart. Walmart sucks.

**Posted by Djberg** 🚩
*on 5/21/20 at 2:03PM*

21 May



I thought they were extending the returns because of covid 19? But I just went in there and they would give me a gift card because it was a little over 90 days.but I also had my receipt,which still dont make me a gift card and not my cash u would think they wouldn't do either but my opinion. Either way it's B: very very wrong and after reading your of these comments I believe they could be sued like not posting that you can't return certain things during the pandemic. All the business America gives them and they can't yet is right mabe we should start boycotting. I also had a friend that had something happen to where he realized they had a camera in the bathroom and this was at the Kalispell store it was a couple years back he was gonna die them but thought he had somewhere that they could do that until I showed him he realized he read it wrong online.

**Posted by Blue eyes** �flag

on 5/20/20 at 7:54PM

Iim not happy their not takeing underwear back never been open I have my resent s and they wont take them their open if they are afried of this viers they could get it from workers or pepole this is so wrong Im very upset over this

**Posted by Not Happy Customer** �flag

on 5/20/20 at 1:19PM

I agree, it is crazy not to take returns at Walmart. They are the only place doing this. As someone mentioned in an earlier comment Sam's is accepting returns and they are the same company. If you can't try items on because they have the changing rooms closed off, Walmart needs to accept returns....

**Posted by Anonymous** �flag

on 5/20/20 at 9:02AM

I have the receipt on a pair of sleep pants. The Walmart in Springfield MO on Kearney where I purchased it said no to a return. That they are not returning apparrel at this time. What am I supposed to to do. If this keeps up I'm buying clothes somewhere else from now on.

**Posted by Madmomof4** �flag

on 5/19/20 at 5:17PM

So I have been out of work for weeks now and I just tried to return two items at Walmart with my receipt and they said NO! What do people do with the unusable items they buy? The undershirts I bought are coming apart after one wash so I want to return the unopened package. There was an older lady at register beside of me returning a baking dish but I can't return unopened package of worthless shirts. Yes covid is a problem and they will let you buy anything you want at Walmart And spend the little amount of money you have while being out of work but don't dare try to take anything back!

**Posted by Tony** �flag

on 5/19/20 at 4:23PM

Dont buy cloths at walmart no dressing room to try on items if they dont fit there yours wont take them back! No signs were posted about this new policy!

**Posted by Samantha** �flag

on 5/19/20 at 3:43PM

This is a waste of space an things that you need to take back you cant. Wow. What happen to customers are always RIGHT!!. Wal-Mart you fail in helping your consumers and the ppl of America whom shop at your store. I cant believe you are acting like close can be harmful.

**RETURNS and REFUNDS**    Company Search

**19 May**

Posted by Shirlstorm ⚑

*on 5/19/20 at 8:11AM*

You can't try on or return clothes? I slso saw no sign stating this. I have an idea...Refund our money and YOU hold our "coronavirus" clothes instead of using our money to invest!!

**19 May**

Posted by LaceshiA ⚑

*on 5/19/20 at 6:06AM*

I bought 3 pair of walmart overall n they to big so Walmart want take them back for a refund i brought thm homes n try thm on toto big i cant get no refund this is a messy not sale clothes rite nw if we cant get no refund

**19 May**

Posted by Upset mother ⚑

*on 5/19/20 at 5:47AM*

I purchased 2 pairs of jeans for my son and there wasn't any signs saying that they wasn't taking them back so I took them home and he tried them on and they was too tight , so then I tried to take them back I just got them that day and they said no have to wait til they start accepting the clothes again , well when people buy clothes some don't have any more money to buy more clothes because they sit bought them and usually get a refund and use that money to buy a pair so they can have them , well that day I was going to take them back I went back with my son and he was going to try on the jeans so we would at least know what size he would wear and they said no trying on clothes , and I said are you kidding me how am I suppose to try these on him to see if they fit , I'd have to buy them and take them home then be stuck with another pair of jeans , right now I have 3 pairs he can't wear because they wouldn't let someone try on clothes , this is not fair , they should have up signs before you buy them everywhere about the clothes but they don't , I'm very upset my son needed a pair of pants really bad and I can't get him a pair because of that policy right now . And I'm stuck with 3 pairs of pants that is over 40 dollars , that money could of went on him another pair of pants , and no money .

**18 May**

Posted by my money ⚑

*on 5/18/20 at 8:37PM*

I am dissatisfied and discussed about the return policy that Walmart has implemented. We need to stop shopping at these stores since they don't care about us.

**18 May**

Posted by Anonymous ⚑

*on 5/18/20 at 8:36AM*

I have multiple bags of clothing that due to pre pandemic n pandemic have fallen out of return window. All items have tags on with prices I paid. Sale items indicated on tags, n full prices on tags which I paid. Please is it possible to receive a letter or email I can bring to Walmart customer service directly to refund me on these items the prices I paid? I'm desperate for the $! I'm 66 and was ill this winter. Please help I shop Walmart all the time. I've sent this to you hoping in this exceptional time of pandemic you can make an exception for me. I'd be happy to receive a debit card to use at Walmart to show you I will continue to buy!! Thank you

**18 May**

Posted by Anonymous ⚑

*on 5/18/20 at 8:12AM*

I purchased the wrong medication (Prevacid) for my brother which was $23.00, when I got home found out he needed Pepcid which was only $7.00. When I went to Walmart for an exchange with receipt , box not open was told cannot accept returns until pandemic over, she said there are signs in the store, didn't see any. I just let my brother pay me the $7.00 as he is on Disability. I understand the policy, however, the sign about return policy should be at every register so everyone is aware of it and think twice about purchasing items they are not sure of. Walmart, people are hurting and money is tight, make your policy more aware to your customers.



**RETURNS and REFUNDS**

Company Search

**Posted by jskubik** 🚩
*on 5/18/20 at 7:59AM*

I bought 4 shirts at Walmart on 5/16/2020. I asked the clerk if I could try them on and she said no. Never mentioned I could not return them. None of the shirts fit, tried to return on 5/17/2020 only to be told to look at the 5 x 7 sign on a pole by the returns. This is not acceptable. You were able to be open thru the whole Covid 19 shut down. Sam's takes clothing back, are you not the same company?

**18 May**

**Posted by JayCee** 🚩
*on 5/17/20 at 9:37AM*

Walmart claims they cannot take back certain items. What is the difference if I return ink, which can be returned, but not any clothes. If I have the virus regardless of the item I touch may be infected. It also may be on items in the store that have been picked up and put back. The virus doesn't have boundaries to the type of item it will attach to. I agree this is a scam to get money from customers, but Walmart will be in for a rude awakening when they open the returns and are flooded. Walmart has no problem taking your cash, which very well may be infected and they are handling that back to customers, but they can't take a brand new item back. Other retailers are accepting returns and holding them for the recommended amount of time before being placed back in the floor. Walmart you are losing a lot of customers. This is bad business!

**17 May**

**Posted by abf** 🚩
*on 5/16/20 at 5:43PM*

Went to return clothing that did not fit. Could not try them on at the store. The attendant told me that it was closed but did not bother telling me that there was a no return policy in place. Customer service tells me that they would not take clothes back and that there were signs everywhere. I went back to look for these signs. The sign is about a 4x6, fine print sign that hardly anyone will notice. Also, I suppose it okay to walk away from your customer at the register and make them wait while they arrange stock on the shelves, answer the phone, or randomly turn to another customer and start helping them before while your transaction waits. Customer service is not why most of us shop Walmart but this is a new level of horrible service.

**16 May**

**Posted by Patiently Waiting** 🚩
*on 5/16/20 at 2:47PM*

Actually they are going to take the returns just not right now. Just keep your receipt and you will eventually be allowed to return items when this is over. It's really not that hard people

**16 May**

**Posted by Alohagirl** 🚩
*on 5/16/20 at 7:41AM*

Your return policy must be visible before a customer purchases the item. This is very frustrating when you cannot return or exchange an item that is defective. I purchased an ink cartridge and it was defective. I am not able to exchange or return the item. I was told to repurchase the item if I so needed it. Why can't you just exchange? Why must I have to be out the money twice for something that is not my fault but yours? This is insane. Makes no sense.

**16 May**

**Posted by Ndeboard863** 🚩
*on 5/16/20 at 5:57AM*

Walmart is scamming people during the pandemic. U purchase clothes but can't return with receipt or tags still connected it's bullcrap. Now I got $50 worth of clothes can't fit into

**16 May**

**Posted by Felm22@centurylink.net** 🚩
*on 5/15/20 at 11:41AM*

**15 May**

Walmart needs to be upfront and let customers know you will not be taking returns until the COVID 19 reimburse people for the interest they have to pay on their credit card since they cannot use the order file a dispute with their credit card company and go to the better business bureau. You are using your free. You should pay the customer interest for using their money since you will not refund the money.



Company Search

**15**
**May**

Posted by Mag Vall 🚩

*on 5/15/20 at 11:02AM*

Walmart PLEASE put LARGE no RETURNS possible during this time of Coronavirus. At each cashier station. To inform your clients of this NEW no returns during the CV. I purchase a wheelchair and it was too big and heavy, need to return it and get the correct. one. The box was NOT open only after I got home and read the labels of the wheelchair. It has been more than 3 weeks and still not able to return it. And not able to purchase another one the lighter one until the $$ is refunded back. WRONG WRONG - I know the employees are dealing with NEW rule by the government. But this is an important one that should be in BIG BOLD LETTERS no returns possible during the CV should be posted at each cashier post. To keep your customers HAPPY and not upset! all will be returning back items that we actually want to keep, just to get back at you for not taking care of your customers!

**15**
**May**

Posted by Weezer 🚩

*on 5/15/20 at 5:33AM*

Why is it okay for Walmart customers to shop, breathe on, sneeze on, cough on and touch everything in the store but Walmart customers are not allowed to return anything whatsoever? Is Walmart going to honor returns that are past their policy timeline when they finally deem it safe for them to once again accept returns?

**15**
**May**

Posted by Beana 🚩

*on 5/15/20 at 4:06AM*

I think its crazy. I have a hundred dollars invested with merchandise at walmart. Shirt shoes bracelet an necklace. I never knew we couldnt return anything that has touched our body. This is a total betrayal of their customers. If they think about it every single item in their store touches our body. We PICK IT UP WITH OUR HANDS AN ALSO PUT IT ON THE CASHIER BELT OR SELF CHECKOUT SCANNER. IM SO UPSET BC I NEED MY MONEY. SAM WOULD BE PROUD. HUH

**14**
**May**

Posted by Pi nkley 🚩

*on 5/14/20 at 7:36PM*

Ok Walmart, exactly when will returns be allowed? I agree there should be signs letting people know that you can not return products at this time.

**14**
**May**

Posted by Gmsaint25 🚩

*on 5/14/20 at 7:33AM*

Extremely unhappy with Wal-Mart. They remained open as an essential business and allow you to shop the whole store. I shopped for jeans (having recently lost weight), picked up a pair and thought I could try on. The CSR at the changing room was nice enough to explain to me I could not try them on but NEGLECTED to tell me that I would not be able to return them!! Money is tight now, and now Wal-Mart is holding our money hostage. I, for one, will no longer shop at Walmart!

**14**
**May**

Posted by me 🚩

*on 5/14/20 at 7:03AM*

Walmart has changed their return policies, to make sure that you get stuck with the WRONG item if you accidentally bought the wrong thing. This amounts to profiteering on vulnerable people during a national crisis. This Big China corporation should be fined to the fullest extent of the law for taking advantage of elderly and disabled in the returns process.

**RETURNS and REFUNDS**    Company Search

**Posted by Summer** 🏴

13 May    on 5/13/20 at 3:02PM

Can't return clothes at the Walmart in Saratoga Springs, New York. No signs were up stating that you can't return clothes and try on rooms were closed. Walmart is using my money..... unacceptable! Do not buy any clothes from Walmart!

**Posted by Rhoan** 🏴

13 May    on 5/13/20 at 2:39PM

We bought RCa 65" Tv tv and the following day m, we are trying to returned it because its defective, as well know they dont test the unit at the store, then they told us that we cant return or exchange it for now if its an open item not until the pandemic is over. They did not even tell us that we cant return and exchange it before paying for it while this covid thing is over, it is not fair on our part, we paid CA$800.00 and we cant enjoy the product, we know that there is only 2 week policy to return. In Canadian tire they entertain returns even during this pandemic, why cant you?!

**Posted by Brooke** 🏴

13 May    on 5/13/20 at 1:21PM

When will Walmart accept returns I have bought clothing for me and my son that we could not try on any fitting room, no one ever mentioned that you could not return any items if they did I would have not have purchased these I have a growing boy and there is no telling without a fitting room what he can't fit into.

**Posted by Roy** 🏴

13 May    on 5/13/20 at 12:14PM

When will walmart allow returns. I purchased shoes for my elderly mother-in-law (she is staying safe at home and her dog ate her shoes). She needed a half size larger in the two shoes i got but walmart in duncan ok would not accept the return. Wasn't told they wouldn't allow returns when purchased. I have had then for a few weeks and want to make sure i will still be abke to return them.

**Posted by Barb** 🏴

13 May    on 5/13/20 at 7:34AM

I've been waiting to return 2bras and a pair of shorts. I was told to keep my receipt when I tried to return them.

**Posted by Erik** 🏴

13 May    on 5/13/20 at 12:17AM

Walmart has a 30 day (not 15 day) return policy on most electronics (laptops, video game hardware, etc). The corporate policy link provided here now says it's 30 days. Just an FYI

**Posted by P.O.** 🏴

12 May    on 5/12/20 at 6:28PM

Congrats Walmart, that's a really good gig. You allow customers to purchase clothing, not allow them to try clothing on and fail to tell customers by the way you can't return clothing! You have signs for everything but clothing.

**Posted by Tatiana** 🏴

12 May    on 5/12/20 at 6:28PM

May   BUYER BEWARE!! DO NOT BUY ANY CLOTHES AT WALMART, unless you are 100% being allowed to try them on. They are not accepting returns or exchanges until Covid 19 restrictions when that will be. They continue to sell their clothing, but you won't see a single sign that warns you of found out the HARD way.



Company Search

**Posted by sagrlkb1** 🚩

*on 5/12/20 at 6:21PM*

I wasn't told anything about clothing not being able to be returned to walmart till after the purchase. that's only because I asked how much time I had to return or exchange items that didn't fit. I asked because I couldn't try them on because of the dressing room being closed. I bought hundreds of dollars worth of stuff and wasn't told now if they don't fit your stuck. it wasn't posted that you couldn't return or anything. I was told once this is over you have 60 days to return items.

**Posted by Tsukasa** 🚩

*on 5/12/20 at 12:22PM*

I purchased a DVD that, upon opening it, the hinge holding the discs snapped loose. That should have been a red flag right there. Upon playing the first episode, there were already frame skips and hiccups. The second episode wouldn't even play, kept getting a disc read error. I should also mention the first copy of this DVD I grabbed, the bottom of the disc case was broken, despite it still being in shrink wrap. These are clearly used/defective products being resold as new. I obviously went to return/exchange it, but no luck because of "California copy law". Look, it was only $13 so I'm not that mad, but this just means I could've paid $60 for a faulty DVD and basically been told "oh well, too bad lol" which makes me just not want to risk buying electronics from Walmart ever again. Why risk it when I can buy online where I've never had an issue?

**Posted by Saving receipts** 🚩

*on 5/12/20 at 5:42AM*

When we bought clothing, we should have been informed that we would not be able to return if needed. Cash is low, and we don't have a lot of options. At least you could post signs...or quarantine the clothing returns for a few days like Target does. :(

**Posted by Pat** 🚩

*on 5/12/20 at 4:50AM*

If you order on-line from certain companies, you must supply the return shipping box. You are not told this on the site where you order. Of course, I had already recycled the plain cardboard shipping box the item arrived in.

So after standing in a long line at Walmart to return the item, I find this out. Driving to UPS store through heavy traffic to purchase a shipping box was out of the question. Needless to say, I won't be purchasing anything else from Walmart.

Did anyone know that if you order a product on-line from certain suppliers, to return you must have the cardboard box it was shipped in? I I bought a plastic planter for $35. When I took it for return, they told me about the container requirement.

**Posted by CHELLE** 🚩

*on 5/11/20 at 11:55PM*

I can't even begin to express how mad I am right now over Walmart failing to inform their customers that clothes purchased aren't allowed a refund!!!!!! Nowhere in that store were there any signs letting customers know that clothing couldn't be returned OTHERWISE WE WOULD NOT HAVE PURCHASED THEM!!!! I needed to buy my daughter new summer clothes bc she has outgrown what she already has and spent close to $270. Unfortunately the fitting rooms were closed leaving me with only 1 other option to go ahead and buy the clothes, keep the receipt and from there return/exchange whatever didnt fit which ended up being close to half the clothes I bought her! It wasnt until I went back the day after to customer service that I found out about apparel no longer being accepted for exchanges/refunds at this time! NOW I'm out all of that money, my daughter still doesn't have a clothes and CANNOT afford to buy more!!!! Certainly your well aware of the unemployment rate this country is currently facing, leaving some pinching pennies so you springing this policy change so sudden and without notice is WRONG on



Company Search

so many levels!!!! YOU SHOULD BE ASHAMED!!! You owe your customers a reversal on this policy, see and then go from there bc you know damn well that your customers were totally unaware of the posted in store nor did employees bother warning ppl about the policy change PRIOR to buying the c pinchers' had the option of purchasing elsewhere so that our money wasnt tied up and could be spent properly on the things we NEED since we cant afford to buy X2!! I know if this situation isnt resolved in a timely manner mu family will never step into walmart again! And encourage others to follow suit!! YOU NEED TO DO THE RIGHT THING WALMART!!!!!

**11**
**May**

Posted by Al

on 5/11/20 at 3:07PM

I returned two spoiled watermelons to Walmart a day after the purchase but they said to to covid 19 no food returns. What do I do with spoiled watermelon? The policy does not make sense. They should've given me a refund and they could throw out the watermelon. The customer service rep said stick it in the refrigerator and I said that could be for two or three months that you know that doesn't make sense.

**11**
**May**

Posted by Anonymous

on 5/11/20 at 1:49PM

So sorry to hear everyones expierence . I bought perfume about a month ago an still being told i can not return it it is not opened i just bought the wronf line and it's in plastic packaging . I could def use the extra 60 bucks

**11**
**May**

Posted by Quigzirish

on 5/11/20 at 6:57AM

This policy list needs to be updated, because if you go to Walmart's Refund Policy page it states differently on electronics such as computers and tablets. The website says you have up to 30 days to return electronics with receipt and original packaging such as computers, camcorders, tablets, etc. I dont know when it changed from 15 to 30 days but if you go to the "Return Exceptions by Department" link, it physically states 30 days. Here is the link for that:
https://help.walmart.com/article/return-exceptions-by-department/a599887ef90c49848b36d9a649af95fc

Hope this helps for some. Also if you lose your receipt, but have the original packaging you can actually go onto Walmart's website and reprint the receipt as long as you have the following information:

Date of Purchase, Type of card used, last four of card, and EXACT purchase amount.

I paid half card, half cash, but a trick to getting around this is find items that are the exact cost of what you purchased, add them to your shopping cart online, and then look at the total with tax. You would then enter that amount into the 4 required information slots on Walmart's receipt finder page. I did this because even though you pay half cash, half card, it wants the full amount of the purchase (cash plus card). I was able to print my receipt. If you are using bank cards from Simple, Chime, Venmo, Cash App, select debit, not Visa. Here is the link to reprint your receipt which looks identical to the one they print out in the store:

https://www.walmart.com/receipt-lookup

Hope this helps some of you. I did this all because I purchased an Apple Ipad with smart keyboard, lost my receipt and had to figure out how to print a new one so i could return items within the 30 day window.

**11**
**May**

Posted by kenny

on 5/11/20 at 6:04AM

Hi. I am an old employee of this store. Customer service is everything, but that is a lie from hell. Walmart does stuff for Walmart and when you have evil people working for a company they will not accommodate you and say its policy. Now, I bought something under 26.00 paid on my debit card and was told after I spent it this way the only way to get cash back was with cash. But earlier as long as you buy with your pin you can get cash back. Make up your mind or target will gladly recieve more income



Company Search

**Posted by Anonymous** 🏴

09 May

*on 5/9/20 at 7:05PM*

I was at Walmart today. Bought approximately $100.00 in clothes. Couldn't try them on the store so brought them home. Tried them on a took them back two hours later to return/exchange for different size. Customer service told me I could not bring them back. Showed me a small sign at customer service. I asked for the manager. Explained there were no signs at the front, could not try on and there were no signs posted there about no return and none at cash register and no one told me I couldn't return. The manager said was coming from corporate and she couldn't help me but agreed there should be signs.

**Posted by Aggrivated** 🏴

09 May

*on 5/9/20 at 2:37PM*

Seems as tho not everyone is on same page at walmart regarding sum new changes updates and whatever. I cudnt try on clothes bc closed, I cant return clothes bc not allowing it.. BUT WHY IS THERE NOBODY THAT SAYS ANYTHING ABOUT IT.. WHY IS THERE NO SIGNAGE THRU OUT.DEPT?? THEY APOLOGIZE FOR INCONVENIENCE TELL US WHEN MINOR Cant accept alcohol, notes explaining shortage and # limits per customer.. notes for where line starts but nothing about returns. I'm a single mom 2 kids struggling. I kept my receipts returned following day... I cant afford to wait.

**Posted by Anon** 🏴

09 May

*on 5/9/20 at 10:52AM*

Same problems here. The creamer I purchased was 4-5 days expired at time of purchase; when I tried to either get a refund or exchange, they told me there are no exceptions and won't do any returns/exchanges because of Covid. My product is expired; it should be discarded, so why are we worried about spread of Covid with the creamer? I'll probably avoid Walmart at all costs now since you can't even return expired/defective products.

**Posted by DEBBIELOPEZ** 🏴

08 May

*on 5/8/20 at 7:03PM*

I tried to try on the clothes I bought here at Walmart in McAllen Texas. The worker told me tgat the dressing rooms were closed. I asked her if they didnt fit could I bring them back the next day. She said yes. I went back to walmart the next day cause the clothes did not fit. I was then told they were not giving any refunds on apparel at this time. I am here on vacation visiting my daughter. I just hope that I will be able to return all the clothes when I get back to Calif.

**Posted by Anonymous** 🏴

08 May

*on 5/8/20 at 5:36PM*

I bought half a gallon of Walmart milk and a 5 pound bag Ore Ida fries. I got home and discovered the milk was leaking and the bag of fries had a hole. Two days later I tried to exchange them. The manager was rude and would not offer an exchange or refund for damaged products. I don't have money just to throw away for damaged food. Walmart needs to change their store policy and train the managers not to be rude with customers.

**Posted by Graphicwiz** 🏴

08 May

*on 5/8/20 at 12:25PM*

I'm really pissed off that I cannot return two pajama sets that have not been worn that I just bought a few days ago!

A lot of cannot afford to wait for Walmart to refund our money! These pajamas have never been worn and have original tags and I have the receipt. The sign says to do returns online or in the app!

That is a crock of bullpppp! I waited 2 hours for a rep to tell me that since it was an online order there was nothing she could do!

I have a good mind to start shopping elsewhere!



Company Search

**07**
May

Posted by Kehealani ⚑

*on 5/7/20 at 1:16PM*

Walmart PLEASE FOR THE LOVE OF BABY HEYSUS post NO RETURNS AT THIS MOMENT ON THIS ITEM above it before the customer buys it. How hard is it. You got crazy enter here exit here 6ft apart her signs everywhere. Just add another one. Reading all these comments about seeing a small sign at the service center is WRONG.

**06**
May

Posted by Unhappy Customer ⚑

*on 5/6/20 at 8:03PM*

I, too, tried to return two pairs of pants and CS said cannot do a refund until the pandemic is over. This could be a year or so. How do I know when Walmart decides when the COVID19 is over. Walmart should clearly post the NO REFUND POLICY in ALL the AFFECTED DEPARTMENTS!

**06**
May

Posted by katie ⚑

*on 5/6/20 at 6:36PM*

They will sell it but not take it back until things return to normal. When the heck will that be. I bought two shirts, they don't fit so I'm stuck with them. I don't know how many people touched them while they hung there, but I bought them. I'm elderly so I need my money back.

**06**
May

Posted by Marfione ⚑

*on 5/6/20 at 12:25AM*

Long one ahead...So last year in October I bought a tv online at Walmart.com. Sold and shipped by Walmart. Two day delivery. Store to my house. (I just didnt have a truck available) the delivery company calls the following day to set up delivery time for the next day. Good deal. Time comes and goes. I call and check tracking online which has now been changed to 3 weeks away! I called Walmart support probably 30 times before I finally got someone. Was told there was nothing they could do, since it had already been shipped to me. No refund. Stewed and raged and went to the store and bought the same tv. Got it home, screen was messed up. Took it back immediately, but was given a refund after I said I'm going back to get the same tv. Got another tv...broken. 3 times this happened. They thought i was doing it on purpose. They gave me a refund and I just waited for the original one to be delivered. They deliver it, set it up and fire it up for me...drumroll? Yes, it had a damaged screen. The delivery driver calls. I call and it's a cuss fest. He takes the tv, tells me to go to Walmart with a code they gave me and it's 50% off the tv I bought. So, I must be one of the rare ones that got helped and refunded multiple times. So many comments here where shoppers are denied refunds are disheartening considering their return policy says return anything for a refund.

**05**
May

Posted by thisdesertlife ⚑

*on 5/5/20 at 11:00PM*

I recently bought clothing at Walmart but did not get to try them on due to not being able to get into a fitting room (no attendant to be found). When I tried them at home, all but 1 were the wrong size. I took the items (with my receipt) to the service counter two days later to exchange them for different sizes. The cashier behind the service desk was VERY rude in informing me that my items could not be exchanged (or returned) due to Walmart changing it's policy that very day for Covid 19. I told her that I bought my items prior to this, that it was their fault I wasn't able to try them on in the first place, and that I felt I should get my money returned to me. She smirked and said, "Nothing I can do, Hon", then asked for the next in line. Next in line was a woman who was returning couch pillows!! Even better, she was given a full refund on these pillows! Someone please correct me if I am wrong but can't you get germs off a pillow that someone has slept on, breathed on, farted on, etc.? I am now out over $200 for clothes that can be neither worn or returned. This policy is absolutely freaking rediculous; I feel like Walmart has robbed me and pissed off doesn't even cover how upset this whole stupid ordeal has made me!!

**05**
May

Posted by Nunya ⚑

*on 5/5/20 at 4:18PM*

Walmarts return policy is ridiculous! You cant return anything. I had three items. All packaged and sea
liners. Refused because they're considered pharmacy items? Pharmacy items to me are prescriptions
paying employees to sit at customer service to not doing anything since nothing can be returned?! It's

 Company Search

**Posted by Another surprise at Walmart** 🚩

**05 May**

on 5/5/20 at 3:38PM

Walmart has a new policy on returns. They will not except any. I bought four 2 liter sodas out of the rack only to get home and discover two were diet. I return to exchange the diet drinks for regular and nope. They can't exchange or refund on returns. On top of that they get loud and rude about it. I didn't stock the rack. They mix diet and regular drinks in the rack and it's the customer who caused the problem. Go figure. BEWARE if you shop at Walmart.

**Posted by Anonymous** 🚩

**05 May**

on 5/5/20 at 2:50PM

Misplace receipt for a tire purchase 4-30-2020. tire blew out 5-4-2020. Customer service could not return money or replace tire without receipt. Tech was at the store and inform me to speak to customer service. I know for sure my tire or refund should be given after 4 days.

**Posted by Annoyedcustomer** 🚩

**05 May**

on 5/5/20 at 9:54AM

I bought a romper from the Walmart online store and went to do a return and the cashier refused my return saying they dont take clothes i had it all taped and packaged and ready to go out seriously was mad still am i love Walmart but honestly you need to fix your return policy and re educate your employees

**Posted by Anonymous** 🚩

**04 May**

on 5/4/20 at 5:04PM

I had packaged items that it accepted online to return them but then when I got to the store they said they could not accept any of my returns and told me that I was beat on getting my money back which I feel like they should have to post their policy somewhere so you don't buy things thinking you can return them later That's ridiculous and the lady (Anita at store 00242) was super super rude. I feel like giving the fact that your store website still says your return policy as it was before the covid 19 outbreak I'm not sure how you don't have to honor that and refund customers their money. very very pissed

**Posted by Fedupwithcorporateamericatheives** 🚩

**04 May**

on 5/4/20 at 6:29AM

"We The People" need an Attorney that will challenge this ridiculous return policy!

**Posted by Disappointed** 🚩

**03 May**

on 5/3/20 at 7:25PM

I wanted to try 2 blouses size large (my size) at the store and they told me they are not letting people try cloths anymore due to covid-19. I thought okey, I'll get them, the blouses look big enough. Went home tried them and they were too tight on the arms. I immediately went back to the store and after 20 minutes waiting in line the Walmart employee told me they are not taking clothes back or exchanging it. I told her the store didn't let me try it. She said read the sign, new store policy, they have a tiny sign only at the return counter. I felt stupid and offended by the way she talked to me. She said I could returned the items when covid-19 would be over. Will they take summer clothes back with an old receipt in the winter, assuming the covid-19 is over with by then? I'm making sure from now on to buy only food and only food I'm familiar with and at no circumstances I will buy meat. As far as clothes, shoes or anything I'm not allowed to try on, exchange or returned, I'm not buying. Personally, I think Walmart is taking advantage of the situation to profit more than what they already do. I don't think they give a rats a** about their customers,or our health.

RETURNS
and
REFUNDS

Company Search

**Posted by Peachy13** ⚑
on 5/3/20 at 7:08PM

**03**
May

I was completely in shock after trying to return a quilt that I bought the day before. The slightly rude lady told me Walmart was not accepting any bedspreads or comforters due to Covid 19. I looked at her like she had 3 horns growing out her forehead. What the What! Absolutely no mention of this new policy anywhere in the store, my receipt, their website, or social media. They want you to shop until you drop but no returns allowed. Foul.

**Posted by Jen72** ⚑
on 5/3/20 at 9:21AM

**03**
May

If you won't allow returns or exchanges on certain Items such as clothing because of COVID 19 then stop selling those Items In your store! Customers touch those Items over and over again throughout the day.

**Posted by kelseyb1989** ⚑
on 5/2/20 at 4:47PM

**02**
May

I understand what people are saying that clothes shouldn't be returned but the majority of the things I tried to returned were NOT clothes they were PACKAGED beauty products and PACKAGED cleaning products. Come on now there's no reason not to accept something back that's packaged. That's wal mart taking advantage of the pandemic to not let people make returns so they can hold on to revenue.

**Posted by ButterCookie** ⚑
on 5/2/20 at 10:12AM

**02**
May

Same thing happened to me. I bought a large bag of socks, took one out and tried it on (after my shower I might add), way too tight so I tried to return the bag. I was told to come back maybe June 1st and they might could refund it. Nowhere is it posted that "certain" items can't be returned during this time. Sure, they want to sell it and then conveniently say we can't return it. If the employees are wearing gloves and masks, why can't they take an item back. And then if they are worried it's contaminated, leave it in a cart in the back room until the time is up for a possible virus to still be living on the item. And then suddenly on June 1st, it's OK to take back an item that might have virus living on it? DOES NOT MAKE SENSE!

**Posted by Praying Daily** ⚑
on 5/1/20 at 4:09PM

**01**
May

Wow! Reading all complaints gave me a headache. People we are in unknown territory with this virus! Give people a break. Walmart employees work for a living. Cashiers do what they are told management gets word from District Manager District Manager from Regional, Regional from Corporate. Chain of Command. I've never worked Walmart But I have worked in Retail. I've done it all. From cleaning the store, cashiering, management, Loss Prevention. Sometimes things don't get implemented the way they should. As for the person talking about Walmart's refund policy being online. It still isn't. That's up to whoever handles that department it's not any of those listed above. Another department does that. And yes management will get new orders from District Manager at closing time. Emails are sent all day long. They can't sit and check it 24/7 so maybe it came 2 hours before closing but management didn't see it until hour before. Give them a break. Coronavirus is real. I have a friend fighting it now. She's a nurse and that's how she got exposed to someone who had it. She is 55 years old with Lupus! These employees you are complaining about are exposing theirselves to everything every day. And taking that home to their families. So calm down and think! God bless us All

**Posted by Anonymous** ⚑
on 4/30/20 at 1:32PM

**30**
Apr

Time to boycott Walmart.

RETURNS and REFUNDS    Company Search

**Posted by Donna** ⚑
on 4/29/20 at 1:03PM

People need to understand the policy changed because of the pandemic and the fact that the virus lives on clothing and other things that people touch. That advice about doing a charge back is not fair. Because why should you get your money back if you still have the product??? Would you want to buy something that somebody who might have the virus has touched ? Think about it

**Posted by TJ** ⚑
on 4/28/20 at 3:45PM

I am not at all happy with Walmart, but I'm sure that makes no difference to them. After waiting in line at customer service for 25 minutes with only 3 people in front of me, I tried to return an UNOPENED package of men's underwear WITH the receipt. This was an item which I purchased just two days ago. When I finally got to the register, I was told that they could not accept my return. Yet, for whatever reason they allowed the customer in front of me to return an opened 50" Samsung television. I was told that YESTERDAY, Walmart began only accepting returns of electronics and housewares. I do not know the reasoning behind this new and, supposedly, temporary policy, but the whole experience was enough for me to leave me Walmart feeling angry and frustrated with the corporation as a whole, but I'm sure Walmart doesn't care about that.

**Posted by KrisKraft** ⚑
on 4/28/20 at 12:57PM

My advice? Use your credit card to make purchases. If you make a large purchase and something is wrong with it and they refuse to honor it? Two words: CHARGE. BACK. Very simple.

**Posted by Anonymous** ⚑
on 4/28/20 at 12:50PM

Purchased a TV mount. Never even removed from box. Have my valid receipt. Tried to return and they have completely stopped taking returns. This is such a garbage way of doing things. Way to go Walmart. Corporate should really look at these comments from so many people. You guys in charge of this policy are awful, especially amid this pandemic.

**Posted by jcrewell** ⚑
on 4/28/20 at 12:15PM

Just bought two cosmetic items, both were completely dried up. Took them back the same day, was told no returns. I had sales receipt and original packaging. Will be the last time I buy anything at Walmart! This was not posted in the check out line, the only way I knew was when I tried to return. Terrible customer service too!!

**Posted by Anonymous** ⚑
on 4/27/20 at 5:47PM

I just bought some clothes and shoes that dont fit two days ago and they arent letting me return them because of the covid 19 mess. What makes it any different that you can return electronics or something like that but cant return clothes or shoes? Hands or "skin contact" by what i was told. You can touch electronics too by "skin contact" but its okay to return that. That makes no sense! I want my money back!

**Posted by Anonymous** ⚑
on 4/27/20 at 3:45PM

Wal-Marts no return policy on Food. I go to non-costumer service and the person at the counter can't think for herself, and tells me that there is a no food return policy, there for the stinking/spoiled pork I bought and brought it the store to prove I did buy it there and that it was spoiled. I purchased a 5 lb. Smithfield Pork Should dated 30 April. I unwrap the package and right



Company Search

away I could smell that it was spoiled. Took it back to my local Wal-Mart today, 28 April, and all they c
get online and contact Wal-Mart. Wal-Mart has a new policy and no food can be returned for a refund
told me it was contaminated with COVID 19 and that is the reason that Wal-Mart has the policy. I tried

some people are infected with stupidity. So I am online trying to figure out how to get to a Wal-Mart site that I can try and get a
refund. Wasting my time, but at least I found this site and can get some frustration out.

Wal-Marts policy is not helping me at the time. Going to shop some where the employees may have a little more common sense.
I bought it at Wal-Mart and it was spoiled, not contaminated with a virus, so I should be able to return it for a refund and then the
returns person could possibly explain it to the Meat Dept. Manager, they could investigate and see if any others where Spoiled.
Nope, no telling how may spoiled Pork Shoulders people have bought.

Rick Handlin 910-568-7342

**27**
**Apr**
Posted by DDM �বা
on 4/27/20 at 8:40AM

Yep, this sucks. Wally-worlds website has no updated info on returns, and the signs at the customer service
department are not dated. I took a photo of that undated sign.

I was able to return items as recently as April 10, and today, tried to return same items, different size which I purchased on April
10.

This is foolish, and definitely hurting their business as there are SO MANY now dissatisfied consumers who count on Walmart

**26**
**Apr**
Posted by Anonymous �বা
on 4/26/20 at 3:11PM

Walmart isnt accepting returns but i am willing to bet they have shelves full of tyson meat ????

**26**
**Apr**
Posted by na �বা
on 4/26/20 at 1:43PM

i bought a pair of pants and a belt and they both have the tags on them. i took them back the store to return them and
they said they have a no returns right now. i think that is crazy, if they let people in to buy things then they shoud allow people to
return items. its same as letting people in to buy there stuff. this crazy and it doesnt say that people cant return item in the store
online. people can buy purchase items in the store then they can return them too. this is crazy....

**26**
**Apr**
Posted by DB �বা
on 4/26/20 at 10:26AM

I needed to return $65 worth of ill-fitting clothes to Walmart two days after I bought them and they said they could not
accept them at this time. I really would need the money back so I can go buy some more work clothes and what do I do?

**26**
**Apr**
Posted by Anonymous �বা
on 4/26/20 at 6:13AM

What I don't understand is this "virus" is transmitted person to person so tnat is wny we are to practice social
distancing but now people are not able to return everyday purchases and I fail to see how this is at all helpful since people are to
limit their time in stores and can't try things om so there is going to be purchases made that will end up being returned as it
happens daily regardless of a "virus" again the virus is transmitted person to person so social distant yes but everything else is
speculation and not proven to be facts #science

**25**
Posted by Ashwood85 �বা
on 4/25/20 at 12:26PM

**Apr**    I went Walmart to buy groceries and some body wash yesterday he body wash was the v
to return customer service told me they can't take it back. Really it was not used and I had a receipt.



RETURNS and REFUNDS

Company Search

---

### Posted by ThisDesertlife 🚩

*on 4/23/20 at 10:48AM*

Last week I purchased several hundred dollars worth of clothing & accessories from your Owensboro, KY store. Between waiting in line outside & the new hours, I unfortunately didnt have time to try them on. Upon doing so at home, I discovered that many of the items did not fit correctly. I gathered the items, along with my receipt, and went back to the store to exchange for different sizes. I was told by customer service that I could not exchange nor could I have a refund due to Covid19. When I asked when I could expect to be able to do this, I was told that "those sales are final now" & "probably never". I understand this policy; however, there was no such policy in effect when I bought these items else I never would have done so without first trying them on. I am now stuck with $346 worth of merchandise that I can't use and I am very angry. I became even angrier when the lady behind me in line was allowed a refund on a large mirror and a bottle of shampoo. Could the Coronavirus not live on those items as well? I feel that this was badly handled on the part of the corporate office, who should have had a contingency in place for those customers who purchased items prior to the latest Covid Edict (i.e. mail-in return/exchange or have returned items placed in a sealed bag for a 5 day quarantine). I get that Walmart feels that reselling these items wouldn't be right in the present climate and that's all well and good. What I don't get is why a multibillion dollar a year corporation feels that it is ok for me, an individual who makes $15,000 a year, to have to eat $350 of worthless merchandise, rather than they accepting it as a customer appreciation-type loss and returning me my money. This is especially true when you factor in the "true" cost of these items to Walmart. Shame on you greedy corporations...as I see it, it is just another form of price gouging!

---

### Posted by Russellwrangler 🚩

*on 4/23/20 at 6:09AM*

Bought a hair frosting kit, actually two, then changed my mind within 7 days, took them to return and am told they are non-returnable items because of the pandemic. What? Somehow a sealed box of coloring is going to give you covid-19? So, does this mean any sealed box is not returnable -- time to shop elsewhere, the pennies you save, if any, just aren't worth the aggravation. This rule, I was told applies to health, beauty, cosmetic, toiletries, etc. What about cereal and other boxed food?

---

### Posted by Lori 🚩

*on 4/21/20 at 8:21PM*

I tried returning three items unopened with a receipt I purchased 3 days ago, and was told any item related to health could not be returned UNTIL SOMEDAY WHEN THE VIRUS EPIDEMIC IS OVER THEN THEY COULD BE RETURNED!!! What? You cant be serious. The stores are still open, people come and go like always, products are flying off the shelves, employees aren't even required to wear a mask!!! So why no returns? I was not told this when I purchased the items, my receipt states returns accepted so how legally and morally could WALMART IN FERNLEY NEVADA NOT ACCEPT RETURNS!!! especially, now when during such a crisis! It sickens me to think big money again cares nothing for the people. Sure hope these people rethink what they are doing.

---

### Posted by Shelby 🚩

*on 4/21/20 at 6:30PM*

I bought a 170$ crossbow from Walmart never put it together never used it and had the receipt I tried to bring it back The next day and they said they didn't do returns on weapons like guns you have to have a ID to buy guns they didn't have to see any ID when I purchased the crossbow I have a state ID I want to know why they wouldn't return the unused crossbow

---

### Posted by Sheri 🚩

*on 4/21/20 at 8:23AM*

Purchased two pairs of sneakers, went to return at the same store I just purchased from and told they were not taking back clothing or shoes. Why sell them then!!!! Not surprised with this Walmart in Jacksonville, Texas. That is why under normal circumstances I never shop here. New stuck with Two pairs of sneakers.

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     I, Mitch Kalcheim, am the ECF user whose identification and password are being used to file the instant document. Pursuant to L.R. 5-4.3.4(a)(2)(i), I certify that all other signatories listed on this document and on whose behalf the filings are submitted, concur in the filings' content and have authorized the filings.

/s/     Mitch Kalcheim

NOTICE OF AMENDMENT