**LEGALGP**
Mitch Kalcheim (SBN: 175846)
MHK@LegalGP.com
755 S. Figueroa Street, Suite 1750
Los Angeles, California 90017
Direct:   (213) 955-7142
Cellular: (310) 980-7749

Attorneys for Plaintiffs
Danielle Hubmer, Kelly Schwalbach, and Angela O'Brien

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| DANIELLE HUBMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.; and Does 1-100,<br><br>Defendants. | Case No. 5:20-CV-01369-JGB-KK<br><br>Assigned to the Hon. Jesus G. Bernal<br><br>**JOINT STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE**<br>**(FRCP RULE 41(a)(1)(A)(ii))** |

**TO THE HONORABLE COURT:**

Plaintiffs Danielle Hubmer, Kelly Schwalbach, and Angela O'Brien ("Plaintiffs") and Defendant WALMART, Inc. ("Walmart"), by and through their respective counsel of record, hereby enter into this stipulation to dismiss the entire case, with prejudice, pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

SO STIPULATED.

DATED: April 22, 2022        LEGAL GP

/s/Mitch Kalcheim
Mitch Kalcheim
Attorneys for Plaintiffs Danielle Hubmer, Kelly Schwalbach, and Angela O'Brien

DATED: April 22, 2022        **ALSTON & BIRD LLP**

/s/ Rachel E. K. Lowe
Jeffrey A. Rosenfeld
Rachel E. K. Lowe
Attorneys for Defendant
**WALMART INC.**

**Local Rule 5-4.3.4(a)(2)(i) Certification**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that concurrence in the filing has been obtained from each of the other signatories.

*/s/ Rachel E. K. Lowe*
Rachel E. K. Lowe